# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| FIRST NBC BANK HOLDING COMPANY, | ) |
| | ) Case No. 17-11213 |
| | ) |
| Debtor. | ) Section "A" |
| | ) |

## AGREED ORDER GRANTING, IN PART, MOTIONS FOR AN ORDER FINDING THAT DIRECTORS AND OFFICERS LIABILITY INSURANCE POLICY PROCEEDS ARE NOT PROPERTY OF THE ESTATE OR, ALTERNATIVELY, FOR RELIEF FROM THE AUTOMATIC STAY

Upon the: (I) *Motion and Incorporated Memorandum of Law for: (1) Declaratory Relief that the Proceeds of the Directors and Officers Liability Insurance Policies Are Not an "Asset of the Estate," or (2) Alternatively, for Relief from the Automatic Stay to Permit the Payment and/or Advancement of Defense Costs and Other Loss from the Proceeds of the Directors and Officers Liability Insurance Policies Filed by Directors and Former Directors William D. Aaron, Jr., Dale Atkins, John C. Calhoun, Jimmy Fitzmorris, Leander J. Foley, III, John F. French, Leon Giorgio, Jr., Grish Roy Pandit, Shivan Govidan, Lawrence Blake Jones, Louis Lauricella, Mark Merlo, Hermann Moyse, III, Dr. Charles Teamer, Sr., Joseph Toomy and Richard M. Wilkinson* [D.E. 178] (the "**Primary Motion**"); (II) the related motions and joinders in the Motion [*see* D.E. 62, 70, 185, 224, and 244] (the "**Joinders**," together with the Primary Motion, collectively, the "**Motions**") and the Objection filed on behalf of the Lead Plaintiffs Oakland County Employees' Retirement System and Voluntary Employees' Benefit Association, Plymouth County Retirement System, and Central Laborers' Pension Fund (the "**Lead Plaintiffs**"); and (III) with the consent of First NBC Holding Company (the "**Debtor**") and The

- 1 -

Official Committee of Unsecured Creditors of First NBC Holding Company (the "**Creditors' Committee**") and the Federal Deposit Insurance Corporation, in its capacity as Receiver (the "**FDIC-R**") for First NBC Bank (the "**Bank**") and the Lead Plaintiffs; and it appearing that notice of the Motions has been given to all creditors and parties of interest for this case, that no further notice is necessary, and that good and sufficient cause exists for such relief;

IT IS ORDERED that:

1. To the extent applicable, the automatic stay imposed by 11 U.S.C. § 362(a) is modified in accordance with 11 U.S.C. § 362(d)(1) to the extent necessary to allow (A) Zurich American Insurance Company, Continental Casualty Company, Federal Insurance Company, Great American Insurance Group, and Illinois National Insurance Company (the "**2015–2016 Insurers**"), and (B) U.S. Specialty Insurance Company, XL Specialty Insurance Company, Illinois National Insurance Company, Freedom Specialty Insurance Company, Markel American Insurance Company, Berkshire Hathaway Specialty Insurance Company, and Illinois National Insurance Company (the "**2016–2017 Insurers**," together with the 2015–2016 Insurers, the "**Insurers**") to comply with the terms of the respective Policies,[1] including, without limitation, to advance, reimburse, or make payments on account of the defense costs (including, without limitation, attorneys' fees and expenses) and other Loss (as defined in the respective Policies) regarding any settlement amounts, judgments, liability or other Loss incurred or to be incurred in defense of demands, claims, litigations, investigations, or disputes asserted, whether directly or

---

[1] The insurance policies issued by the 2015–2016 Insurers for the period from June 9, 2015 to December 31, 2016, are referred to as the "**2015–2016 Policies**," and the insurance policies issued by the 2016–2017 Insurers for the period from December 31, 2016 to December 31, 2017 are referred to as the "**2016–2017 Policies**," together with the 2015–2016 Policies, collectively, the "**Policies**." The Policies are specifically identified by policy number in the Primary Motion.

derivatively, by the Creditors' Committee, the FDIC-R, the Federal Reserve Bank, any other federal, state, or local regulatory or law enforcement agency, or any other person, against the directors and officers of Debtor or the Bank (the "**D&Os**").

2. The aggregate payments permitted under the Policies shall be subject to a "soft cap" of $5 million, subject to further adjustment either by (a) agreement among the Debtor, Creditors' Committee, D&Os, the FDIC-R, and the Lead Plaintiffs or (b) upon motion, notice and hearing, and further order of this Court.

3. Nothing in this order shall constitute a finding by the court that the proceeds of the Policies are or are not property of the Debtor's estate, and the court makes no finding as to the applicability of the automatic stay imposed by 11 U.S.C. § 362(a) to the Policies' proceeds.

4. For each quarter commencing March 31, 2018, and continuing for each quarter until any claims by the FDIC-R or Creditors' Committee under the Policies are resolved or FDIC-R or the Creditors' Committee request that such reporting cease, counsel to the D&Os shall, no later than the thirtieth (30th) of the month following the end of each quarter, provide the Creditors Committee, the FDIC-R, and the Lead Plaintiffs with summaries of the defense costs that have been paid during each such quarter (the "**Summaries**"). The Creditors' Committee and the FDIC-R shall keep the Summaries strictly confidential, other than as expressly provided in this order. The Summaries shall only include the following information, which shall be provided on a matter-by-matter basis:

  i. The names of applicable directors and/or officers and the names of the applicable law firm(s) providing representation to such directors and/or officers;

      ii.      The (a) name, (b) billable rate, (c) number of hours expended, and (d) total amount of fees for each timekeeper for the applicable firms billing in that particular quarte

      iii.      The total amount of the (a) fees and (b) expenses billed by each law firm in that particular quarter;

      iv.      Any fees or expenses incurred prior to the filing of the petition for relief shall be noted as such;

      v.      An identification of (a) the respective Insurers that are expected to make the payment or reimbursement and (b) from which Policies such payment or reimbursement shall be made;

      vi.      Disclosure of the total amount of fees and expenses paid to date.

5.    The Creditors' Committee or FDIC-R may cumulate the information received from the D&Os into a single, consolidated report, which they shall file under seal (on motion and order, after such notice as required by the applicable Bankruptcy Rules and Local Rules) pursuant to Section 107 of the Bankruptcy Code and Fed. R. Bankr. P. 9018, if the Creditors' Committee or the FDIC-R believe they are entitled to some future relief. All rights are reserved to all parties, including without limitation, the Debtor, the Creditors Committee, the D&Os, the FDIC-R, and all other parties-in-interest, except as specifically conferred or addressed in this Order.

6.    Nothing in this order or otherwise shall be deemed to be a waiver of any confidentiality, privilege, or other protection or immunity, and neither the Creditors' Committee nor the FDIC-R shall be entitled to any information from the Insurers or the D&Os that is protected by any applicable confidentiality, privilege or other protection or immunity.

7.    Nothing in this order shall constitute (i) a waiver, modification, or limitation of the D&Os' or Insurers' reservations of rights, remedies, and defenses under the Policies or otherwise, (ii) a waiver, modification, or limitation of any of the terms or conditions of the

Policies, (iii) a finding that such sums are due and owing, or in what amount, under the 2015-2016 Policies and/or the 2016-17 Policies, or (iv) a waiver or consent by the D&Os that the Court has jurisdiction or authority over the proceeds of the Policies, the D&Os' defense costs, or the amounts incurred in connection with the Policies.

8. This order is immediately valid and fully effected upon its entry and the 14-day stay pursuant to Fed. R. Bankr. Proc. 4001(a) is waived.

9. Counsel shall serve this order on the required parties who will not receive notice through the ECF system pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, January 26, 2018.

*[signature]*

Douglas D. Dodd
U.S. Bankruptcy Judge

/s/ Barbara B. Parsons
William E. Steffes, #12426
Barbara B. Parsons, #28714
**STEFFES, VINGIELLO, MCKENZIE, LLC**
13702 Coursey Boulevard Building 3
Baton Rouge, LA 70817
Telephone: (225) 751-1751
Facsimile: (225) 751-1998
Email: bparsons@steffeslaw.com

*Counsel for First NBC Bank Holding Company, Debtor*


 /s/ Jeffrey D. Sternklar
Jeffrey D. Sternklar (MA BBO No. 549561)
**JEFFREY D. STERNKLAR LLC**
225 Franklin Street, 26th Floor
Boston, MA 02110
Tel.: (617) 396-4515
Fax: (617) 507-6530
Jeffrey@sternklarlaw.com

and

**STEWART ROBBINS & BROWN, LLC**
301 Main Street, Suite 1640
P. O. Box 2348
Baton Rouge, LA 70821-2348
(225) 231-9998 Telephone
(225) 709-9467 Fax
/s/ Paul Douglas Stewart, Jr.
Paul Douglas Stewart, Jr. (La. #24661)
dstewart@stewartrobbins.com

*Counsel to the Official Committee of Unsecured Creditors*

 /s/Jerry A. Beatmann, Jr.
Jerry A. Beatmann, Jr., Esquire (Bar # 26189)
**DENTONS US LLP**
650 Poydras Street, Suite 2850
New Orleans, LA 70130-6132
Telephone: (504) 524-5446
Facsimile: (504) 568-0331
Email: jay.beatmann@dentons.com

- and -

Sam J. Alberts, Esquire
Malka Zeefe, Esquire
**DENTONS US LLP**
1900 K Street, NW
Washington, DC 20005-3364
Telephone: (202) 496-7500
Facsimile: (202) 496-7756
Email: sam.alberts@dentons.com
malka.zeefe@dentons.com

- and -

B. Amon James
Nicholas Katsonis
**Federal Deposit Insurance Corporation**
3501 Fairfax Drive, Room D-7060
Arlington, VA 22226
Telephone: (703) 562-2089
Email: nkatsonis@fdic.gov

*Attorneys for Federal Deposit Insurance Corporation in its capacity as Receiver for First NBC Bank*

/s/ Christopher T. Caplinger
CHRISTOPHER CAPLINGER (#25357)
MEREDITH S. GRABILL (#35484)
JOSEPH P. BRIGGETT (LA #33029)
**LUGENBUHL, WHEATON, PECK,
RANKIN & HUBBARD**
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195
Email: ccaplinger@lawla.com;
mgrabill@lawla.com;
jbriggett@lawla.com

And

Of counsel:
**BARRACK, RODOS & BACINE**
Jeffrey W. Golan
Robert A. Hoffman
Jeffrey B. Gittleman
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-0600
Facsimile: (215) 963-0838

*Lead Counsel for the Lead Plaintiffs
in the Securities Class Action*

 */s/ Jan M. Hayden*
Jan M. Hayden (#06672)
Nancy S. Degan (#01819)
Brian M. Ballay (#29077)
**BAKER, DONELSON, BEARMAN,**
**CALDWELL & BERKOWITZ, PC**
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone: (504) 566-5200
Facsimile: (504) 636-4000
jhayden@bakerdonelson.com
ndegan@bakerdonelson.com
bballay@bakerdonelson.com

*Counsel for William D. Aaron, Jr., Dale Atkins, John C. Calhoun,*
*Jimmy Fitzmorris, Leander J. Foley, III, John F. French, Leon Giorgio, Jr.*
*Grish Roy Pandit, Shivan Govidan, Lawrence Blake Jones, Louis Lauricella,*
*Mark Merlo, Hermann Moyse, III, Dr. Charles Teamer, Sr.,*
*Joseph Toomy, and Richard M. Wilkinson*


 */s/ Elizabeth J. Futrell*
R. PATRICK VANCE (#13008)
ROBERT B. BIECK, JR. (#3066)
ELIZABETH J. FUTRELL (#05863)
ALEXANDER N. BRECKINRIDGE, V (#36155)
**Jones Walker LLP**
201 St. Charles Ave., Suite 5100
New Orleans, Louisiana 70170
Telephone: (504) 582-8202
Facsimile: (504) 589-8202
Email: pvance@joneswalker.com
Email: rbieck@joneswalker.com
Email: efutrell@joneswalker.com
Email: abreckinridge@joneswalker.com

*Attorneys for David W. Anderson*

   /s/ Jonathan T. Edwards
Mary C. Gill *(admitted pro hac vice)*
Georgia Bar Number 294776
Jonathan T. Edwards *(admitted pro hac vice)*
Georgia Bar Number 134100
**Alston & Bird LLP**
One Atlantic Center
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309-3424
Telephone: 404-881-7000
mary.gill@alston.com
jonathan.edwards@alston.com

*Attorneys for Marsha Crowle & Mary Beth Verdigets*


   /s/ Edward J. Castaing, Jr    .
Edward J. Castaing, Jr. #4022
**CRULL, CASTAING & LILLY**
Pan American Life Center
601 Poydras Street, Suite 2323
New Orleans, LA 70130
Telephone: (504) 581-7700
Facsimile: (504) 581-5523
ecastaing@cclhlaw.com

*Counsel for Ashton J. Ryan, Jr.*