4195-23733

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 11 |
| | * | |
| FIRST NBC BANK HOLDING COMPANY, | * | CASE NO. 17-11213 |
| | * | |
| Debtor, | * | SECTION "A" |
| | * | |
| * * * * * * * | * | |
| | * | * * * * * |
| | * | |
| ZURICH AMERICAN INSURANCE COMPANY | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| VERSUS | * | |
| | * | |
| GREGORY ST. ANGELO, WILLIAM D. | * | |
| AARON, JR., HERBERT W. ANDERSON, | * | ADV. P. NO. 20-01005 |
| DALE ATKINS, JOHN C. CALHOUN, | * | |
| WILLIAM CARROUCHE, | * | |
| LEANDER J. FOLEY, III, JOHN F. FRENCH, | * | |
| LEON GIORGIO, JR., SHIVAN GOVIDAN, | * | |
| LAWRENCE BLAKE JONES, LOUIS | * | |
| LAURICELLA, MARK MERLO, | * | |
| HERMAN MOYSE, III, GRISH LLOYD | * | |
| PANDIT, JAMES RODDY, DR. CHARLES | * | |
| TEAMER, JOSEPH TOOMY, RICHARD M. | * | |
| WILKINSON, LOUIS BALLERO, MARSHA | * | |
| CROWLE, MARY BETH VERDIGETS, | * | |
| FRANK FUGETTA AND MICHAEL LULICH | * | |
| | * | |
| Defendants. | * | |
| * * * * * * * * | * | |

**EX PARTE MOTION FOR LEAVE TO DEPOSIT INTERPLEADER**
**FUNDS INTO THE REGISTRY OF THE COURT**

1

NOW COMES plaintiff-in-interpleader, Zurich American Insurance Company ("Zurich"), and pursuant to 28 U.S.C. §1335, Local Rule 7067-1, and General Order 2016-1, seeks an Order allowing it to deposit via check the sum of Two Hundred Seventy Thousand Eight Hundred Seventy-Two Dollars and 85/100 ($270,872.85) into the Registry of the Court.

1.

First NBC Holding Company filed a Voluntary Petition under Chapter 11 of the Bankruptcy Code on May 11, 2017 in the United States Bankruptcy Court in the Eastern District of Louisiana (No. 17-11213).

2.

Zurich is the insurer of First NBC Bank Holding Company, its officers and directors and other individuals as defined by and pursuant to the terms and conditions of Zurich's Policy No. DOP 9311203-04 ("the Policy").

3.

For the reasons more fully set forth in its Complaint for Interpleader and for Declaratory Relief (Doc. 1), Zurich finds itself facing competing demands from multiple insured persons under its Policy which may expose Zurich to potentially duplicative litigation and to the risk of conflicting judgments. Defendant Gregory St. Angelo has demanded immediate reimbursement of $270,872.85 in defense costs from the Policy's proceeds, and the remaining defendants have demanded that reimbursement not be made, and that those same funds be used to pay their loss incurred under the Policy.

WHEREFORE, Zurich prays that this motion be deemed good and deficient and that after due consideration this Honorable Court authorizes Zurich to deposit via check the sum of Two

Hundred Seventy Thousand Eight Hundred Seventy-Two Dollars and 85/100 ($270,872.85) into the Registry of the Court.

                                        Respectfully submitted,

                                       /s/ John W. Hite III
                                      Salley, Hite, Mercer & Resor LLC
                                      **JOHN W. HITE III (17611)**
                                      **GLEN E. MERCER (21752)**
                                      **MARCEL MOULLEDEAUX (30339)**
                                      **JAMES G. ALBERTINE III (32053)**
                                      One Canal Place
                                      365 Canal Street, Suite 1710
                                      New Orleans, LA 70130
                                      Telephone: 504/566-8800
                                      Facsimile: 504/566-8828
                                      **BY: /s/ John W. Hite III**
                                            JOHN W. HITE III
                                      **ATTORNEYS FOR ZURICH AMERICAN INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of January, 2020, I electronically filed the foregoing with the Clerk of Court through the CM/ECF system which will send a notice of electronic filing to all persons electronically noticed. I further certify that I mailed the foregoing document and notice of electronic filing to any non-CM/ECF participant.

                                              /s/ John W. Hite III

23733/PLEADINGS/Motion to Deposit Funds