# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

In re:
First NBC Bank Holding Company
**Debtor**

**Bankruptcy Case No.:** 17–11213
**Chapter** 11

Zurich American Insurance Company
**Plaintiff**
    vs.

**Adversary Proceeding No.** 20–01005

Gregory St. Angelo
Herbert Anderson
Dale Atkins
David Aaron, Jr.
John Calhoun
William Carrouche
Leander Foley
John French
Leon Giorgio Jr.
Shivan Govindan
Lawrence Jones
Louis Lauricella
Mark Merlo
Hermann Moyse, III
Grish Pandit
James Roddy
Charles Teamer, Sr.
Joseph Toomy
Richard Wilkinson
Louis Ballero, Jr.
Marsha Crowle
Mary Verdigets
Frank Fugetta
Michael Lulich
**Defendant**

## SUMMONS IN AN ADVERSARY PROCEEDING

**To:** Gregory St. Angelo

YOU ARE SUMMONED and required to file a motion or answer to the complaint that is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies must file a motion or answer to the complaint within 35 days.

        **Address of Clerk:**
        United States Bankruptcy Court
        Eastern District of Louisiana
        Hale Boggs Federal Building
        500 Poydras Street, Suite B–601
        New Orleans, LA 70130

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

        **Name and Address of Plaintiff's Attorney (or plaintiff, if unrepresented):**
        John Hite III
        Salley Hite Mercer & Resor LLC
        365 Canal Street
        Suite 1710
        New Orleans, LA 70130

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, JUDGMENT BY DEFAULT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date of Issuance:  January 27, 2020                                    /s/ Sheila Booth
                                                          ─────────────────────────

                                                          Clerk of the Bankruptcy Court



## CERTIFICATE OF SERVICE

I, _Daisy Scardino,_ (name). certify that service of this summons and a copy of complaint was made _1/29/2020_ (date) by:

☑ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
_GREGORY ST. ANGELO_       _10 TUPELO TRACE_
_MANDEVILLE, LA 70471_

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less that 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: _1/29/2020_          Signature _Daisy Scardino_

Print Name: _DAISY SCARDINO_

Business Address: _____

Salley, Hite, Mercer & Resor, LLC
S|H   Attorneys at Law
M|R   365 Canal Street, Suite 1710
New Orleans, LA 70130