## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:<br>First NBC Bank Holding Company<br>**Debtor** | Bankruptcy Case No.: 17-11213<br>Chapter 11 |
| Zurich American Insurance Company<br>**Plaintiff**<br>vs. | Adversary Proceeding No. 20-01005 |
| Gregory St. Angelo<br>Herbert Anderson<br>Dale Atkins<br>David Aaron, Jr.<br>John Calhoun<br>William Carrouche<br>Leander Foley<br>John French<br>Leon Giorgio Jr.<br>Shivan Govindan<br>Lawrence Jones<br>Louis Lauricella<br>Mark Merlo<br>Hermann Moyse, III<br>Grish Pandit<br>James Roddy<br>Charles Teamer, Sr.<br>Joseph Toomy<br>Richard Wilkinson<br>Louis Ballero, Jr.<br>Marsha Crowle<br>Mary Verdigets<br>Frank Fugetta<br>Michael Lulich<br>**Defendant** | |

## SUMMONS IN AN ADVERSARY PROCEEDING

To: Joseph F. Toomy

YOU ARE SUMMONED and required to file a motion or answer to the complaint that is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies must file a motion or answer to the complaint within 35 days.

**Address of Clerk:**
United States Bankruptcy Court
Eastern District of Louisiana
Hale Boggs Federal Building
500 Poydras Street, Suite B-601
New Orleans, LA 70130

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

**Name and Address of Plaintiff's Attorney (or plaintiff, if unrepresented):**
John Hite III
Salley Hite Mercer & Resor LLC
365 Canal Street
Suite 1710
New Orleans, LA 70130

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, JUDGMENT BY DEFAULT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date of Issuance: January 27, 2020                                /s/ Sheila Booth
                                                                  _____
                                                                  Clerk of the Bankruptcy Court



## CERTIFICATE OF SERVICE

I, **Daisy Scardino**, (name). certify that service of this summons and a copy of complaint was made **1/29/2020** (date) by:

☑ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

**JOSEPH F. TOOMY**

c/o Nancy S. Degan, Esq.
Baker Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue, Suite 3600
New Orleans, LA 70170

☐ Personal Service: By leaving the process with the defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less that 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: **1/29/2020**  Signature **Daisy Scardino**

Print Name: **DAISY SCARDINO**

Business Address: _____

Salley, Hite, Mercer & Resor, LLC
Attorneys at Law
365 Canal Street, Suite 1710
New Orleans, LA 70130