UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 11 |
| | * | |
| FIRST NBC BANK HOLDING COMPANY, | * | CASE NO. 17-11213 |
| | * | |
| Debtor, | * | SECTION "A" |
| | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * | * | * * * * * * * * * * * * * * * * * * * * * * * |
| | * | |
| ZURICH AMERICAN INSURANCE COMPANY | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| V. | * | |
| | * | |
| GREGORY ST. ANGELO, WILLIAM D. AARON, | * | ADVERSARY PROCEEDING |
| JR., HERBERT W. ANDERSON, DALE ATKINS, | * | |
| JOHN C. CALHOUN, WILLIAM CARROUCHE, | * | NO. 20-01005 |
| LEANDER J. FOLEY, III, JOHN F. FRENCH, | * | |
| LEON GIORGIO, JR., SHIVAN GOVIDAN, | * | |
| LAWRENCE BLAKE JONES, LOUIS | * | |
| LAURICELLA, MARK MERLO, HERMAN | * | |
| MOYSE, III, GRISH LLOYD PANDIT, JAMES | * | |
| RODDY, DR. CHARLES TEAMER, JOSEPH | * | |
| TOOMY, RICHARD M. WILKINSON, LOUIS | * | |
| BALLERO, MARSHA CROWLE, MARY BETH | * | |
| VERDIGETS, FRANK FUGETTA AND | * | |
| MICHAEL LULICH | * | |
| | * | |
| Defendants. | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * | * | * * * * * * * * * * * * * * * * * * * * * * * |

## DEFENDANT GREGORY ST. ANGELO'S EX PARTE
## MOTION FOR EXTENSION OF TIME TO PLEAD

Defendant Gregory St. Angelo, in accordance with Rule 7007-1 of the Local Civil

Rules of the United States Bankruptcy Court for the Eastern District of Louisiana, respectfully

requests a 21-day extension of time to plead in response to the plaintiff's Complaint.

1281742v.1

Mr. St. Angelo's deadline to respond to the Complaint is currently February 26, 2020.  Pursuant to Local Rule 7007-1, upon certification by a moving party that there has been no previous extension of time to plead and that the opposing party has not filed in the record an objection to an extension of time, on ex parte motion and order the Court will allow one extension of time for a period of 21 days from the time the pleading would otherwise be due.  Local Rule 7007-1.  As demonstrated by the attached certificate, Mr. St. Angelo has not received a previous extension of time to plead, nor has the plaintiff filed an objection to an extension of time to plead in the record.  Thus, Mr. St. Angelo respectfully requests that in accordance with the local rule, the Court grant an extension for 21 days, which is March 18, 2020.

WHEREFORE, Defendant Gregory St. Angelo respectfully requests that he be granted an extension through and including March 18, 2020, within which to file a responsive pleading.

Dated:  February 14, 2020

Respectfully submitted,

*/s/ Peter M. Thomson*
Phillip A. Wittmann, La. Bar No. 13625
Peter M. Thomson, La. Bar No. 02147
J. Dalton Courson, La. Bar No. 28542
STONE PIGMAN WALTHER WITTMANN L.L.C.
909 Poydras Street, Suite 3150
New Orleans, Louisiana 70112-4042
Phone:  (504) 581-3200
Facsimile:  (504) 581-3361
Email:  pwittmann@stonepigman.com
        pthomson@stonepigman.com
        dcourson@stonepigman.com

*Attorneys for Gregory J. St. Angelo*