UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 11 |
| | * | |
| FIRST NBC BANK HOLDING COMPANY, | * | CASE NO. 17-11213 |
| | * | |
| Debtor, | * | SECTION "A" |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * | * | * * * * * * * * * * * * * * * * * * * * * * * * |
| | * | |
| ZURICH AMERICAN INSURANCE COMPANY | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| V. | * | |
| | * | |
| GREGORY ST. ANGELO, WILLIAM D. AARON, JR., HERBERT W. ANDERSON, DALE ATKINS, JOHN C. CALHOUN, WILLIAM CARROUCHE, LEANDER J. FOLEY, III, JOHN F. FRENCH, LEON GIORGIO, JR., SHIVAN GOVIDAN, LAWRENCE BLAKE JONES, LOUIS LAURICELLA, MARK MERLO, HERMAN MOYSE, III, GRISH LLOYD PANDIT, JAMES RODDY, DR. CHARLES TEAMER, JOSEPH TOOMY, RICHARD M. WILKINSON, LOUIS BALLERO, MARSHA CROWLE, MARY BETH VERDIGETS, FRANK FUGETTA AND MICHAEL LULICH | * * * * * * * * * * * * * * | ADVERSARY PROCEEDING<br><br>NO. 20-01005 |
| Defendants. | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * | * | * * * * * * * * * * * * * * * * * * * * * * * * |

**<u>CERTIFICATE PURSUANT TO LOCAL RULE 7007-1</u>**

I hereby certify, in accordance with Rule 7007-1 of the Local Civil Rules for the United States Bankruptcy Court for the Eastern District of Louisiana, that as of February 14, 2020, Defendant Gregory St. Angelo has not received a previous extension of time to plead and that the opposing party has not filed in the record an objection to an extension of time to plead.

1281740v.1

Dated: February 14, 2020          Respectfully submitted,

<u>*/s/ Peter M. Thomson*</u>
Phillip A. Wittmann, La. Bar No. 13625
Peter M. Thomson, La. Bar No. 02147
J. Dalton Courson, La. Bar No. 28542
STONE PIGMAN WALTHER WITTMANN L.L.C.
909 Poydras Street, Suite 3150
New Orleans, Louisiana 70112-4042
Phone: (504) 581-3200
Facsimile: (504) 581-3361
Email: pwittmann@stonepigman.com
        pthomson@stonepigman.com
        dcourson@stonepigman.com

*Attorneys for Gregory J. St. Angelo*

1281740v.1