UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 11 |
| | * | |
| FIRST NBC BANK HOLDING COMPANY, | * | CASE NO. 17-11213 |
| | * | |
| Debtor, | * | SECTION "A" |
| * * * * * * * * * * * * * * * * * * * * * * * * * * | * | * * * * * * * * * * * * * * * * * * * * * * * * |
| ZURICH AMERICAN INSURANCE COMPANY | * | |
| Plaintiff, | * | |
| V. | * | |
| GREGORY ST. ANGELO, WILLIAM D. AARON, JR., HERBERT W. ANDERSON, DALE ATKINS, JOHN C. CALHOUN, WILLIAM CARROUCHE, LEANDER J. FOLEY, III, JOHN F. FRENCH, LEON GIORGIO, JR., SHIVAN GOVIDAN, LAWRENCE BLAKE JONES, LOUIS LAURICELLA, MARK MERLO, HERMAN MOYSE, III, GRISH LLOYD PANDIT, JAMES RODDY, DR. CHARLES TEAMER, JOSEPH TOOMY, RICHARD M. WILKINSON, LOUIS BALLERO, MARSHA CROWLE, MARY BETH VERDIGETS, FRANK FUGETTA AND MICHAEL LULICH | * | ADVERSARY PROCEEDING NO. 20-01005 |
| Defendants. | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * | * | * * * * * * * * * * * * * * * * * * * * * * * * |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of Defendant Gregory St. Angelo's Ex Parte Motion for Extension of Time to Plead was served through the Court's electronic filing system upon:

1281772v.1

Michael B. Chester, Esq.
Counsel for Zurich
Skarzynski Black LLC
One Battery Park Plaza, 32nd Floor
New York, New York 10004
mchester@skarzynski.com

Nancy Scott Degan, Esq.
Counsel for William D. Aaron, Jr., Herbert W. Anderson, Dale Atkins, John C. Calhoun, William Carrouche, Leander J. Foley, III, John F. French, Leon Giorgio, Jr., Shivan Govidan, Lawrence Blake Jones, Louis Lauricella, Mark Merlo, Herman Moyse, III, Grish Lloyd Pandit, James Roddy, Dr. Charles Teamer, Joseph Toomy, Richard M. Wilkinson
Baker Donelson
201 St. Charles Avenue
Suite 3600
New Orleans, Louisiana 70170
ndegan@bakerdonelson.com

Eric J. Derbes, Esq.
Derbes Law Firm
Counsel for Frank Fugetta and Michael Lulich
3027 Ridgelake Drive
Metairie, Louisiana 70002
ederbes@derbeslaw.com

Wilbur J. "Bill" Babin, Jr., Esq.
Derbes Law Firm
Counsel for Louis Ballero
3027 Ridgelake Drive
Metairie, Louisiana 70002
babin@derbeslaw.com

Mary C. Gill, Esq.
Alston & Bird
Counsel for Marsha Crowle and Mary Beth Verdigets
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Mary.gill@alston.com

1281772v.1

Dated: February 14, 2020　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Peter M. Thomson
　　　　　　　　　　　　　　　　　　　　Phillip A. Wittmann, La. Bar No. 13625
　　　　　　　　　　　　　　　　　　　　Peter M. Thomson, La. Bar No. 02147
　　　　　　　　　　　　　　　　　　　　J. Dalton Courson, La. Bar No. 28542
　　　　　　　　　　　　　　　　　　　　STONE PIGMAN WALTHER WITTMANN L.L.C.
　　　　　　　　　　　　　　　　　　　　909 Poydras Street, Suite 3150
　　　　　　　　　　　　　　　　　　　　New Orleans, Louisiana 70112-4042
　　　　　　　　　　　　　　　　　　　　Phone: (504) 581-3200
　　　　　　　　　　　　　　　　　　　　Facsimile: (504) 581-3361
　　　　　　　　　　　　　　　　　　　　Email: pwittmann@stonepigman.com
　　　　　　　　　　　　　　　　　　　　　　　　　pthomson@stonepigman.com
　　　　　　　　　　　　　　　　　　　　　　　　　dcourson@stonepigman.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Gregory J. St. Angelo*