# Notice Recipients

| | | |
|---|---|---|
| District/Off: 053L–2 | User: admin | Date Created: 2/19/2020 |
| Case: 20–01005 | Form ID: pdf804 | Total: 2 |

**Recipients of Notice of Electronic Filing:**
aty    John Hite, III    jhite@shmrlaw.com
aty    Phillip A. Wittmann    pwittmann@stonepigman.com

TOTAL: 2