UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 11 |
| | * | |
| FIRST NBC BANK HOLDING COMPANY, | * | CASE NO. 17-11213 |
| | * | |
| Debtor, | * | SECTION "A" |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| ZURICH AMERICAN INSURANCE COMPANY | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| VERSUS | * | |
| | * | |
| GREGORY ST. ANGELO, WILLIAM D. AARON, JR., HERBERT W. ANDERSON, DALE ATKINS, JOHN C. CALHOUN, WILLIAM CARROUCHE, LEANDER J. FOLEY, III, JOHN F. FRENCH, LEON GIORGIO, JR., SHIVAN GOVIDAN, LAWRENCE BLAKE JONES, LOUIS LAURICELLA, MARK MERLO, HERMAN MOYSE, III, GRISH LLOYD PANDIT, JAMES RODDY, DR. CHARLES TEAMER, JOSEPH TOOMY, RICHARD M. WILKINSON, LOUIS BALLERO, MARSHA CROWLE, MARY BETH VERDIGETS, FRANK FUGETTA AND MICHAEL LULICH | * | ADV. P. NO. 20-01005 |
| | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### *EX PARTE* MOTION FOR EXTENSION OF TIME
### TO FILE RESPONSIVE PLEADINGS

**NOW INTO COURT**, comes defendant, Louis Ballero ("Ballero"), appearing herein through undersigned counsel, who moves the court for an extension of time within which to file responsive pleadings to the *Complaint for Interpleader and for Declaratory Relief* filed field by plaintiff, Zurich American Insurance Company. Undersigned counsel has conferred with counsel for plaintiff who does not object to a twenty-one (21) day extension from the time the pleading

would otherwise be due, such that responsive pleadings are not due until March 18, 2020. Pursuant to Local Rule 7007-1, Ballero certifies that there has been no previous extension of time to plead and plaintiff has not filed an objection to an extension of time.

RESPECTFULLY SUBMITTED,

THE DERBES LAW FIRM, LLC

/s/ Wilbur J. "Bill" Babin, Jr.
WILBUR J. "BILL" BABIN, JR. (1214)
3027 Ridgelake Drive
Metairie, LA 70002
Phone: (504) 837-1230
Fax: (504) 832-0324
Email: babin@derbeslaw.com
*Attorney for Louis Ballero*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing *Ex Parte* Motion for Extension of Time to File Responsive Pleadings has been served through the Court's electronic filing system on the parties requesting notice on February 20, 2020.

/s/ Wilbur J. "Bill" Babin, Jr.
WILBUR J. "BILL" BABIN, JR.
