**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: | |
| FIRST NBC BANK HOLDING COMPANY, | CHAPTER 11 |
| DEBTOR. | CASE NO. 17-11213 – "A" |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, | |
| PLAINTIFF. | |
| VERSUS | ADV. P. NO. 20-01005 |
| GREGORY ST. ANGELO, WILLIAM D. AARON, JR., HERBERT W. ANDERSON, DALE ATKINS, JOHN C. CALHOUN, WILLIAM CARROUCHE, LEANDER J. FOLEY, III, JOHN F. FRENCH, LEON GIORGIO, JR., SHIVAN GOVINDAN, LAWRENCE BLAKE JONES, LOUIS LAURICELLA, MARK MERLO, HERMAN MOYSE, III, GRISH LLOYD PANDIT, JAMES RODDY, DR. CHARLES TEAMER, JOSEPH TOOMY, RICHARD M. WILKINSON, LOUIS BALLERO, MARSHA CROWLE, MARY BETH VERDIGETS, FRANK FUGETTA AND MICHAEL LULICH, | |
| DEFENDANTS. | |

## EX PARTE MOTION FOR EXTENSION OF TIME

NOW INTO COURT, through undersigned counsel, comes William D. Aaron, Jr., Herbert W. Anderson, Dale B. Atkins, John C. Calhoun, William Carrouche, Leander J. Foley, John Fenner French, Leon L. Giorgio, Jr., Shivan Govindan, Lawrence Blake Jones, Louis Lauricella, Mark Merlo, Hermann B. Moyse, III, Grish Roy B. Pandit, James C. Roddy, Charles C. Teamer, Sr., Joseph F. Toomy, Richard M. Wilkinson (hereinafter referred to as "Certain Directors") and, with a full reservation of rights, respectfully requests an extension of time

pursuant to Local Rule 7007-1, until and including Thursday, March 19, 2020, within which to investigate and prepare responsive pleadings to the Complaint for Interpleader and Declaratory Relief [R. Doc. 1] ("Complaint") filed by Zurich American Insurance Company ("Zurich").

There has been no previous extension of time to plead and the opposing party has not filed an objection to an extension of time.

WHEREFORE, Certain Directors respectfully request that this Court GRANT its Motion for Extension of Time until and including March 19, 2020, within which to respond to the Complaint filed by Zurich.

Respectfully submitted,

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**

*/s/ Brian M. Ballay*
Jan M. Hayden (#06672)
Nancy Scott Degan (#01819)
Brian M. Ballay (#29077)
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone: (504) 566-5200
Facsimile: (504) 636-4000
jhayden@bakerdonelson.com
ndegan@bakerdonelson.com
bballay@bakerdonelson.com

Counsel for William D. Aaron, Jr., Herbert W. Anderson, Dale B. Atkins, John C. Calhoun, William Carrouche, Leander J. Foley, John Fenner French, Leon L. Giorgio, Jr., Shivan Govindan, Lawrence Blake Jones, Louis Lauricella, Mark Merlo, Hermann B. Moyse, III, Grish Roy B. Pandit, James C. Roddy, Charles C. Teamer, Sr., Joseph F. Toomy, Richard M. Wilkinson

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served via email through the Court's CM/ECF Electronic Notification System to all counsel of record who are receiving notice through this Court's CM/ECF Electronic Notification System and by First Class Mail upon the parties on the attached service list who do not receive notice through the CM-ECF system.

New Orleans, Louisiana, this 27th day of February, 2020.

*/s/ Brian M. Ballay*
Brian M. Ballay