**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:

FIRST NBC BANK HOLDING COMPANY,            CHAPTER 11

           DEBTOR.            CASE NO. 17-11213 – "A"

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ZURICH AMERICAN INSURANCE COMPANY,

           PLAINTIFF.

VERSUS            ADV. P. NO. 20-01005

GREGORY ST. ANGELO, WILLIAM D. AARON, JR., HERBERT W. ANDERSON, DALE ATKINS, JOHN C. CALHOUN, WILLIAM CARROUCHE, LEANDER J. FOLEY, III, JOHN F. FRENCH, LEON GIORGIO, JR., SHIVAN GOVINDAN, LAWRENCE BLAKE JONES, LOUIS LAURICELLA, MARK MERLO, HERMAN MOYSE, III, GRISH LLOYD PANDIT, JAMES RODDY, DR. CHARLES TEAMER, JOSEPH TOOMY, RICHARD M. WILKINSON, LOUIS BALLERO, MARSHA CROWLE, MARY BETH VERDIGETS, FRANK FUGETTA AND MICHAEL LULICH,

           DEFENDANTS.

## **ORDER**

**CONSIDERING** the foregoing Ex Parte Motion for Extension of Time within which to respond to the Complaint of Zurich ("Motion") filed by William D. Aaron, Jr., Herbert W. Anderson, Dale B. Atkins, John C. Calhoun, William Carrouche, Leander J. Foley, John Fenner French, Leon L. Giorgio, Jr., Shivan Govindan, Lawrence Blake Jones, Louis Lauricella, Mark Merlo, Hermann B. Moyse, III, Grish Roy B. Pandit, James C. Roddy, Charles C. Teamer, Sr., Joseph F. Toomy, Richard M. Wilkinson ("Certain Directors");

**IT IS ORDERED** that the Motion is **GRANTED**, and that the Certain Directors have until and including March 19, 2020, within which to respond to the Complaint filed by Zurich.

New Orleans, Louisiana, this _____ day of _____, 2020.

_____
JUDGE