# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 11 |
| | * | |
| FIRST NBC BANK HOLDING COMPANY, | * | CASE NO. 17-11213 |
| | * | |
| Debtor, | * | SECTION "A" |
| | * | |
| * * * * * * * * * | * | |
| ZURICH AMERICAN INSURANCE COMPANY, | * | * * * * * * * |
| | * | |
| Plaintiff, | * | |
| | * | |
| VERSUS | * | |
| | * | |
| GREGORY ST. ANGELO, WILLIAM D. AARON, JR., HERBERT W. ANDERSON, DALE ATKINS, JOHN C. CALHOUN, WILLIAM CARROUCHE, LEANDER J. FOLEY, III, JOHN F. FRENCH, LEON GIORGIO, JR., SHIVAN GOVIDAN, LAWRENCE BLAKE JONES, LOUIS LAURICELLA, MARK MERLO, HERMAN MOYSE, III, GRISH LLOYD PANDIT, JAMES RODDY, DR. CHARLES TEAMER, JOSEPH TOOMY, RICHARD M. WILKINSON, LOUIS BALLERO, MARSHA CROWLE, MARY BETH VERDIGETS, FRANK FUGETTA AND MICHAEL LULICH, | * | ADV. P. NO. 20-01005 |
| Defendants. | * | |
| * * * * * * * * * * | * | |

## MOTION FOR EXTENSION OF TIME TO PLEAD

**NOW INTO COURT,** through undersigned counsel, comes defendants, Marsha Crowle and Mary Beth Verdigets, who pursuant to Local Rule 7007-1 respectfully represents that their response to the Complaint for Interpleader and For Declaratory Relief (D.E. 808) ("Interpleader Complaint") is currently due on February 26, 2020, and that they request an

1

additional twenty (21) days, or until, March 19, 2020, within which to file pleadings or other responsive papers to the Interpleader Complaint. In support of this request, defendants represent that they have not previously requested an extension of time to plead in response to the Interpleader Complaint and that the plaintiff has not filed in the record an objection to an extension of time.

Dated this 26th day of February, 2020.

By:    /s/ *Jonathan T. Edwards*
       Jonathan T. Edwards (*admitted pro hac vice*)
       Georgia Bar Number 134100
       Mary C. Gill (*admitted pro hac vice*)
       Georgia Bar Number 294776
       ALSTON & BIRD
       1201 West Peachtree Street; Suite 4900
       Atlanta, Georgia 30309-3424
       Telephone: (404) 881-7000
       Facsimile: (404) 881-7777
       jonathan.edwards@alston.com
       mary.gill@alston.com

       Attorneys for Marsha Crowle and Mary Beth Verdigets

3

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all parties requesting notice via the Court's CM/ECF notification system this 26th day of February, 2020.

/s/ Jonathan T. Edwards
Jonathan T. Edwards
Alston & Bird