# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE:

FIRST NBC BANK HOLDING COMPANY,            CHAPTER 11

           DEBTOR.            CASE NO. 17-11213 – "A"

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

ZURICH AMERICAN INSURANCE COMPANY,

           PLAINTIFF.

VERSUS            ADV. P. NO. 20-01005

GREGORY ST. ANGELO, WILLIAM D. AARON, JR., HERBERT W. ANDERSON, DALE ATKINS, JOHN C. CALHOUN, WILLIAM CARROUCHE, LEANDER J. FOLEY, III, JOHN F. FRENCH, LEON GIORGIO, JR., SHIVAN GOVINDAN, LAWRENCE BLAKE JONES, LOUIS LAURICELLA, MARK MERLO, HERMAN MOYSE, III, GRISH LLOYD PANDIT, JAMES RODDY, DR. CHARLES TEAMER, JOSEPH TOOMY, RICHARD M. WILKINSON, LOUIS BALLERO, MARSHA CROWLE, MARY BETH VERDIGETS, FRANK FUGETTA AND MICHAEL LULICH,

           DEFENDANTS.

## ORDER

**CONSIDERING** the foregoing Ex Parte Motion for Extension of Time within which to respond to the Complaint of Zurich ("Motion") filed by William D. Aaron, Jr., Herbert W. Anderson, Dale B. Atkins, John C. Calhoun, William Carrouche, Leander J. Foley, John Fenner French, Leon L. Giorgio, Jr., Shivan Govindan, Lawrence Blake Jones, Louis Lauricella, Mark Merlo, Hermann B. Moyse, III, Grish Roy B. Pandit, James C. Roddy, Charles C. Teamer, Sr., Joseph F. Toomy, Richard M. Wilkinson ("Certain Directors");

IT IS ORDERED that the Motion is GRANTED, and that the Certain Directors have until and including March 19, 2020, within which to respond to the Complaint filed by Zurich.

New Orleans, Louisiana, this 27th day of February 2020.

John W. Kolwe
United States Bankruptcy Court