# Notice Recipients

| | | |
|---|---|---|
| District/Off: 053L−2 | User: admin | Date Created: 2/27/2020 |
| Case: 20−01005 | Form ID: pdf804 | Total: 2 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | Brian M. Ballay | bballay@bakerdonelson.com |
| aty | John Hite, III | jhite@shmrlaw.com |

TOTAL: 2