UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 11 |
| | * | |
| FIRST NBC BANK HOLDING COMPANY, | * | CASE NO. 17-11213 |
| | * | |
| Debtor, | * | SECTION "A" |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| ZURICH AMERICAN INSURANCE COMPANY | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| VERSUS | * | |
| | * | |
| GREGORY ST. ANGELO, WILLIAM D. AARON, JR., HERBERT W. ANDERSON, DALE ATKINS, JOHN C. CALHOUN, WILLIAM CARROUCHE, LEANDER J. FOLEY, III, JOHN F. FRENCH, LEON GIORGIO, JR., SHIVAN GOVIDAN, LAWRENCE BLAKE JONES, LOUIS LAURICELLA, MARK MERLO, HERMAN MOYSE, III, GRISH LLOYD PANDIT, JAMES RODDY, DR. CHARLES TEAMER, JOSEPH TOOMY, RICHARD M. WILKINSON, LOUIS BALLERO, MARSHA CROWLE, MARY BETH VERDIGETS, FRANK FUGETTA AND MICHAEL LULICH | * | ADV. P. NO. 20-01005 |
| | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the Order on Defendant, Louis Ballero's, *Ex Parte* Motion for Extension of Time to File Responsive Pleadings [P-56] has been served through the Court's electronic filing system on the parties requesting notice and upon the following at the addresses given below, via United States Mail, First Class, Postage Prepaid, on the 28th day of February, 2020.

| | |
|---|---|
| David Aaron, Jr.<br>10 Natchez Drive<br>Harvey, LA 70058 | Lawrence Blake Jones<br>701 Poydras St<br>STE 4100<br>New Orleans, LA 70139 |
| Herbert W. Anderson<br>1400 Webster St<br>New Orleans, LA 70118 | Louis Lauricella<br>c/o Nancy Degan<br>Baker Donelson<br>201 St. Charles Ave, ste 3600<br>New Orleans, LA 70170 |
| Dale B. Atkins<br>2411 Oriole ST<br>New Orleans, LA 70122 | |
| John C. Calhoun<br>5422 Prytania ST<br>New Orleans, LA 70115 | Mark Merlo<br>c/o Nancy Degan<br>Baker Donelson<br>201 St. Charles Ave, ste 3600<br>New Orleans, LA 70170 |
| William Carrouche<br>2709 Old Spanish Trail<br>Slidell, LA 70461 | Hermann B. Moyse, III<br>5926 Boone Drive<br>Baton Rouge, LA 70808 |
| Marsha Crowle<br>6208 Pratt Place<br>New Orleans, LA 70122 | Grish Roy B. Pandit<br>25 Chateau Mouton Drive<br>Kenner, LA 70065 |
| Leander J. Foley<br>c/o Nancy Degan<br>Baker Donelson<br>201 St. Charles Ave, ste 3600<br>New Orleans, LA 70170 | James C. Roddy<br>26 Audubon Place<br>New Orleans, LA 70118 |
| John Fenner French<br>230 Carondelet ST<br>New Orleans, LA 70130 | Charles C. Teamer, Sr.<br>32 Fairway Oaks Drive<br>New Orleans, LA 70131 |
| Leon L. Giorgio, Jr.<br>P.O. Box 75010<br>Metairie, LA 70033 | Joseph F. Toomy<br>P.O. Box 663<br>Gretna, LA 70054-0663 |
| Shivan Govindan<br>230 Gaylord ST<br>Denver, CO 80206 | Mary Beth Verdigets<br>2400 Gay Lynn Drive<br>Kenner, LA 70065 |
| | Richard M. Wilkinson<br>813 Barracks ST<br>New Orleans, LA 70116 |

/s/ Wilbur J. "Bill" Babin, Jr.
WILBUR J. "BILL" BABIN, JR.