UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 11 |
| | * | |
| FIRST NBC BANK HOLDING COMPANY, | * | CASE NO. 17-11213 |
| | * | |
| Debtor, | * | SECTION "A" |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| | * | |
| ZURICH AMERICAN INSURANCE COMPANY | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| VERSUS | * | |
| | * | |
| GREGORY ST. ANGELO, WILLIAM D. AARON, JR., HERBERT W. ANDERSON, DALE ATKINS, JOHN C. CALHOUN, WILLIAM CARROUCHE, LEANDER J. FOLEY, III, JOHN F. FRENCH, LEON GIORGIO, JR., SHIVAN GOVIDAN, LAWRENCE BLAKE JONES, LOUIS LAURICELLA, MARK MERLO, HERMAN MOYSE, III, GRISH LLOYD PANDIT, JAMES RODDY, DR. CHARLES TEAMER, JOSEPH TOOMY, RICHARD M. WILKINSON, LOUIS BALLERO, MARSHA CROWLE, MARY BETH VERDIGETS, FRANK FUGETTA AND MICHAEL LULICH | * | ADV. P. NO. 20-01005 |
| | * | |
| Defendants. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of Order **[P-55]** was served on:

1. February 28, 2020 BY FIRST CLASS MAIL, POSTAGE PREPAID, and properly addressed upon the limited notice list attached Exhibit "A"

RESPECTFULLY SUBMITTED,

THE DERBES LAW FIRM, LLC


/s/ *Eric J. Derbes*
ERIC J. DERBES (La. Bar Roll No. 23464)
ALBERT J. DERBES, IV (La. Bar Roll No. 20164)
BRYAN J. O'NEILL (La. Bar Roll No. 37250)
3027 Ridgelake Drive
Metairie, LA 70002
Phone: (504) 837-1230
Fax: (504) 832-0323
Email: EDerbes@derbeslaw.com
*Attorneys for Frank Fugetta and Michael Lulich*

EXHIBIT "A"

David Aaron, Jr.  
10 Natchez Drive  
Harvey, LA 70058

Herbert W. Anderson  
1400 Webster St  
New Orleans, LA 70118

Dale B. Atkins  
2411 Oriole ST  
New Orleans, LA 70122

John C. Calhoun  
5422 Prytania ST  
New Orleans, LA 70115

William Carrouche  
2709 Old Spanish Trail  
Slidell, LA 70461

Marsha Crowle  
6208 Pratt Place  
New Orleans, LA 70122

Leander J. Foley  
c/o Nancy Degan  
Baker Donelson  
201 St. Charles Ave, ste 3600  
New Orleans, LA 70170

John Fenner French  
230 Carondelet ST  
New Orleans, LA 70130

Leon L. Giorgio, Jr.  
P.O. Box 75010  
Metairie, LA 70033

Shivan Govindan  
230 Gaylord ST  
Denver, CO 80206

Louis Lauricella  
c/o Nancy Degan  
Baker Donelson  
201 St. Charles Ave, ste 3600  
New Orleans, LA 70170

Mark Merlo  
c/o Nancy Degan  
Baker Donelson  
201 St. Charles Ave, ste 3600  
New Orleans, LA 70170

Hermann B. Moyse, III  
5926 Boone Drive  
Baton Rouge, LA 70808

Grish Roy B. Pandit  
25 Chateau Mouton Drive  
Kenner, LA 70065

James C. Roddy  
26 Audubon Place  
New Orleans, LA 70118

Charles C. Teamer, Sr.  
32 Fairway Oaks Drive  
New Orleans, LA 70131

Joseph F. Toomy  
P.O. Box 663  
Gretna, LA 70054-0663

Mary Beth Verdigets  
2400 Gay Lynn Drive  
Kenner, LA 70065

Richard M. Wilkinson  
813 Barracks ST  
New Orleans, LA 70116