UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | * CHAPTER 11 |
| | * |
| FIRST NBC BANK HOLDING COMPANY, | * CASE NO. 17-11213 |
| | * |
| Debtor, | * SECTION "A" |
| * * * * * * * * * | * |
| ZURICH AMERICAN INSURANCE COMPANY, | * * * * * * * * |
| | * |
| Plaintiff, | * |
| | * |
| VERSUS | * |
| | * |
| GREGORY ST. ANGELO, WILLIAM D. AARON, JR., HERBERT W. ANDERSON, DALE ATKINS, JOHN C. CALHOUN, WILLIAM CARROUCHE, LEANDER J. FOLEY, III, JOHN F. FRENCH, LEON GIORGIO, JR., SHIVAN GOVIDAN, LAWRENCE BLAKE JONES, LOUIS LAURICELLA, MARK MERLO, HERMAN MOYSE, III, GRISH LLOYD PANDIT, JAMES RODDY, DR. CHARLES TEAMER, JOSEPH TOOMY, RICHARD M. WILKINSON, LOUIS BALLERO, MARSHA CROWLE, MARY BETH VERDIGETS, FRANK FUGETTA AND MICHAEL LULICH, | * ADV. P. NO. 20-01005 |
| Defendants. | * |
| * * * * * * * * * | * |

## ORDER

CONSIDERING the foregoing Ex Parte Motion for Extension of Time To Plead within which to respond to the Complaint for Interpleader and For Declaratory Relief (D.E. 1) ("Interpleader Complaint") ("Motion") filed by Marsha Crowle and Mary Beth Verdigets ("Defendants") (D.E. 58);

1

**IT IS ORDERED** that the Motion is GRANTED, and that Defendants have until and including March 19, 2020, within which to respond to the Interpleader Complaint filed by Zurich.

New Orleans, Louisiana, this 28th day of February, 2020.

_____
John W. Kolwe
United States Bankruptcy Court