**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: | * CHAPTER 11 |
| | * |
| **FIRST NBC BANK HOLDING COMPANY,** | * CASE NO. 17-11213 |
| | * |
| Debtor, | * SECTION "A" |
| | * |
| * * * * * * * * * | * |
| **ZURICH AMERICAN INSURANCE COMPANY,** | * * * * * * * * |
| | * |
| Plaintiff, | * |
| | * |
| **VERSUS** | * |
| | * |
| **GREGORY ST. ANGELO, WILLIAM D. AARON, JR., HERBERT W. ANDERSON, DALE ATKINS, JOHN C. CALHOUN, WILLIAM CARROUCHE, LEANDER J. FOLEY, III, JOHN F. FRENCH, LEON GIORGIO, JR., SHIVAN GOVIDAN, LAWRENCE BLAKE JONES, LOUIS LAURICELLA, MARK MERLO, HERMAN MOYSE, III, GRISH LLOYD PANDIT, JAMES RODDY, DR. CHARLES TEAMER, JOSEPH TOOMY, RICHARD M. WILKINSON, LOUIS BALLERO, MARSHA CROWLE, MARY BETH VERDIGETS, FRANK FUGETTA AND MICHAEL LULICH,** | * ADV. P. NO. 20-01005 |
| | * |
| Defendants. | * |
| * * * * * * * * * | * |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of Order [P-62] was served on:

1.      March 2, 2020 BY FIRST CLASS MAIL, POSTAGE PREPAID, and properly

addressed upon the limited notice list attached **Exhibit "A."**

Dated this 2nd day of March, 2020.


By:   _/s/ Jonathan T. Edwards_

Jonathan T. Edwards (*admitted pro hac vice*)
Georgia Bar Number 134100
Mary C. Gill (*admitted pro hac vice*)
Georgia Bar Number 294776
ALSTON & BIRD
1201 West Peachtree Street; Suite 4900
Atlanta, Georgia 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
jonathan.edwards@alston.com
mary.gill@alston.com

Attorneys for Marsha Crowle and Mary Beth
Verdigets

LEGAL02/39638405v1

# Exhibit A

David Aaron, Jr.
10 Natchez Drive
Harvey, LA 70058

Louis Lauricella
c/o Nancy Degan
Baker Donelson
201 St. Charles Ave, ste 3600
New Orleans, LA 70170

Herbert W. Anderson
1400 Webster St
New Orleans, LA 70118

Mark Merlo
c/o Nancy Degan
Baker Donelson
201 St. Charles Ave, ste 3600
New Orleans, LA 70170

Dale B. Atkins
2411 Oriole ST
New Orleans, LA 70122

Hermann B. Moyse, III
5926 Boone Drive
Baton Rouge, LA 70808

John C. Calhoun
5422 Prytania ST
New Orleans, LA 70115

Grish Roy B. Pandit
25 Chateau Mouton Drive
Kenner, LA 70065

William Carrouche
2709 Old Spanish Trail
Slidell, LA 70461

James C. Roddy
26 Audubon Place
New Orleans, LA 70118

Leander J. Foley
c/o Nancy Degan
Baker Donelson
201 St. Charles Ave, ste 3600
New Orleans, LA 70170

Charles C. Teamer, Sr.
32 Fairway Oaks Drive
New Orleans, LA 70131

John Fenner French
230 Carondelet ST
New Orleans, LA 70130

Joseph F. Toomy
P.O. Box 663
Gretna, LA 70054-0663

Leon L. Giorgio, Jr.
P.O. Box 75010
Metairie, LA 70033

Richard M. Wilkinson
813 Barracks ST
New Orleans, LA 70116

LEGAL02/39638405v1

Shivan Govindan
230 Gaylord ST
Denver, CO 80206

Frank Fugetta
c/o Eric Derbes
Derbes Law Firm
3027 Ridgelake Drive
Metairie, LA 70002

Gregory St. Angelo
10 Tupelo Trace
Mandeville, LA 70471

Louis P. Ballero, Jr.
6537 Argonne Blvd
New Orleans, LA 70124

Michael Lulich
c/o Eric Derbes
Derbes Law Firm
3027 Ridgelake Drive
Metairie, LA 70002

Lawrence Blake Jones
701 Poydras St
STE 4100
New Orleans, LA 70139

LEGAL02/39638405v1