# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE:** | * | **CHAPTER 11** |
| | * | |
| **FIRST NBC BANK HOLDING COMPANY,** | * | **CASE NO. 17-11213** |
| | * | |
| Debtor, | * | **SECTION "A"** |
| | * | |
| * * * * * * * * * | * | |
| **ZURICH AMERICAN INSURANCE COMPANY,** | * | * * * * * * * |
| | * | |
| Plaintiff, | * | |
| | * | |
| **VERSUS** | * | |
| | * | |
| **GREGORY ST. ANGELO, WILLIAM D. AARON, JR., HERBERT W. ANDERSON, DALE ATKINS, JOHN C. CALHOUN, WILLIAM CARROUCHE, LEANDER J. FOLEY, III, JOHN F. FRENCH, LEON GIORGIO, JR., SHIVAN GOVIDAN, LAWRENCE BLAKE JONES, LOUIS LAURICELLA, MARK MERLO, HERMAN MOYSE, III, GRISH LLOYD PANDIT, JAMES RODDY, DR. CHARLES TEAMER, JOSEPH TOOMY, RICHARD M. WILKINSON, LOUIS BALLERO, MARSHA CROWLE, MARY BETH VERDIGETS, FRANK FUGETTA AND MICHAEL LULICH,** | * | **ADV. P. NO. 20-01005** |
| | * | |
| Defendants. | * | |
| * * * * * * * * * * | * | |

## SECOND CONSENT MOTION FOR EXTENSION OF TIME TO PLEAD

**NOW INTO COURT,** through undersigned counsel, comes defendants, Marsha Crowle and Mary Beth Verdigets ("Movers"), who pursuant to Local Rule 7007-1 respectfully moves this Court for an extension of time to file pleadings in response to the Complaint for Interpleader and For Declaratory Relief (D.E. 1) ("Interpleader Complaint"). Pursuant to the

1

LEGAL02/39676244v1

Court's February 28, 2020 Order (D.E. 62), Movers' responsive pleadings are currently due on March 19, 2020. Movers request an extension of 29 days to file responsive pleadings, until April 15, 2020. Due to the recent outbreak of the Coronavirus Disease (COVID-19), and related travel and business delays, Movers represent that good cause is shown for granting the extension.

Movers certify to the Court Plaintiff's counsel has no opposition to the extension requested herein.

Dated this 18th day of March, 2020.

By:    */s/ Jonathan T. Edwards*
Jonathan T. Edwards (*admitted pro hac vice*)
Georgia Bar Number 134100
Mary C. Gill (*admitted pro hac vice*)
Georgia Bar Number 294776
ALSTON & BIRD
1201 West Peachtree Street; Suite 4900
Atlanta, Georgia 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
jonathan.edwards@alston.com
mary.gill@alston.com

Attorneys for Marsha Crowle and Mary Beth Verdigets

2

LEGAL02/39676244v1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all parties requesting notice via the Court's CM/ECF notification system this 18th day of March, 2020.

                        /s/ Jonathan T. Edwards
                        Jonathan T. Edwards
                        Alston & Bird