# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 11 |
| | * | |
| FIRST NBC BANK HOLDING COMPANY, | * | CASE NO. 17-11213 |
| | * | |
| Debtor, | * | SECTION "A" |
| | * | |
| * * * * * * * * * | * | |
| ZURICH AMERICAN INSURANCE COMPANY, | * | * * * * * * * |
| | * | |
| Plaintiff, | * | |
| | * | |
| VERSUS | * | |
| | * | |
| GREGORY ST. ANGELO, WILLIAM D. AARON, JR., HERBERT W. ANDERSON, DALE ATKINS, JOHN C. CALHOUN, WILLIAM CARROUCHE, LEANDER J. FOLEY, III, JOHN F. FRENCH, LEON GIORGIO, JR., SHIVAN GOVIDAN, LAWRENCE BLAKE JONES, LOUIS LAURICELLA, MARK MERLO, HERMAN MOYSE, III, GRISH LLOYD PANDIT, JAMES RODDY, DR. CHARLES TEAMER, JOSEPH TOOMY, RICHARD M. WILKINSON, LOUIS BALLERO, MARSHA CROWLE, MARY BETH VERDIGETS, FRANK FUGETTA AND MICHAEL LULICH, | * | ADV. P. NO. 20-01005 |
| | * | |
| Defendants. | * | |
| * * * * * * * * * | * | |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of Order [P-74] was served on:

1. March 19, 2020 BY FIRST CLASS MAIL, POSTAGE PREPAID, and properly addressed upon the limited notice list attached **Exhibit "A."**

1

LEGAL02/39638405v2

2

Dated this 19th day of March, 2020.

By:   */s/ Jonathan T. Edwards*
Jonathan T. Edwards (*admitted pro hac vice*)
Georgia Bar Number 134100
Mary C. Gill (*admitted pro hac vice*)
Georgia Bar Number 294776
ALSTON & BIRD
1201 West Peachtree Street; Suite 4900
Atlanta, Georgia 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
jonathan.edwards@alston.com
mary.gill@alston.com

Attorneys for Marsha Crowle and Mary Beth Verdigets

2

# Exhibit A

Gregory St. Angelo
10 Tupelo Trace
Mandeville, LA 70471

LEGAL02/39638405v2