B2500A (Form 2500A) (12/15)

# CERTIFICATE OF SERVICE

I, _WILBUR J. "BILL" BABIN JR._ (name), certify that service of this summons and a copy of the complaint was made ___3/27/20___ (date) by:

☑ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to: _ZURICH AMERICAN INSURANCE COMPANY THROUGH ITS ATTORNEY OF RECORD JOHN W. HITE 365 CANAL ST, ONE CANAL PL. SUITE 1710 NEW ORLEANS, LA. 70130_

❑ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

❑ Residence Service: By leaving the process with the following adult at:

❑ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

❑ Publication: The defendant was served as follows: [Describe briefly]

❑ State Law: The defendant was served pursuant to the laws of the State of_____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _3/27/20_     Signature _Bill Babin Jr._

Print Name: _3027 RIDGELAKE DR._

Business Address: _METAIRIE, LA. 70002_

B2500A (Form 2500A) (12/15)

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE:                                         *        CHAPTER 11
                                               *
FIRST NBC BANK HOLDING COMPANY,                *        CASE NO. 17-11213
                                               *
        Debtor,                                *        SECTION "A"
                                               *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
                                               *
ZURICH AMERICAN INSURANCE COMPANY              *
        Plaintiff,                             *
                                               *
VERSUS                                         *
                                               *
GREGORY ST. ANGELO, WILLIAM D.                 *
AARON, JR., HERBERT W. ANDERSON,               *        ADV. P. NO. 20-01005
DALE ATKINS, JOHN C. CALHOUN,                  *
WILLIAM CARROUCHE,                             *
LEANDER J. FOLEY, III, JOHN F. FRENCH,         *
LEON GIORGIO, JR., SHIVAN GOVIDAN,             *
LAWRENCE BLAKE JONES, LOUIS                    *
LAURICELLA, MARK MERLO,                        *
HERMAN MOYSE, III, GRISH LLOYD                 *
PANDIT, JAMES RODDY, DR. CHARLES               *
TEAMER, JOSEPH TOOMY, RICHARD M.               *
WILKINSON, LOUIS BALLERO, MARSHA               *
CROWLE, MARY BETH VERDIGETS,                   *
FRANK FUGETTA AND MICHAEL LULICH               *
        Defendants.                            *
* * * * * * * * * * * * * * * * * * * * * * * *

### SUMMONS IN AN ADVERSARY PROCEEDING

**TO:** Zurich American Insurance Company

YOU ARE SUMMONED and required to file a motion or answer to the counterclaims which is
attached to this summons with the clerk of the bankruptcy court within 30 days after the date of
issuance of this summons, except that the United States and its offices and agencies shall file a motion
or answer to the complaint within 35 days.

        Address of the clerk:
        United States Bankruptcy Court
        Eastern District of Louisiana
        Hale Boggs Federal Building
        500 Poydras Street, Suite B-601
        New Orleans, LA 70130

B2500A (Form 2500A) (12/15)

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

> Name and Address of Attorney for Louis Ballero:
> Wilbur J. Babin, Jr.
> The Derbes Law Firm, LLC
> 3027 Ridgelake Drive
> Metairie, LA 70002

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

S/ Sheila Booth  (Clerk of the Bankruptcy Court)

Date: March 25, 2020     By: s/ Jennifer Nunnery (Deputy Clerk)

