UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 11 |
| | * | |
| FIRST NBC BANK HOLDING COMPANY, | * | CASE NO. 17-11213 |
| | * | |
| Debtor, | * | SECTION "A" |
| * * * * * * * * * * * * * * * * * * * * * * * * * * | * | * * * * * * * * * * * * * * * * * * * * * * * |
| | * | |
| ZURICH AMERICAN INSURANCE COMPANY | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| V. | * | |
| | * | |
| GREGORY ST. ANGELO, WILLIAM D. AARON, JR., HERBERT W. ANDERSON, DALE ATKINS, JOHN C. CALHOUN, WILLIAM CARROUCHE, LEANDER J. FOLEY, III, JOHN F. FRENCH, LEON GIORGIO, JR., SHIVAN GOVIDAN, LAWRENCE BLAKE JONES, LOUIS LAURICELLA, MARK MERLO, HERMAN MOYSE, III, GRISH LLOYD PANDIT, JAMES RODDY, DR. CHARLES TEAMER, JOSEPH TOOMY, RICHARD M. WILKINSON, LOUIS BALLERO, MARSHA CROWLE, MARY BETH VERDIGETS, FRANK FUGETTA AND MICHAEL LULICH | * | ADVERSARY PROCEEDING NO. 20-01005 |
| Defendants. | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * | * | * * * * * * * * * * * * * * * * * * * * * * * |

**MOTION TO DISMISS**
**CROSSCLAIM FOR LACK OF SUBJECT-MATTER JURISDICTION**

Gregory St. Angelo, appearing as crossclaim defendant, moves in accordance with Rule 7012 of the Federal Rules of Bankruptcy Procedure and Rule 12(b)(1) of the Federal Rules of Civil Procedure to dismiss the crossclaim of Frank Fugetta and Michael Lulich (Rec. Doc. 67,

¶¶ 73-94). Fugetta and Lulich have not alleged and cannot satisfy the injury-in-fact requirement for standing, nor have they alleged an injury traceable to conduct by St. Angelo. Moreover, they are seeking relief in favor of Zurich American Insurance Company, but they have not alleged any basis for their bringing a claim on Zurich's behalf. For these reasons, as more fully explained in the accompanying memorandum in support, the Court should dismiss their claims without prejudice for lack of standing sufficient to invoke the Court's subject-matter jurisdiction.

WHEREFORE, Gregory St. Angelo prays that the Court dismiss the crossclaim of Fugetta and Lulich against St. Angelo for lack of subject-matter jurisdiction.

Date: March 30, 2020

                                            Respectfully submitted,

By:    */s/ J. Dalton Courson*
       Phillip A. Wittmann (Bar No. 13625)
       Paul J. Masinter (Bar No. 18324)
       Peter M. Thomson (Bar No. 02147)
       J. Dalton Courson (Bar No. 28542)
       Bryant S. York (Bar No. 34165)
       **STONE PIGMAN WALTHER WITTMANN L.L.C.**
       909 Poydras Street, Suite 3150
       New Orleans, Louisiana 70112
       Telephone: (504) 581-3200
       Facsimile: (504) 581-3361
       Email: pwittmann@stonepigman.com
                 pmasinter@stonepigman.com
                 pthomson@stonepigman.com
                 dcourson@stonepigman.com
                 byork@stonepigman.com

       ***Attorneys for Gregory St. Angelo***