UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 11 |
| FIRST NBC BANK HOLDING COMPANY, | * | CASE NO. 17-11213 |
| Debtor, | * | SECTION "A" |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * | * | * * * * * * * * * * * * * * * * * * * * * * * * |
| ZURICH AMERICAN INSURANCE COMPANY | * | |
| Plaintiff, | * | |
| V. | * | |
| GREGORY ST. ANGELO, WILLIAM D. AARON, JR., HERBERT W. ANDERSON, DALE ATKINS, JOHN C. CALHOUN, WILLIAM CARROUCHE, LEANDER J. FOLEY, III, JOHN F. FRENCH, LEON GIORGIO, JR., SHIVAN GOVIDAN, LAWRENCE BLAKE JONES, LOUIS LAURICELLA, MARK MERLO, HERMAN MOYSE, III, GRISH LLOYD PANDIT, JAMES RODDY, DR. CHARLES TEAMER, JOSEPH TOOMY, RICHARD M. WILKINSON, LOUIS BALLERO, MARSHA CROWLE, MARY BETH VERDIGETS, FRANK FUGETTA AND MICHAEL LULICH | * | ADVERSARY PROCEEDING NO. 20-01005 |
| Defendants. | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * | * | * * * * * * * * * * * * * * * * * * * * * * * * |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that, through undersigned counsel, Gregory St. Angelo has filed a Motion to Dismiss Crossclaim for Lack of Subject-Matter Jurisdiction (Rec. Doc. 84). A complete copy of the Motion and accompanying Memorandum in Support can be requested

from undersigned counsel or may be inspected via this Court's official web site at www.laeb.uscourts.gov.

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion is scheduled before the Honorable John W. Kolwe, Chief Judge of the United States Bankruptcy Court, Western District of Louisiana, 800 Lafayette Street, Courtroom 5, Lafayette, Louisiana, on the 21st day of April, 2020, at 2:00 p.m. Any party opposing said Motion must file an objection or response with the Clerk of this Court no later than seven (7) days before the scheduled hearing and must at the same time serve a copy of the objection or response upon the undersigned counsel, and upon all other parties entitled to notice thereof in accordance with Local Rule 9014-1 (B).

New Orleans, Louisiana, this 30th day of March, 2020.

Respectfully submitted,

By: *  /s/ J. Dalton Courson*

Phillip A. Wittmann (Bar No. 13625)
Paul J. Masinter (Bar No. 18324)
Peter M. Thomson (Bar No. 02147)
J. Dalton Courson (Bar No. 28542)
Bryant S. York (Bar No. 34165)
**STONE PIGMAN WALTHER WITTMANN L.L.C.**
909 Poydras Street, Suite 3150
New Orleans, Louisiana 70112
Telephone: (504) 581-3200
Facsimile: (504) 581-3361
Email: pwittmann@stonepigman.com
pmasinter@stonepigman.com
pthomson@stonepigman.com
dcourson@stonepigman.com
byork@stonepigman.com

***Attorneys for Gregory St. Angelo***