UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 11 |
| | * | |
| FIRST NBC BANK HOLDING COMPANY, | * | CASE NO. 17-11213 |
| | * | |
| Debtor, | * | SECTION "A" |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * | * * * * * * * * * * * * * * * * * * * * * * * * | |
| | * | |
| ZURICH AMERICAN INSURANCE COMPANY | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| V. | * | |
| | * | |
| GREGORY ST. ANGELO, WILLIAM D. AARON, JR., HERBERT W. ANDERSON, DALE ATKINS, JOHN C. CALHOUN, WILLIAM CARROUCHE, LEANDER J. FOLEY, III, JOHN F. FRENCH, LEON GIORGIO, JR., SHIVAN GOVIDAN, LAWRENCE BLAKE JONES, LOUIS LAURICELLA, MARK MERLO, HERMAN MOYSE, III, GRISH LLOYD PANDIT, JAMES RODDY, DR. CHARLES TEAMER, JOSEPH TOOMY, RICHARD M. WILKINSON, LOUIS BALLERO, MARSHA CROWLE, MARY BETH VERDIGETS, FRANK FUGETTA AND MICHAEL LULICH | * | ADVERSARY PROCEEDING NO. 20-01005 |
| Defendants. | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * | * * * * * * * * * * * * * * * * * * * * * * * * | |

# **C E R T I F I C A T E  O F  S E R V I C E**

I hereby certify that a copy of the Motion to Dismiss Crossclaim for Lack of Subject-Matter Jurisdiction filed by Cross Defendant Gregory St. Angelo, the accompanying

1283601v.1

Memorandum in Support, and the Notice of Hearing for same has been served via email through this Court's CM/ECF Electronic Notification System on the following parties:

Wilbur J. (Bill) Babin, Jr. on behalf of Defendant Louis P. Ballero, Jr.
babin@derbeslaw.com, derbeser72443@notify.bestcase.com

Brian M. Ballay on behalf of Defendant Charles C. Teamer, Sr.
bballay@bakerdonelson.com, ddeamore@bakerdonelson.com

Brian M. Ballay on behalf of Defendant Dale B. Atkins
bballay@bakerdonelson.com, ddeamore@bakerdonelson.com

Brian M. Ballay on behalf of Defendant David Aaron, Jr.
bballay@bakerdonelson.com, ddeamore@bakerdonelson.com

Brian M. Ballay on behalf of Defendant Grish Roy B. Pandit
bballay@bakerdonelson.com, ddeamore@bakerdonelson.com

Brian M. Ballay on behalf of Defendant Herbert W. Anderson
bballay@bakerdonelson.com, ddeamore@bakerdonelson.com

Brian M. Ballay on behalf of Defendant Hermann B. Moyse, III
bballay@bakerdonelson.com, ddeamore@bakerdonelson.com

Brian M. Ballay on behalf of Defendant James C. Roddy
bballay@bakerdonelson.com, ddeamore@bakerdonelson.com

Brian M. Ballay on behalf of Defendant John C. Calhoun
bballay@bakerdonelson.com, ddeamore@bakerdonelson.com

Brian M. Ballay on behalf of Defendant John Fenner French
bballay@bakerdonelson.com, ddeamore@bakerdonelson.com

Brian M. Ballay on behalf of Defendant Joseph F. Toomy
bballay@bakerdonelson.com, ddeamore@bakerdonelson.com

Brian M. Ballay on behalf of Defendant Lawrence Blake Jones
bballay@bakerdonelson.com, ddeamore@bakerdonelson.com

Brian M. Ballay on behalf of Defendant Leander J. Foley
bballay@bakerdonelson.com, ddeamore@bakerdonelson.com

Brian M. Ballay on behalf of Defendant Leon L. Giorgio, Jr.
bballay@bakerdonelson.com, ddeamore@bakerdonelson.com

Brian M. Ballay on behalf of Defendant Louis Lauricella
bballay@bakerdonelson.com, ddeamore@bakerdonelson.com

Brian M. Ballay on behalf of Defendant Mark Merlo
bballay@bakerdonelson.com, ddeamore@bakerdonelson.com

Brian M. Ballay on behalf of Defendant Richard M. Wilkinson
bballay@bakerdonelson.com, ddeamore@bakerdonelson.com

Brian M. Ballay on behalf of Defendant Shivan Govindan
bballay@bakerdonelson.com, ddeamore@bakerdonelson.com

Brian M. Ballay on behalf of Defendant William Carrouche
bballay@bakerdonelson.com, ddeamore@bakerdonelson.com

Nancy Scott Degan on behalf of Defendant Charles C. Teamer, Sr.
ndegan@bakerdonelson.com, degan@bakerdonelson.com

Nancy Scott Degan on behalf of Defendant Dale B. Atkins
ndegan@bakerdonelson.com, degan@bakerdonelson.com

Nancy Scott Degan on behalf of Defendant David Aaron, Jr.
ndegan@bakerdonelson.com, degan@bakerdonelson.com

Nancy Scott Degan on behalf of Defendant Grish Roy B. Pandit
ndegan@bakerdonelson.com, degan@bakerdonelson.com

Nancy Scott Degan on behalf of Defendant Herbert W. Anderson
ndegan@bakerdonelson.com, degan@bakerdonelson.com

Nancy Scott Degan on behalf of Defendant Hermann B. Moyse, III
ndegan@bakerdonelson.com, degan@bakerdonelson.com

Nancy Scott Degan on behalf of Defendant James C. Roddy
ndegan@bakerdonelson.com, degan@bakerdonelson.com

Nancy Scott Degan on behalf of Defendant John C. Calhoun
ndegan@bakerdonelson.com, degan@bakerdonelson.com

Nancy Scott Degan on behalf of Defendant John Fenner French
ndegan@bakerdonelson.com, degan@bakerdonelson.com

Nancy Scott Degan on behalf of Defendant Joseph F. Toomy
ndegan@bakerdonelson.com, degan@bakerdonelson.com

1283601v.1

Nancy Scott Degan on behalf of Defendant Lawrence Blake Jones
ndegan@bakerdonelson.com, degan@bakerdonelson.com

Nancy Scott Degan on behalf of Defendant Leander J. Foley
ndegan@bakerdonelson.com, degan@bakerdonelson.com

Nancy Scott Degan on behalf of Defendant Leon L. Giorgio, Jr.
ndegan@bakerdonelson.com, degan@bakerdonelson.com

Nancy Scott Degan on behalf of Defendant Louis Lauricella
ndegan@bakerdonelson.com, degan@bakerdonelson.com

Nancy Scott Degan on behalf of Defendant Mark Merlo
ndegan@bakerdonelson.com, degan@bakerdonelson.com

Nancy Scott Degan on behalf of Defendant Richard M. Wilkinson
ndegan@bakerdonelson.com, degan@bakerdonelson.com

Nancy Scott Degan on behalf of Defendant Shivan Govindan
ndegan@bakerdonelson.com, degan@bakerdonelson.com

Nancy Scott Degan on behalf of Defendant William Carrouche
ndegan@bakerdonelson.com, degan@bakerdonelson.com

Eric J Derbes on behalf of Cross-Claimant Frank Fugetta
ederbes@derbeslaw.com, derbespacer@gmail.com;derbeser72443@notify.bestcase.com

Eric J Derbes on behalf of Cross-Claimant Michael Lulich
ederbes@derbeslaw.com, derbespacer@gmail.com;derbeser72443@notify.bestcase.com

Eric J Derbes on behalf of Defendant Frank Fugetta
ederbes@derbeslaw.com, derbespacer@gmail.com;derbeser72443@notify.bestcase.com

Eric J Derbes on behalf of Defendant Michael Lulich
ederbes@derbeslaw.com, derbespacer@gmail.com;derbeser72443@notify.bestcase.com

Jonathan Edwards on behalf of Defendant Marsha Crowle
Jonathan.Edwards@alston.com, leslie.salcedo@alston.com

Jonathan Edwards on behalf of Defendant Mary Beth Verdigets
Jonathan.Edwards@alston.com, leslie.salcedo@alston.com

Jan Marie Hayden on behalf of Defendant William D. Aaron, Jr.
jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com;ptorres@bakerdonelson.com

1283601v.1

Jan Marie Hayden on behalf of Defendant Charles C. Teamer, Sr.
jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com;ptorres@bakerdonelson.com

Jan Marie Hayden on behalf of Defendant Dale B. Atkins
jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com;ptorres@bakerdonelson.com

Jan Marie Hayden on behalf of Defendant David Aaron, Jr.
jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com;ptorres@bakerdonelson.com

Jan Marie Hayden on behalf of Defendant Grish Roy B. Pandit
jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com;ptorres@bakerdonelson.com

Jan Marie Hayden on behalf of Defendant Herbert W. Anderson
jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com;ptorres@bakerdonelson.com

Jan Marie Hayden on behalf of Defendant Hermann B. Moyse, III
jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com;ptorres@bakerdonelson.com

Jan Marie Hayden on behalf of Defendant James C. Roddy
jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com;ptorres@bakerdonelson.com

Jan Marie Hayden on behalf of Defendant John C. Calhoun
jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com;ptorres@bakerdonelson.com

Jan Marie Hayden on behalf of Defendant John Fenner French
jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com;ptorres@bakerdonelson.com

Jan Marie Hayden on behalf of Defendant Joseph F. Toomy
jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com;ptorres@bakerdonelson.com

Jan Marie Hayden on behalf of Defendant Lawrence Blake Jones
jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com;ptorres@bakerdonelson.com

Jan Marie Hayden on behalf of Defendant Leander J. Foley
jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com;ptorres@bakerdonelson.com

Jan Marie Hayden on behalf of Defendant Leon L. Giorgio, Jr.
jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com;ptorres@bakerdonelson.com

Jan Marie Hayden on behalf of Defendant Louis Lauricella
jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com;ptorres@bakerdonelson.com

Jan Marie Hayden on behalf of Defendant Mark Merlo
jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com;ptorres@bakerdonelson.com

Jan Marie Hayden on behalf of Defendant Mary Beth Verdigets
jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com;ptorres@bakerdonelson.com

Jan Marie Hayden on behalf of Defendant Richard M. Wilkinson
jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com;ptorres@bakerdonelson.com

Jan Marie Hayden on behalf of Defendant Shivan Govindan
jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com;ptorres@bakerdonelson.com

Jan Marie Hayden on behalf of Defendant William Carrouche
jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com;ptorres@bakerdonelson.com

John Hite, III on behalf of Plaintiff Zurich American Insurance Company
jhite@shmrlaw.com

Date: March 30, 2020

    Respectfully submitted,

By:    */s/ J. Dalton Courson*
    Phillip A. Wittmann (Bar No. 13625)
    Paul J. Masinter (Bar No. 18324)
    Peter M. Thomson (Bar No. 02147)
    J. Dalton Courson (Bar No. 28542)
    Bryant S. York (Bar No. 34165)
    **STONE PIGMAN WALTHER WITTMANN L.L.C.**
    909 Poydras Street, Suite 3150
    New Orleans, Louisiana 70112
    Telephone: (504) 581-3200
    Facsimile: (504) 581-3361
    Email: pwittmann@stonepigman.com
          pmasinter@stonepigman.com
          pthomson@stonepigman.com
          dcourson@stonepigman.com
          byork@stonepigman.com

    ***Attorneys for Gregory St. Angelo***