UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 11 |
| | * | |
| FIRST NBC BANK HOLDING COMPANY, | * | CASE NO. 17-11213 |
| | * | |
| Debtor, | * | SECTION "A" |
| * * * * * * * * * * * * * * * * * * * * * * * * * | * | * * * * * * * * * * * * * * * * * * * * * * * * |
| ZURICH AMERICAN INSURANCE COMPANY | * | |
| Plaintiff, | * | |
| VERSUS | * | |
| GREGORY ST. ANGELO, WILLIAM D. AARON, JR., HERBERT W. ANDERSON, DALE ATKINS, JOHN C. CALHOUN, WILLIAM CARROUCHE, LEANDER J. FOLEY, III, JOHN F. FRENCH, LEON GIORGIO, JR., SHIVAN GOVIDAN, LAWRENCE BLAKE JONES, LOUIS LAURICELLA, MARK MERLO, HERMAN MOYSE, III, GRISH LLOYD PANDIT, JAMES RODDY, DR. CHARLES TEAMER, JOSEPH TOOMY, RICHARD M. WILKINSON, LOUIS BALLERO, MARSHA CROWLE, MARY BETH VERDIGETS, FRANK FUGETTA AND MICHAEL LULICH | * | ADVERSARY PROCEEDING NO. 20-01005 |
| Defendants. | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * | * | * * * * * * * * * * * * * * * * * * * * * * * * |

### GREGORY ST. ANGELO'S
### MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to Rule 7056 of the Federal Rule of Bankruptcy Procedure, and as set forth more fully in the accompanying Memorandum in Support of Motion for Partial Summary Judgment and accompanying exhibits and supporting documents, Gregory St. Angelo ("St.

1283285v.2

Angelo") respectfully moves the Court to grant its motion for partial summary judgment and enter judgment against Zurich American Insurance Company ("Zurich"). St. Angelo is entitled to receipt of the funds that Zurich deposited in the Court's registry when it initiated this adversary proceeding (the "Policy Proceeds"). Based on the undisputed facts and the controlling jurisprudence in this matter, only St. Angelo is entitled to those funds. This Court should grant partial summary judgment in St. Angelo's favor by (1) finding only St. Angelo is entitled to receipt of the Policy Proceeds, (2) disbursing the Policy Proceeds in their entirety to St. Angelo, and (3) issuing a judgment declaring that the two exclusions in the Policy cited in the Interpleader Complaint and relied on by Zurich for not paying St. Angelo's defenses costs and attorneys' fees do not apply presently because a "final adjudication" has not occurred.

Respectfully submitted,

By: */s/ Phillip A. Wittmann*
Phillip A. Wittmann (La. Bar No. 13625)
Paul J. Masinter (La. Bar No. 18324)
Peter M. Thomson (La. Bar No. 02147)
J. Dalton Courson (La. Bar No. 28542)
Bryant S. York (La. Bar No. 34165)
**STONE PIGMAN WALTHER WITTMANN L.L.C.**
909 Poydras Street, Suite 3150
New Orleans, LA 70112
Telephone: (504) 581-3200
Facsimile: (504) 581-3361
Email: pwittmann@stonepigman.com
pmasinter@stonepigman.com
pthomson@stonepigman.com
dcourson@stonepigman.com
byork@stonepigman.com

*Attorneys for Gregory St. Angelo*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of April, 2020, a copy of the foregoing *Motion for Partial Summary Judgment*, along with its exhibits and supporting documents, has been served upon each counsel of record by notice of electronic filing generated through the CM/ECF system.

                                                */s/ Phillip A. Wittmann*
                                                     Phillip A. Wittmann