UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 11 |
| | * | |
| FIRST NBC BANK HOLDING COMPANY, | * | CASE NO. 17-11213 |
| | * | |
| Debtor, | * | SECTION "A" |
| | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * | * | * * * * * * * * * * * * * * * * * * * * * * * * |
| | * | |
| ZURICH AMERICAN INSURANCE COMPANY | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| VERSUS | * | |
| | * | |
| GREGORY ST. ANGELO, WILLIAM D. AARON, | * | ADVERSARY PROCEEDING |
| JR., HERBERT W. ANDERSON, DALE ATKINS, | * | |
| JOHN C. CALHOUN, WILLIAM CARROUCHE, | * | NO. 20-01005 |
| LEANDER J. FOLEY, III, JOHN F. FRENCH, | * | |
| LEON GIORGIO, JR., SHIVAN GOVIDAN, | * | |
| LAWRENCE BLAKE JONES, LOUIS | * | |
| LAURICELLA, MARK MERLO, HERMAN | * | |
| MOYSE, III, GRISH LLOYD PANDIT, JAMES | * | |
| RODDY, DR. CHARLES TEAMER, JOSEPH | * | |
| TOOMY, RICHARD M. WILKINSON, LOUIS | * | |
| BALLERO, MARSHA CROWLE, MARY BETH | * | |
| VERDIGETS, FRANK FUGETTA AND | * | |
| MICHAEL LULICH | * | |
| | * | |
| Defendants. | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * | * | * * * * * * * * * * * * * * * * * * * * * * * * |

## <u>DECLARATION OF PHILLIP A. WITTMANN</u>

**PHILLIP A. WITTMANN,** an attorney admitted to practice before, *inter alia*, the Courts of the State of Louisiana, hereby affirms the following under penalties of perjury pursuant to 28 U.S.C. § 1746:

1283289v.1

1.      I am a member of the law firm of Stone Pigman Walther Wittman L.L.C., counsel to interpled defendant Gregory St. Angelo ("St. Angelo"), and as such, I am fully familiar with the facts and circumstances set forth herein.

2.      This declaration is based upon my personal involvement in the matters described and upon information and documents within my possession.

3.      This declaration is submitted pursuant to Fed. R. Civ. P. 56 in support of St. Angelo's motion for partial summary judgment in the above-captioned adversary proceeding.

4.      A true and correct copy of the correspondence I received from counsel for Zurich dated July 29, 2019 is attached hereto as Exhibit A.

5.      A true and correct copy of the response correspondence I sent to counsel for Zurich dated August 8, 2019 is attached hereto as Exhibit B.

6.      A true and correct copy of the court minute entry dated June 28, 2019 recording the proceeding at which St. Angelo entered his guilty plea is attached hereto as Exhibit C.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief.

Dated: April 3, 2020

*/s/ Phillip A. Wittmann*
Phillip A. Wittmann, Esq.

1283289v.1