**MINUTE ENTRY**
**BARBIER, J.**
**JUNE 28, 2019**
**JS-10: 21 min.**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 19-55 |
| GREGORY ST. ANGELO | SECTION "J" |

FRIDAY, JUNE 28, 2019 AT 10:30 A.M.
JUDGE CARL J. BARBIER PRESIDING

Courtroom Deputy: Gail Chauvin
Court Reporter: Karen Ibos

APPEARANCES:
  Sharan E. Lieberman, AUSA, Jeffrey R. McLaren, AUSA, Nicholas D. Moses, AUSA, for Government
  Peter M. Thompson, Phillip A. Whittmann, for Defendant

**REARRAIGNMENT OF GREGORY ST. ANGELO**

Case called at 10:33 a.m.
Defendant present to withdraw former plea of Not Guilty as to count 1 and enter a plea of guilty to same.
Defendant is sworn and questioned by the Court.
Reading of the Bill of Information waived by the defendant.
Defendant is informed of rights to trial by jury or the court and waives same.
Defendant is informed of the maximum penalties.
Defendant is informed of the sentencing guidelines.
Defendant enters a plea of guilty.
Plea Agreement is disclosed to the court in letter form and same is filed.
Government submits the factual basis in writing and same is filed.
Plea accepted and defendant is ADJUDGED GUILTY on plea of guilty.
Sentencing set for **OCTOBER 3, 2019 AT 9:30 A.M.**
Pre-sentence investigation is ORDERED.
Defendant is RELEASED.
The pretrial conference and trial of this defendant are canceled.
Hearing ended at 10:54 a.m.