## CONSULTING AGREEMENT

This consulting agreement is entered into by Gregory J. St. Angelo, 10 Tupelo Trace, Mandeville, LA 70471, hereinafter referred to as "Consultant," and First NBC Bank, hereinafter referred to as "Company."

The Parties hereby agree as follows:

1. **TERM.** The term of this agreement shall begin on February 1, 2011 and shall continue on a month to month basis until terminated by Consultant or Company.

2. **COMPENSATION.** For all services rendered by Consultant, Company shall pay Consultant the sum of TEN THOUSAND AND 00/100 ($10,000.00) DOLLARS per month, due and payable to Consultant on the first day of each month at Consultant's address listed above. Specifically excluded from this rate are statutory or contractual legal fees that may be passed on to third parties or customers of the client. Such costs and expenses may include court filing fees, parking, tolls, experts, deposition fees and the like. Such costs and expenses will be billed as incurred, without markup. The bank will not be obligated to provide legal library for consultant's research library.

3. **SERVICES RENDERED.** Consultant agrees to provide general legal advice and services in such matters as may requested from time to time. Response to such matters shall be timely. The scope of the requests are anticipated to be consistent with those duties generally associated with the responsibilities of "in-house" counsel. The scope shall include, but not be limited to, transactional and notarial work, legal research, litigation, and collections. Consultant will formally meet with Company's representative once per month to discuss pending matters and report on the status of assigned work.

4. **INDEPENDENT CONTRACTOR.** Nothing contained in this agreement shall be construed to constitute Consultant as a partner, employee, or agent of Company, nor shall either party have any authority to bind the other in any respect, it being intended that each party shall at all times remain independent, responsible for his own actions. Consultant shall not be entitled to participate in any plans, arrangements, or distributions by the Company pertaining to or in connection with any pension, stock, bonus, profit sharing, or similar benefits for Company's regular employees. Consultant shall be responsible for the payment of any and all taxes resulting from the receipt by Consultant of the compensation provided hereunder required by any present or future statute, law, ordinance, regulation, order, judgment or decree, and Consultant hereby agrees to indemnify and hold the Company harmless from any and all liability therefor.

5. **TIME AND EFFORTS.** Consultant shall diligently and conscientiously devote so much of his time, attention and best efforts as necessary to discharge his duties under this agreement. Consultant may be engaged in services for other clients during the time that this agreement is in effect. In the event of bias or conflict of interest Consultant will notify Company and withdraw from any services, and this agreement shall terminate without further obligation by Company.

6. **TERMINATION.** This agreement shall terminate upon thirty (30) day written notice to either party by the other party.

7. **COMPLIANCE WITH LAWS.** Performance under this agreement shall be made in compliance with all federal and state laws, including federal and state ethics laws.

8. **WAIVER.** The failure of either party to insist in any one or more instances upon performance of any items or conditions of this agreement shall not be construed as a waiver of

future performance of any such form, covenant, or condition, but the obligations of either party with respect thereto shall continue in full force.

9. **INDEMNIFICATION.** Consultant hereby agrees to hold harmless and indemnify Company from and against any and all loss, damage, expense and cost (including reasonable attorneys' fees incurred in connection with the same) incurred by Company as a result of Consultant's breach of any covenant or agreement made herein.

10. **ENTIRE AGREEMENT.** This agreement contains the entire understanding of the parties. It may not be changed or modified except by an agreement in writing signed by the party against whom enforcement of any waiver, change or modification is sought. Any handwritten provisions shall prevail over printed or typewritten provisions, and typewritten provisions shall prevail over any printed provisions.

11. **SEVERABILITY.** Should any part of any provision of this Agreement be declared invalid by a court of competent jurisdiction, such decision or determination shall not affect the validity of any remaining portion of such provision or any other provision and the remainder of the Agreement shall remain in full force and effect and shall be construed in all respects as if such invalid or unenforceable provision or portion thereof were not contained herein. In the event of a declaration of invalidity, the provision or portion thereof declared invalid shall not necessarily be invalidated in its entirety, but shall be observed and performed by the parties to the Agreement to the extent such provision is valid and enforceable.

12. **BREACH.** In the event of a default for nonpayment or a default of any other provision of this agreement, the prevailing party shall be entitled to all costs and fees, including reasonable attorney's fees, which may be incurred for collecting payments or seeking enforcement of this agreement.

13. **ASSIGNMENT.** Consultant shall not assign this Agreement without the prior written consent of the Company.

14. **NOTICES.** All notices under this Agreement shall be in writing and delivered personally or mailed by certified mail, postage prepaid, addressed to the parties at the following addresses:

> Gregory J. St. Angelo
> 10 Tupelo Trace
> Mandeville, LA 70471
>
> First NBC Bank
> 210 Baronne Street
> New Orleans, Louisiana 70112

15. **HEADINGS.** Headings in this Agreement are for convenience only and shall not be used to interpret or construe its provisions.

16. **COUNTERPARTS.** This Agreement may be executed in two or more counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

17. **BINDING EFFECT.** The provisions of this Agreement shall be binding upon and inure to the benefit of all parties and their respective legal representatives, successors, and assigns.

18 **GOVERNING LAW.** This Agreement shall be interpreted and performed in accordance with the laws of the State of Louisiana, and the parties agree, notwithstanding the principles of conflicts of law, that the internal laws of the State of Louisiana shall govern and control the validity, interpretation, performance, and enforcement of this Agreement. Venue for any action under this Agreement shall rest in the courts of the Parish of Orleans in the State of Louisiana.

- 5 -

**THUS DONE AND SIGNED** at New Orleans, Louisiana this 18th day of March, 2010, effective April 1, 2010..

**Gregory J. St. Angelo**

---

**FIRST NBC BANK**

By: *[signature]*

Name: **Ashton J. Ryan Jr.**

Title: **President/ Ceo**