## CERTIFIED RESOLUTION OF THE BOARD OF DIRECTORS
## OF
## FIRST NBC BANK

### December 10, 2012

The undersigned Secretary of First NBC Bank (the "Bank") hereby certifies that the following resolution of the Board of Directors of the Bank was adopted by unanimous vote at a duly called meeting of the Board of Directors, a quorum of the Directors were present and waived notice of such meeting held on December 10, 2012, and that the resolution has not been rescinded or modified and has been duly entered in the minute book of First NBC Bank:

*WHEREAS*, the Board of Directors deems it appropriate, in accordance with the Bank's bylaws, to appoint agents of the bank to enter into contract on behalf of the bank;

*BE IT RESOLVED*, that Gregory J. St. Angelo be, and he is hereby, appointed General Counsel and Agent to execute in the name of the bank any of the instrument(s) enumerated in Article IV, Section 2 of the Bank's bylaws;

*BE IT FURTHER RESOLVED*, that any prior acts executed by Gregory J. St. Angelo, as General Counsel and Agent for the Bank, including, but not limited to, the endorsement of certain Notes and Loan Documents in the name of the bank on April 23, 2012, in connection with the sale of said Notes and Loan Documents to Leggo/4 LLC., are hereby ratified.

*Motion* by Mr. Calhoun
*Seconded* by Mr. Moyse

*Approved* by unanimous voice vote.

Dated December 10, 2012

(SEAL)

_____
Marsha S. Crowle, Secretary