## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| FIRST NBC BANK HOLDING COMPANY, | * | CHAPTER 11 |
| | * | |
| DEBTOR. | * | |
| | * | CASE NO. 17-11213 – "A" |

* * * * * * * * * * * * * * * * *

ZURICH AMERICAN INSURANCE COMPANY,

    PLAINTIFF.

VERSUS

GREGORY ST. ANGELO, WILLIAM D. AARON,           ADV. P. NO. 20-01005
JR., HERBERT W. ANDERSON, DALE ATKINS,
JOHN C. CALHOUN, WILLIAM CARROUCHE,
LEANDER J. FOLEY, III, JOHN F. FRENCH,
LEON GIORGIO, JR., SHIVAN GOVINDAN,
LAWRENCE BLAKE JONES,
LOUIS LAURICELLA, MARK MERLO,
HERMAN MOYSE, III, GRISH LLOYD PANDIT,
JAMES RODDY, DR. CHARLES TEAMER,
JOSEPH TOOMY, RICHARD M. WILKINSON,
LOUIS BALLERO, MARSHA CROWLE,
MARY BETH VERDIGETS, FRANK FUGETTA
AND MICHAEL LULICH,

    DEFENDANTS.

* * * * * * * * * * * * * * * * * * * * * * * *

### THE DIRECTORS' MOTION TO DISMISS FOR LACK OF
### SUBJECT MATTER JURISDICTION OR, ALTERNATIVELY, MOTION TO STAY

NOW INTO COURT, through undersigned counsel, comes Defendants William D. Aaron,

Jr., Herbert W. Anderson, Dale Atkins, John C. Calhoun, William Carrouche, Leander Foley III,

John F. French, Leon Giorgio, Jr., Shivan Govindan, Lawrence Blake Jones, Louis Lauricella,

Mark Merlo, Herman Moyse, III, Grish Lloyd Pandit, James Roddy, Jr., Charles Teamer, Joseph

1

Toomy, and Richard M. Wilkinson (the "Directors") who file the instant Motion to Dismiss, pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, for lack of subject matter jurisdiction or, alternatively, Motion to Stay (the "Motion") in response to the Complaint for Interpleader and for Declaratory Relief (the "Complaint") filed by Zurich American Insurance Company ("Zurich") on or about January 24, 2020.[1]

As discussed in the accompanying Memorandum in Support of this Motion, this case is subject to dismissal and/or a stay on a number of grounds. As an initial matter, this Court lacks jurisdiction over this dispute because, while the insurance policy at issue may be property of the bankruptcy estate, its proceeds – the subject of this matter – are not. Indeed, courts from the Fifth Circuit and elsewhere hold under similar circumstances that insurance proceeds covering directors and officers (like Zurich's policy here) are not the property of the bankruptcy estate. Accordingly, dismissal of this matter is required.

Separately, even if this Court has jurisdiction, Zurich's Complaint does not *yet* present a ripe, justiciable controversy. Although defendant Gregory St. Angelo ("St. Angelo") claims an interest in the funds in the registry of the Court, the Directors (and other insureds) may need those funds (to, for example, effectuate a settlement of ongoing investigations initiated in the aftermath of the closure of First NBC Bank). *If and only if* the $270,872.85 in the registry of the Court is needed by the insureds – a factual circumstance not presently ascertainable – would those funds be subject to a live, ripe, and immediate controversy. As of now, the Directors are uncertain whether those funds are needed and thus, as presently positioned, Zurich's Complaint does not present a ripe, justiciable controversy.

---

[1] *See* Rec. Doc. No. 1.

Additionally, at present, the Directors are uncertain whether St. Angelo is even entitled to coverage *at all* from Zurich. Among other things, St. Angelo recently pled guilty to participating in a long-term intentional criminal scheme to defraud the bank. Likewise, the Directors recently learned facts that raise a question as to whether St. Angelo improperly recovered insurance proceeds from Zurich while, at the same time also obtained insurance coverage from his malpractice carrier, Continental Casualty Insurance Company, for the very same investigations. Exclusions in Zurich's insurance policy could arguably preclude coverage (at least in part) for St. Angelo under *either* circumstance. Because further factual development and circumstances would be needed to determine these issues – and, indeed, those factual circumstances may never come to fruition – Zurich's Complaint again, does not present a ripe controversy. Accordingly, this matter should be dismissed or, alternatively, stayed until the controversy is justiciable.

Finally, as St. Angelo himself has acknowledged, a stay of this matter is warranted in favor of St. Angelo's ongoing criminal case. Indeed, in another insurance dispute with his malpractice carrier, St. Angelo himself sought (and obtained) a stay of those proceedings because, among other things, the issues in that insurance dispute overlapped with his criminal prosecution and ongoing cooperation with the U.S. Department of Justice. As discussed below, because St. Angelo himself sought a stay of a similar case for precisely the same reasons, this matter should be stayed pending the outcoming of his criminal case.

For the reasons set forth above, as well as those set forth in the accompanying Memorandum in Support this matter should be dismissed and/or stayed.

4842-0980-5498v1
2941996-000001 04/17/2020

Respectfully submitted,

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**

*s/ Brian M. Ballay*
JAN M. HAYDEN (#06672)
NANCY SCOTT DEGAN (#01819)
BRIAN M. BALLAY (#29077)
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone: (504) 566-5200
Facsimile: (504) 636-4000
jhayden@bakerdonelson.com
ndegan@bakerdonelson.com
bballay@bakerdonelson.com

**COUNSEL FOR WILLIAM D. AARON, JR., HERBERT W. ANDERSON, DALE B. ATKINS, JOHN C. CALHOUN, WILLIAM CARROUCHE, LEANDER J. FOLEY, JOHN FENNER FRENCH, LEON L. GIORGIO, JR., SHIVAN GOVINDAN, LAWRENCE BLAKE JONES, LOUIS LAURICELLA, MARK MERLO, HERMANN B. MOYSE, III, GRISH ROY B. PANDIT, JAMES C. RODDY, CHARLES C. TEAMER, SR., JOSEPH F. TOOMY, RICHARD M. WILKINSON**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served via email through the Court's CM/ECF Electronic Notification System to all counsel of record who are receiving notice through this Court's CM/ECF Electronic Notification System and by First Class Mail upon the parties on the attached service list who do not receive notice through the CM-ECF system.

New Orleans, Louisiana, this 17th day of April, 2020.

*s/ Brian M. Ballay*
Brian M. Ballay

4842-0980-5498v1
2941996-000001 04/17/2020