# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| FIRST NBC BANK HOLDING COMPANY, | * | CHAPTER 11 |
| | * | |
| DEBTOR. | * | |
| | * | CASE NO. 17-11213 – "A" |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ZURICH AMERICAN INSURANCE COMPANY,

      PLAINTIFF.

VERSUS

GREGORY ST. ANGELO, WILLIAM D. AARON, JR., HERBERT W. ANDERSON, DALE ATKINS, JOHN C. CALHOUN, WILLIAM CARROUCHE, LEANDER J. FOLEY, III, JOHN F. FRENCH, LEON GIORGIO, JR., SHIVAN GOVINDAN, LAWRENCE BLAKE JONES, LOUIS LAURICELLA, MARK MERLO, HERMAN MOYSE, III, GRISH LLOYD PANDIT, JAMES RODDY, DR. CHARLES TEAMER, JOSEPH TOOMY, RICHARD M. WILKINSON, LOUIS BALLERO, MARSHA CROWLE, MARY BETH VERDIGETS, FRANK FUGETTA AND MICHAEL LULICH,

      DEFENDANTS.

ADV. P. NO. 20-01005

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Defendants William D. Aaron, Jr., Herbert W. Anderson, Dale Atkins, John C. Calhoun, William Carrouche, Leander Foley III, John F. French, Leon Giorgio, Jr., Shivan Govindan, Lawrence Blake Jones, Louis Lauricella, Mark Merlo, Herman Moyse, III, Grish Lloyd Pandit, James Roddy, Jr., Charles Teamer, Joseph Toomy, and Richard M. Wilkinson (the "Directors") Motion to Dismiss for Lack of Subject Matter Jurisdiction or,

Alternatively, Motion to Stay [DKT# 92], as well as the Notice of Hearing [DKT# 92-3] have been served via email through the Court's CM/ECF Electronic Notification System to all counsel of record who are receiving notice through this Court's CM/ECF Electronic Notification System.

New Orleans, Louisiana, this 17th day of April, 2020.

Respectfully submitted,

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**

*/s Brian M. Ballay*_____
Jan M. Hayden (#06672)
Nancy Scott Degan (#01819)
Brian M. Ballay (#29077)
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone: (504) 566-5200
Facsimile: (504) 636-4000
jhayden@bakerdonelson.com
ndegan@bakerdonelson.com
bballay@bakerdonelson.com

Counsel for William D. Aaron, Jr., Herbert W. Anderson, Dale B. Atkins, John C. Calhoun, William Carrouche, Leander J. Foley, John Fenner French, Leon L. Giorgio, Jr., Shivan Govindan, Lawrence Blake Jones, Louis Lauricella, Mark Merlo, Hermann B. Moyse, III, Grish Roy B. Pandit, James C. Roddy, Charles C. Teamer, Sr., Joseph F. Toomy, Richard M. Wilkinson

Wilbur J. (Bill) Babin, Jr. on behalf of Defendant Louis P. Ballero, Jr. babin@derbeslaw.com, derbeser72443@notify.bestcase.com

Eric J Derbes on behalf of Cross-Claimant Frank Fugetta
ederbes@derbeslaw.com, derbespacer@gmail.com;derbeser72443@notify.bestcase.com

Eric J Derbes on behalf of Cross-Claimant Michael Lulich
ederbes@derbeslaw.com, derbespacer@gmail.com;derbeser72443@notify.bestcase.com

Eric J Derbes on behalf of Defendant Frank Fugetta
ederbes@derbeslaw.com, derbespacer@gmail.com;derbeser72443@notify.bestcase.com

Eric J Derbes on behalf of Defendant Michael Lulich
ederbes@derbeslaw.com, derbespacer@gmail.com;derbeser72443@notify.bestcase.com

Jonathan Edwards on behalf of Defendant Marsha Crowle
Jonathan.Edwards@alston.com, leslie.salcedo@alston.com

Jonathan Edwards on behalf of Defendant Mary Beth Verdigets
Jonathan.Edwards@alston.com, leslie.salcedo@alston.com

John Hite, III on behalf of Plaintiff Zurich American Insurance Company
jhite@shmrlaw.com

Phillip A. Wittmann on behalf of Defendant Gregory St. Angelo
pwittmann@stonepigman.com