# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: * <br> * <br> **FIRST NBC BANK HOLDING COMPANY,** * <br> * <br> **DEBTOR.** * <br> * | **CHAPTER 11** <br><br> **CASE NO. 17-11213 – "A"** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ZURICH AMERICAN INSURANCE COMPANY,**

       **PLAINTIFF.**

**VERSUS**

**GREGORY ST. ANGELO, WILLIAM D. AARON,**      **ADV. P. NO. 20-01005**
**JR., HERBERT W. ANDERSON, DALE ATKINS,**
**JOHN C. CALHOUN, WILLIAM CARROUCHE,**
**LEANDER J. FOLEY, III, JOHN F. FRENCH,**
**LEON GIORGIO, JR., SHIVAN GOVINDAN,**
**LAWRENCE BLAKE JONES,**
**LOUIS LAURICELLA, MARK MERLO,**
**HERMAN MOYSE, III, GRISH LLOYD PANDIT,**
**JAMES RODDY, DR. CHARLES TEAMER,**
**JOSEPH TOOMY, RICHARD M. WILKINSON,**
**LOUIS BALLERO, MARSHA CROWLE,**
**MARY BETH VERDIGETS, FRANK FUGETTA**
**AND MICHAEL LULICH,**

       **DEFENDANTS.**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF HEARING

PLEASE TAKE NOTICE that, through undersigned counsel, Defendants William D. Aaron, Jr., Herbert W. Anderson, Dale Atkins, John C. Calhoun, William Carrouche, Leander Foley III, John F. French, Leon Giorgio, Jr., Shivan Govindan, Lawrence Blake Jones, Louis Lauricella, Mark Merlo, Herman Moyse, III, Grish Lloyd Pandit, James Roddy, Jr., Charles Teamer, Joseph Toomy, and Richard M. Wilkinson (the "Directors") have filed a Motion to

Dismiss for Lack of Subject Matter Jurisdiction or, Alternatively, Motion to Stay. A complete copy of the Motion and accompanying Memorandum in Support can be requested from undersigned counsel or may be inspected via this Court's official web site at http://www.laeb.uscourts.gov.

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion is scheduled before the Honorable John W. Kolwe, Chief Judge of the United States Bankruptcy Court, Western District of Louisiana, 800 Lafayette St., Courtroom 5, Lafayette, Louisiana, on the 19th day of May, 2020 at 2:00 p.m. Any party opposing said Motion must file an objection or response with the Clerk of this Court no later than seven (7) days before the scheduled hearing and must at the same time serve a copy of the objection or response upon the undersigned counsel, and upon all other parties entitled to notice thereof.

New Orleans, Louisiana, this 17th day of April, 2020.

                                                Respectfully submitted,

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**

/s Brian M. Ballay _____
Jan M. Hayden (#06672)
Nancy Scott Degan (#01819)
Brian M. Ballay (#29077)
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone: (504) 566-5200
Facsimile: (504) 636-4000
jhayden@bakerdonelson.com
ndegan@bakerdonelson.com
bballay@bakerdonelson.com

Counsel for William D. Aaron, Jr., Herbert W. Anderson, Dale B. Atkins, John C. Calhoun, William Carrouche, Leander J. Foley, John Fenner French, Leon L. Giorgio,

Jr., Shivan Govindan, Lawrence Blake Jones, Louis Lauricella, Mark Merlo, Hermann B. Moyse, III, Grish Roy B. Pandit, James C. Roddy, Charles C. Teamer, Sr., Joseph F. Toomy, Richard M. Wilkinson