4195-23733

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 11 |
| | * | |
| FIRST NBC BANK HOLDING COMPANY, | * | CASE NO. 17-11213 |
| | * | |
| Debtor, | * | SECTION "A" |
| * * * * * * * | * | |
| | * | * * * * * |
| | * | |
| ZURICH AMERICAN INSURANCE COMPANY | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| VERSUS | * | |
| | * | |
| GREGORY ST. ANGELO, WILLIAM D. AARON, JR., HERBERT W. ANDERSON, DALE ATKINS, JOHN C. CALHOUN, WILLIAM CARROUCHE, LEANDER J. FOLEY, III, JOHN F. FRENCH, LEON GIORGIO, JR., SHIVAN GOVIDAN, LAWRENCE BLAKE JONES, LOUIS LAURICELLA, MARK MERLO, HERMAN MOYSE, III, GRISH LLOYD PANDIT, JAMES RODDY, DR. CHARLES TEAMER, JOSEPH TOOMY, RICHARD M. WILKINSON, LOUIS BALLERO, MARSHA CROWLE, MARY BETH VERDIGETS, FRANK FUGETTA AND MICHAEL LULICH | * | ADV. P. NO. 20-01005 |
| Defendants. | * | |
| * * * * * * * * | * | |

**<u>EX PARTE MOTION FOR EXTENSION OF TIME</u>**

Plaintiff and Defendant-in-Counterclaim, Zurich American Insurance Company ("Zurich"), in accordance with Rule 7007-1 of the Local Civil Rules of the United States Bankruptcy Court for the Eastern District of Louisiana, respectfully requests a 21-day extension of time to plead in response to the counterclaim of Gregory St. Angelo.

Zurich's deadline to respond to the counterclaim is currently April 24, 2020. Pursuant to Local Rule 7007-1, upon certification by the moving party that there has been no previous extension of time to plead and that the opposing party has not filed in the record an objection to an extension of time, on ex parte motion the Court will allow one extension of time for a period of 21 days from the time the pleading would otherwise be due. Zurich has not received a previous extension of time to plead, nor has plaintiff-in-counterclaim filed an objection to an extension of time to plead in the record. Thus, Zurich respectfully requests that in accordance with the Local Rule, the Court grant an extension for 21 days, which is May 15, 2020.

WHEREFORE, Zurich respectfully requests that it be granted an extension through and including May 15, 2020 within which to file a responsive pleading.s

Dated: April 24, 2020

 /s/ John W. Hite III
Salley, Hite,  Mercer & Resor LLC
**JOHN W. HITE III (17611)**
**GLEN E. MERCER (21752)**
**MARCEL  MOULLEDEAUX (30339)**
**JAMES G. ALBERTINE III (32053)**
One Canal Place
365 Canal Street, Suite 1710
New Orleans, LA 70130
Telephone: 504/566-8800
Facsimile:  504/566-8828
**BY:  /s/ John W. Hite III**
        JOHN W. HITE III
**ATTORNEYS FOR ZURICH AMERICAN INSURANCE COMPANY**