UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 11 |
| | * | |
| FIRST NBC BANK HOLDING COMPANY, | * | CASE NO. 17-11213 |
| | * | |
| Debtor, | * | SECTION "A" |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| | * | |
| ZURICH AMERICAN INSURANCE COMPANY | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| VERSUS | * | |
| | * | |
| GREGORY ST. ANGELO, WILLIAM D. | * | |
| AARON, JR., HERBERT W. ANDERSON, | * | ADV. P. NO. 20-01005 |
| DALE ATKINS, JOHN C. CALHOUN, | * | |
| WILLIAM CARROUCHE, | * | |
| LEANDER J. FOLEY, III, JOHN F. FRENCH, | * | |
| LEON GIORGIO, JR., SHIVAN GOVIDAN, | * | |
| LAWRENCE BLAKE JONES, LOUIS | * | |
| LAURICELLA, MARK MERLO, | * | |
| HERMAN MOYSE, III, GRISH LLOYD | * | |
| PANDIT, JAMES RODDY, DR. CHARLES | * | |
| TEAMER, JOSEPH TOOMY, RICHARD M. | * | |
| WILKINSON, LOUIS BALLERO, MARSHA | * | |
| CROWLE, MARY BETH VERDIGETS, | * | |
| FRANK FUGETTA AND MICHAEL LULICH | * | |
| | * | |
| Defendants. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## *EX PARTE* CONSENT MOTION TO CONTINUE

**NOW INTO COURT**, through undersigned counsel, come Frank Fugetta and Michael Lulich, ("Fugetta and Lulich"), who, after consultation with counsel for Gregory St. Angelo, move this Honorable Court to continue the hearing on "Gregory St. Angelo's Motion for Partial Summary Judgment" **[P-87]** ("Motion for Partial Summary Judgment") from Tuesday, May 5, 2020 to Tuesday, May 19, 2020, because Fugetta and Lulich aver that discovery is necessary

regarding a number of facts pertinent to the Motion for Partial Summary Judgment. Undersigned counsel has requested to conduct a deposition of St. Angelo prior to the deadline to respond to the Motion for Partial Summary Judgment; however, St. Angelo's counsel has advised that he cannot agree to produce St. Angelo for a deposition that is unlimited in scope at this time. Undersigned counsel and St. Angelo's counsel are in discussions regarding the feasibility of a deposition limited to topics pertinent to the Motion for Partial Summary Judgment.

In order to facilitate those discussions, Fugetta and Lulich request a continuance of the hearing on the Motion for Partial Summary Judgment to May 19, 2020, the same date as "The Directors' Motion to Dismiss for Lack of Subject Matter Jurisdiction or, Alternatively, Motion to Stay" **[P-92]**. Further, Fugetta and Lulich, as well as St. Angelo, request that the hearing on St. Angelo's "Motion to Dismiss Crossclaim for Lack of Subject-Matter Jurisdiction" **[P-84]**, also set for May 5, 2020 be continued to May 19, 2020.

Counsel for Gregory St. Angelo has been consulted and consents to this Motion.

WHEREFORE, Fugetta and Lulich pray for a continuance of the hearings on "Gregory St. Angelo's Motion for Partial Summary Judgment" **[P-87]** and the "Motion to Dismiss Crossclaim for Lack of Subject-Matter Jurisdiction" **[P-84]** from Tuesday, May 5, 2020 at 2:00 p.m. to Tuesday, May 19, 2020 at 2:00 p.m., and for all just and equitable relief.

RESPECTFULLY SUBMITTED,

THE DERBES LAW FIRM, LLC

/s/ *Eric J. Derbes*
ERIC J. DERBES (La. Bar Roll No. 23464)
ALBERT J. DERBES, IV (La. Bar Roll No. 20164)
BRYAN J. O'NEILL (La. Bar Roll No. 37250)
3027 Ridgelake Drive
Metairie, LA 70002
Phone: (504) 837-1230 | Fax: (504) 832-0323
Email: EDerbes@derbeslaw.com
*Attorneys for Frank Fugetta and Michael Lulich*