4195-23733

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 11 |
| | * | |
| FIRST NBC BANK HOLDING COMPANY, | * | CASE NO. 17-11213 |
| | * | |
| Debtor, | * | SECTION "A" |
| * * * * * * * | * | |
| | * | * * * * * |
| | * | |
| ZURICH AMERICAN INSURANCE COMPANY | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| VERSUS | * | |
| | * | |
| GREGORY ST. ANGELO, WILLIAM D. | * | |
| AARON, JR., HERBERT W. ANDERSON, | * | ADV. P. NO. 20-01005 |
| DALE ATKINS, JOHN C. CALHOUN, | * | |
| WILLIAM CARROUCHE, | * | |
| LEANDER J. FOLEY, III, JOHN F. FRENCH, | * | |
| LEON GIORGIO, JR., SHIVAN GOVIDAN, | * | |
| LAWRENCE BLAKE JONES, LOUIS | * | |
| LAURICELLA, MARK MERLO, | * | |
| HERMAN MOYSE, III, GRISH LLOYD | * | |
| PANDIT, JAMES RODDY, DR. CHARLES | * | |
| TEAMER, JOSEPH TOOMY, RICHARD M. | * | |
| WILKINSON, LOUIS BALLERO, MARSHA | * | |
| CROWLE, MARY BETH VERDIGETS, | * | |
| FRANK FUGETTA AND MICHAEL LULICH | * | |
| | * | |
| Defendants. | * | |
| * * * * * * * * | * | |

## CONSENT MOTION FOR DISMISSAL OF COUNTERCLAIMS

NOW INTO COURT, through undersigned counsel, comes defendant and plaintiff-in-counterclaim, Louis Ballero ("Ballero"), who moves for dismissal of his counterclaims against plaintiff and defendant-in-counterclaim, Zurich American Insurance Company, as follows:

1

1. Ballero avers that he has now been paid all of his defense costs through March 31, 2020.

2. Zurich American Insurance Company is currently providing coverage under a reservation of rights.

3. Ballero specifically reserves the right to institute a new claim for relief against Zurich American Insurance Company, if Zurich later denies coverage or refuses or fails to pay a claim by Ballero.

4. Zurich American Insurance Company consents to Ballero's reservation of rights.

WHEREFORE, Louis Ballero moves to dismiss his counterclaims against Zurich American Insurance Company, each party reserving all rights.

/s/ *Wilbur J. "Bill" Babin, Jr.*
**WILBUR J. "BILL" BABIN, JR. (1214)**
**THE DERBES LAW FIRM, LLC**
3027 Ridgelake Drive
Metairie, LA 70002
Telephone: 504/837-1230
Fax: 504/832-0323
E-mail: babin@derbeslaw.com
***ATTORNEYS FOR LOUIS BALLERO***

/s/ *John W. Hite, III*_____
**Salley, Hite, Mercer & Resor LLC**
**JOHN W. HITE (17611)**
**GLEN E. MERCER (21752)**
**MARCEL MOULLEDEAUX (30339)**
**JAMES G. ALBERTINE ID (32053)**
**One Canal Place**
**365 Canal Street, Suite 1710**
**New Orleans, LA 70130**
**Telephone: 5041566-8800**
**Facsimile: 5041566-8828**
**ATTORNEYS FOR ZURICH AMERICAN INSURANCE COMPANY**