UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 11 |
| | * | |
| FIRST NBC BANK HOLDING COMPANY, | * | CASE NO. 17-11213 |
| | * | |
| Debtor, | * | SECTION "A" |
| * * * * * * * | * | |
| | * | * * * * * |
| | * | |
| ZURICH AMERICAN INSURANCE COMPANY | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| VERSUS | * | |
| | * | |
| GREGORY ST. ANGELO, WILLIAM D. AARON, JR., HERBERT W. ANDERSON, DALE ATKINS, JOHN C. CALHOUN, WILLIAM CARROUCHE, LEANDER J. FOLEY, III, JOHN F. FRENCH, LEON GIORGIO, JR., SHIVAN GOVIDAN, LAWRENCE BLAKE JONES, LOUIS LAURICELLA, MARK MERLO, HERMAN MOYSE, III, GRISH LLOYD PANDIT, JAMES RODDY, DR. CHARLES TEAMER, JOSEPH TOOMY, RICHARD M. WILKINSON, LOUIS BALLERO, MARSHA CROWLE, MARY BETH VERDIGETS, FRANK FUGETTA AND MICHAEL LULICH | * * * * * * * * * * * * * * | ADV. P. NO. 20-01005 |
| Defendants. | * | |
| * * * * * * * * | * | |

**CONSENT MOTION FOR DISMISSAL OF COUNTERCLAIMS**

NOW INTO COURT, through undersigned counsel, come defendants and plaintiffs-in-counterclaims, Frank Fugetta and Michael Lulich, who move for a dismissal of their counterclaims against plaintiff and defendant-in-counterclaim, Zurich American Insurance Company, as follows:

1

1. Zurich American Insurance Company ("Zurich") has now paid the $10,149.78 claimed by Frank Fugetta ("Fugetta") in Count I. Since the claim has been satisfied, Fugetta moves to dismiss Count I of his counterclaim in the captioned lawsuit against Zurich American Insurance Company ("Zurich") titled "Fugetta Demand for Reimbursement of Covered Loss."

2. Zurich is currently providing coverage to Fugetta and Lulich under a reservation of rights.

3. Frank Fugetta moves to dismiss Count II of their counterclaim against Zurich titled "Declaratory Judgment." Fugetta specifically reserves the right to institute a new claim for relief against Zurich, if Zurich later denies coverage, refuses or fails to pay a claim, or demands repayment of insurance policy proceeds.

4. Michael Lulich moves to dismiss Count II of their counterclaim against Zurich American Insurance Company titled "Declaratory Judgment." Lulich specifically reserves the right to institute a new claim for relief against Zurich, if Zurich later denies coverage, refuses or fails to pay a claim, or demands repayment of insurance policy proceeds.

5. Zurich consents to Fugetta's and Lulich's reservation of rights.

WHEREFORE, Frank Fugetta and Michael Lulich move to dismiss of Counterclaims 1 and 2, each party reserving all rights.

  /s/ /*Eric J. Derbes*
**ERIC J. DERBES (#23464)**
**THE DERBES LAW FIRM, LLC**
3027 Ridgelake Drive
Metairie, LA 70002
Telephone: 504/837-1230
Fax: 504/832-0323
EDerbes@derbeslaw.com
***ATTORNEYS FOR FRANK FUGETTA***
***AND MICHAEL LULICH***

    /s      John W. Hite III
**Salley, Hite, Mercer & Resor LLC**
**JOHN W. HITE III (17611)**
**GLEN E. MERCER (21752)**
**MARCEL MOULLEDEAUX (30339)**
**JAMES G. ALBERTINE III (32053)**
**One Canal Place**
**365 Canal Street, Suite 1710**
**New Orleans, LA 70130**
**Telephone: 504/566-8800**
**Facsimile: 504/566-8828**
**JOHN W. HITE III**
**ATTORNEYS FOR ZURICH AMERICAN**
**INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of April, 2020, I electronically filed the foregoing with the Clerk of Court through the CM/ECF system which will send a notice of electronic filing to all persons electronically noticed:

Wilbur J. (Bill) Babin, Jr. on behalf of Defendant Louis P. Ballero, Jr. babin@derbeslaw.com, derbeser72443@notify.bestcase.com; Jonathan Edwards on behalf of Defendant Marsha Crowle  Jonathan.Edwards@alston.com, leslie.salcedo@alston.com; Jonathan Edwards on behalf of Defendant Mary Beth Verdigets Jonathan.Edwards@alston.com, leslie.salcedo@alston.com; John Hite, III on behalf of Plaintiff Zurich American Insurance Company jhite@shmrlaw.com; and Phillip A. Wittmann on behalf of Defendant Gregory St. Angelo pwittmann@stonepigman.com.

    /s ERIC J. DERBES
Eric J. Derbes