UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 11 |
| | * | |
| FIRST NBC BANK HOLDING COMPANY, | * | CASE NO. 17-11213 |
| | * | |
| Debtor, | * | SECTION "A" |
| | * | |
| * * * * * * * | * | |
| | * | * * * * * |
| | * | |
| ZURICH AMERICAN INSURANCE COMPANY | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| VERSUS | * | |
| | * | |
| GREGORY ST. ANGELO, WILLIAM D. AARON, JR., HERBERT W. ANDERSON, DALE ATKINS, JOHN C. CALHOUN, WILLIAM CARROUCHE, LEANDER J. FOLEY, III, JOHN F. FRENCH, LEON GIORGIO, JR., SHIVAN GOVIDAN, LAWRENCE BLAKE JONES, LOUIS LAURICELLA, MARK MERLO, HERMAN MOYSE, III, GRISH LLOYD PANDIT, JAMES RODDY, DR. CHARLES TEAMER, JOSEPH TOOMY, RICHARD M. WILKINSON, LOUIS BALLERO, MARSHA CROWLE, MARY BETH VERDIGETS, FRANK FUGETTA AND MICHAEL LULICH | * | ADV. P. NO. 20-01005 |
| | * | |
| Defendants. | * | |
| * * * * * * * | * | |

## **O R D E R**

Considering the foregoing Consent Motion for Dismissal of Counterclaims filed by Frank Fugetta and Michael Lulich;

IT IS ORDERED that Count I of the counterclaim filed by Frank Fugetta against Zurich American Insurance Company is hereby **DISMISSED.**

1

IT IS FURTHER ORDERED that Count II of the counterclaim filed by Frank Fugetta and Michael Lulich against Zurich American Insurance Company is hereby **DISMISSED.**

IT IS FURTHER ORDERED that nothing in this Order will preclude Frank Fugetta or Michael Lulich from instituting a new action against Zurich American Insurance Company or its successors or assigns if Zurich American Insurance Company later denies coverage, refuses or fails to pay a claim, or demands repayment from of insurance policy proceeds.

Lafayette, Louisiana, this 30th day of April, 2020.

_____
JUDGE JOHN W. KOLWE
UNITED STATES BANKRUPTCY JUDGE