4195-23733

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| FIRST NBC BANK HOLDING COMPANY, | CASE NO. 17-11213 |
| Debtor, | SECTION "A" |
| ZURICH AMERICAN INSURANCE COMPANY | |
| Plaintiff, | |
| VERSUS | |
| GREGORY ST. ANGELO, WILLIAM D. AARON, JR., HERBERT W. ANDERSON, DALE ATKINS, JOHN C. CALHOUN, WILLIAM CARROUCHE, LEANDER J. FOLEY, III, JOHN F. FRENCH, LEON GIORGIO, JR., SHIVAN GOVIDAN, LAWRENCE BLAKE JONES, LOUIS LAURICELLA, MARK MERLO, HERMAN MOYSE, III, GRISH LLOYD PANDIT, JAMES RODDY, DR. CHARLES TEAMER, JOSEPH TOOMY, RICHARD M. WILKINSON, LOUIS BALLERO, MARSHA CROWLE, MARY BETH VERDIGETS, FRANK FUGETTA AND MICHAEL LULICH | ADV. P. NO. 20-01005 |
| Defendants. | |

## **ORDER**

Considering the foregoing Consent Motion for Dismissal of Counterclaims filed by Louis Ballero;

IT IS ORDERED that the counterclaims filed by Louis Ballero against Zurich American Insurance Company are hereby DISMISSED, each party reserving all rights.

1

IT IS FURTHER ORDERED that nothing in this Order shall preclude Louis Ballero from instituting a new action against Zurich American Insurance Company or its successors or assigns if Zurich American Insurance Company later denies coverage, refuses or fails to pay a claim, or demands repayment of insurance policy proceeds.

Lafayette, Louisiana, this 30th day of April, 2020.

_____
Judge John W. Kolwe
U. S. Bankruptcy Court