# Notice Recipients

| | | |
|---|---|---|
| District/Off: 053L–2 | User: admin | Date Created: 5/1/2020 |
| Case: 20–01005 | Form ID: pdf945 | Total: 2 |

**Recipients of Notice of Electronic Filing:**

aty     John Hite, III     jhite@shmrlaw.com
aty     Wilbur J. (Bill) Babin, Jr.     babin@derbeslaw.com

TOTAL: 2