UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 11 |
| | * | |
| FIRST NBC BANK HOLDING COMPANY, | * | CASE NO. 17-11213 |
| | * | |
| Debtor, | * | SECTION "A" |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| | * | |
| | * | |
| ZURICH AMERICAN INSURANCE COMPANY | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| VERSUS | * | |
| | * | |
| GREGORY ST. ANGELO, WILLIAM D. | * | |
| AARON, JR., HERBERT W. ANDERSON, | * | ADV. P. NO. 20-01005 |
| DALE ATKINS, JOHN C. CALHOUN, | * | |
| WILLIAM CARROUCHE, | * | |
| LEANDER J. FOLEY, III, JOHN F. FRENCH, | * | |
| LEON GIORGIO, JR., SHIVAN GOVIDAN, | * | |
| LAWRENCE BLAKE JONES, LOUIS | * | |
| LAURICELLA, MARK MERLO, | * | |
| HERMAN MOYSE, III, GRISH LLOYD | * | |
| PANDIT, JAMES RODDY, DR. CHARLES | * | |
| TEAMER, JOSEPH TOOMY, RICHARD M. | * | |
| WILKINSON, LOUIS BALLERO, MARSHA | * | |
| CROWLE, MARY BETH VERDIGETS, | * | |
| FRANK FUGETTA AND MICHAEL LULICH | * | |
| | * | |
| Defendants. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

### MOTION TO COMPEL DEPOSITION OF GREGORY ST. ANGELO

**NOW INTO COURT**, through undersigned counsel, come Frank Fugetta and Michael

Lulich ("Movants"), interpleaded Defendants in the above-referenced matter, who file this Motion

to Compel a deposition of Gregory St. Angelo ("St. Angelo"), and who move this Court for an

Order compelling St. Angelo to attend his deposition.

As discussed in the accompanying Memorandum in Support of this Motion, Movants, Frank Fugetta and Michael Lulich, pray for an Order directing Gregory St. Angelo to attend his deposition at a time to be set by this Court before the deadline for Fugetta and Lulich to respond to the Motion for Partial Summary Judgment. In the alternative, Movants pray this Court enter an Order staying this matter. Movants further pray for all other just and equitable relief.

Respectfully Submitted,

*/s/ Eric J. Derbes*
Eric J. Derbes (La. Bar Roll No. 23464)
Bryan J. O'Neill (La. Bar Roll No. 37250)
**The Derbes Law Firm, LLC**
3027 Ridgelake Drive
Metairie, LA 70002
Telephone: (504) 837-1230
Facsimile: (504) 832-0322
*Email:ederbes@derbeslaw.com*
*Attorney for Frank Fugetta and Michael Lulich*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served via email through the Court's CM/ECF Electronic Notification System to all counsel of record who are receiving notice through this Court's CM/ECF Electronic Notification System.

Metairie, Louisiana, this 3rd day of May, 2020.

*/s/ Eric J. Derbes*
Eric J. Derbes