UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 11 |
| | * | |
| FIRST NBC BANK HOLDING COMPANY, | * | CASE NO. 17-11213 |
| | * | |
| Debtor, | * | SECTION "A" |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| | * | |
| | * | |
| ZURICH AMERICAN INSURANCE COMPANY | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| VERSUS | * | |
| | * | |
| GREGORY ST. ANGELO, WILLIAM D. AARON, JR., HERBERT W. ANDERSON, DALE ATKINS, JOHN C. CALHOUN, WILLIAM CARROUCHE, LEANDER J. FOLEY, III, JOHN F. FRENCH, LEON GIORGIO, JR., SHIVAN GOVIDAN, LAWRENCE BLAKE JONES, LOUIS LAURICELLA, MARK MERLO, HERMAN MOYSE, III, GRISH LLOYD PANDIT, JAMES RODDY, DR. CHARLES TEAMER, JOSEPH TOOMY, RICHARD M. WILKINSON, LOUIS BALLERO, MARSHA CROWLE, MARY BETH VERDIGETS, FRANK FUGETTA AND MICHAEL LULICH | * | ADV. P. NO. 20-01005 |
| | * | |
| Defendants. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

**_EX PARTE_ MOTION WITH INCORPORATED MEMORANDUM FOR EXPEDITED HEARING ON MOTION TO COMPEL DEPOSITION OF GREGORY ST. ANGELO**

NOW INTO COURT through undersigned counsel, come Frank Fugetta and Michael Lulich ("Movants"), who submits this Motion for Expedited Hearing, and respectfully represent as follows:

1.

Movants request an expedited hearing and shortened notice on their *Motion to Compel Deposition of Gregory St. Angelo* **[P-107]** (the "Motion to Compel Deposition").

2.

On April 3, 2020, Gregory St. Angelo filed *Gregory St. Angelo's Motion for Partial Summary Judgment* **[P-87]** (the "Motion for Partial Summary Judgment"), which is presently set for hearing on Tuesday, May 19, 2020 at 2:00 p.m.

3.

An expedited hearing on the Motion to Compel Deposition is necessary because Movants need to take the deposition of Gregory St. Angelo before their Opposition to the Motion for Partial Summary Judgment is due, to wit, Tuesday May 12, 2020.

4.

The reasons Movant need to take the deposition of Gregory St. Angelo are more fully set forth in the Memorandum in Support of the Motion to Compel Deposition previously filed herein.

WHEREFORE, Frank Fugetta and Michael Lulich pray this Court grant its motion for Expedited hearing, and for all other just and equitable relief.

Respectfully Submitted,

/s/ Eric J. Derbes
Eric J. Derbes (La. Bar Roll No. 23464)
Bryan J. O'Neill (La. Bar Roll No. 37250)
**The Derbes Law Firm, LLC**
3027 Ridgelake Drive
Metairie, LA 70002
Telephone: (504) 837-1230
Facsimile: (504) 832-0322
Email:ederbes@derbeslaw.com
*Attorney for Frank Fugetta and Michael Lulich*

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing has been served via email through the Court's CM/ECF Electronic Notification System to all counsel of record who are receiving notice through this Court's CM/ECF Electronic Notification System.

      Metairie, Louisiana, this 3rd day of May, 2020.

                                              */s/ Eric J. Derbes*
                                              Eric J. Derbes