**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 11 |
| FIRST NBC HOLDING COMPANY | | CASE NO. 17-11213 |
| Debtor | * | |
| | * | SECTION: "A" |
| ZURICH AMERICAN INS. CO. | | |
| Plaintiff | * | |
| | | ADV. P. NO. 20-01005 |
| VERSUS | * | |
| GREGORY ST. ANGELO, ET AL | * | |
| Defendants | | |
| | * | |

* * *

## GOVERNMENT'S MOTION TO
## INTERVENE AND STAY ADVERSARY PROCEEDING

**NOW INTO COURT** comes the United States, appearing by and through the undersigned Assistant United States Attorneys, and respectfully submits this Motion to Intervene and Stay Adversary Proceeding. For the reasons stated in the Government's Memorandum in Support. The Government respectfully requests this Court to intervene under Rule 7024 of the Federal Rules of Bankruptcy Procedure for the purpose of staying the instant proceedings until the conclusion of a related and ongoing federal criminal investigation. Alternatively, the United States requests a stay of all discovery, including the deposition of Gregory St. Angelo.

Respectfully submitted,

MICHAEL M. SIMPSON
Attorney for the United States
Acting Under the Authority Conferred
by 28 U.S.C. § 515

*s/ Sharan E. Lieberman*
SHARAN E. LIEBERMAN
NICHOLAS D. MOSES
MATTHEW R. PAYNE
J. RYAN MCLAREN
Assistant United States Attorneys
U.S. Attorney's Office (E.D. La.)
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Telephone: (504) 680-3129
E-Mail: sharan.lieberman@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*s/ Sharan E. Lieberman*
SHARAN E. LIEBERMAN
Assistant United States Attorney

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE:** | * | **CHAPTER 11** |
| **FIRST NBC HOLDING COMPANY** | | **CASE NO. 17-11213** |
|     **Debtor** | * | |
| | * | **SECTION: "A"** |
| **ZURICH AMERICAN INS. CO.** | | |
|     **Plaintiff** | * | |
| | | **ADV. P. NO. 20-01005** |
| **VERSUS** | * | |
| **GREGORY ST. ANGELO, ET AL** | * | |
|     **Defendants** | | |
| | * | |

\* \* \*

## **O R D E R**

Having considered the Government's Motion to Intervene and Stay Adversary Proceeding;

**IT IS HEREBY ORDERED** that the Motion is _____.

New Orleans, Louisiana, this _____ day _____, 2020.

_____
JUDGE JOHN W. KOLWE
UNITED STATES BANKRUPTCY JUDGE