**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:

FIRST NBC BANK HOLDING COMPANY,      CHAPTER 11

           DEBTOR.      CASE NO. 17-11213 – "A"

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

ZURICH AMERICAN INSURANCE COMPANY,

           PLAINTIFF.

VERSUS      ADV. P. NO. 20-01005

GREGORY ST. ANGELO, WILLIAM D.
AARON, JR., HERBERT W. ANDERSON,
DALE ATKINS, JOHN C. CALHOUN,
WILLIAM CARROUCHE,
LEANDER J. FOLEY, III, JOHN F. FRENCH,
LEON GIORGIO, JR., SHIVAN GOVINDAN,
LAWRENCE BLAKE JONES, LOUIS
LAURICELLA, MARK MERLO,
HERMAN MOYSE, III, GRISH LLOYD
PANDIT, JAMES RODDY, DR. CHARLES
TEAMER, JOSEPH TOOMY, RICHARD M.
WILKINSON, LOUIS BALLERO, MARSHA
CROWLE, MARY BETH VERDIGETS,
FRANK FUGETTA AND MICHAEL LULICH,

           DEFENDANTS.

**RULE 56 DECLARATION**
**OF NANCY SCOTT DEGAN**

1. I am an attorney licensed to practice law in the State of Louisiana, and work for the law firm Baker, Donelson, Bearman, Caldwell & Berkowitz PC ("Baker Donelson"). I am lead counsel representing certain of the Director defendants named in the captioned matter and am fully familiar with the facts and circumstances set forth herein.

1

**EXHIBIT B**

2. This Declaration is based upon my personal involvement of the matters described and based upon documents I have reviewed.

3. This Declaration is submitted pursuant to Federal Rule of Civil Procedure 56(d) in Opposition to St. Angelo's Motion for Partial Summary Judgment in the captioned proceeding (Rec. Doc. No. 87) (the "Motion").

4. St. Angelo's Motion seeks summary judgment on allegations that he is entitled to payment of his defense costs from a Director & Officer Liability Policy issued by Zurich to First NBC Bank Holding Company.

5. St. Angelo's claim to the money deposited in the registry of the Court by Zurich is premature at this time because, while it appears he was being investigated and sued in his capacity as a *borrower*, it is unknown whether he was being sued and/or investigated in his capacity based on his "role at the bank".

6. St. Angelo, as a *borrower* of the Bank, improperly and fraudulently obtained loans of approximately $47 million from First NBC Bank.

7. The Bill of Information and Factual Basis concerning St. Angelo specifically states – and St. Angelo expressly acknowledged -- that St. Angelo conspired with Bank President A to overstate the value of St. Angelo's assets (and assets belonging to entities he controlled) so that he could obtain loans and extensions of credit. Further, the Factual Basis provides that he submitted false personal financial statements to the Bank to support his loans as a *borrower*.

8. Separately, public records provide that St. Angelo has made claims for coverage against his legal malpractice carrier, Continental Casualty, and received payments from same. Thus, the extent by which St. Angelo was acting as counsel to the Bank with respect to the

2

claims/investigations for which he is asserting claims for insurance coverage from Zurich is unknown and needs to be determined to properly evaluate whether coverage should be afforded.

9. The Zurich D&O policy does not afford coverage to *borrowers*, and based upon the statements contained in the Factual Basis, that appears to be what St. Angelo seeks to have paid by the Zurich D&O policy.

10. The Zurich D&O policy does not afford coverage for legal malpractice, and it is unknown whether St. Angelo contends some of those claims should be covered by the Zurich policy as opposed to the Continental Casualty malpractice policy.

11. Plaintiff's Motion for Partial Summary Judgment is premature as the Directors cannot effectively oppose the Motion until they have time to conduct discovery regarding the underlying investigations and claims and the capacity in which St. Angelo is being sued/investigated to understand how (and whether) coverage exists under Zurich's D&O policy for investigations/claims asserted against St. Angelo as a borrower and/or lawyer.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 11, 2020.

    /s/ Nancy Scott Degan
    Nancy Scott Degan

4832-5592-5178v2
2941996-000001 05/11/2020