# BAKER DONELSON
## BEARMAN, CALDWELL & BERKOWITZ, PC

201 ST. CHARLES AVENUE
SUITE 3600
NEW ORLEANS, LOUISIANA 70170
PHONE: 504.566.5200
FAX: 504.636.4000

www.bakerdonelson.com

NANCY SCOTT DEGAN
OFFICE MANAGING SHAREHOLDER
Direct Dial: (504) 566-5249
Fax: (504) 636-3949
E-Mail: ndegan@bakerdonelson.com

October 8, 2019

**Via Email**

Michael B. Chester
Skarzynski Black LLC
One Battery Park Plaza, 32nd Floor
New York, NY 10004

Re: Insurer: Zurich American Insurance Company
Policy No.: DOP 9311203-04
Insureds: William D. Aaron, Jr., Herbert W. Anderson, Dale Atkins, John C. Calhoun, William Carrouche, Leander J. Foley, III, John F. French, Leon Giorgio, Jr., Shivan Govidan, Lawrence Blake Jones, Louis Lauricella, Mark Merlo, Hermann Moyse, III, Grish Roy Pandit, James Roddy, Dr. Charles Teamer, Sr., Joseph Toomy, and Richard M. Wilkinson

Dear Mike:

In response to your recent letter concerning Mr. St. Angelo's demands, please be advised that our clients object to any additional funds being paid on behalf of Mr. St. Angelo, and urge that Mr. St. Angelo be required to return all monies previously advanced by Zurich. As previously discussed, Mr. St. Angelo was never an officer, director, or employee of First NBC Bank, and he should be judicially estopped from receiving any benefits payable under the policy as a result of his judicial admissions, in any event.

You have confirmed that Zurich will provide us advance notice should it determine to file an interpleader or any other action in light of Mr. St. Angelo's demands. If I am mistaken in this regard, please advise.

Please do not hesitate to contact me should you like to discuss this matter, and with kindest personal regards, I am

Very truly yours,

*Nancy Scott Degan*

Nancy Scott Degan

NSD/dme
(cc's continued on next page)

4821-3965-9689v1
2941996-000001
ALABAMA • FLORIDA • GEORGIA • LOUISIANA • MARYLAND • MISSISSIPPI • SOUTH CAROLINA • TENNESSEE • TEXAS • VIRGINIA • WASHINGTON, D.C.

October 8, 2019
Page 2

cc     *(via email)*
        Mary C. Gill
        Lauren Tapson Macon
        Richard T. Simmons, Jr.
        Edward J. Castaing, Jr.
        Robert B. Bieck, Jr.
        Brian J. Capitelli
        Eric Derbes
        Wilbur J. Babin, Jr.
        Matthew Martens
        Brian M. Ballay
        Matthew S. Chester