4195-23733

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 11 |
| | * | |
| FIRST NBC BANK HOLDING COMPANY, | * | CASE NO. 17-11213 |
| | * | |
| Debtor, | * | SECTION "A" |
| | * | |
| * * * * * * * | * | |
| | * | * * * * * |
| | * | |
| ZURICH AMERICAN INSURANCE COMPANY | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| VERSUS | * | |
| | * | |
| GREGORY ST. ANGELO, WILLIAM D. | * | |
| AARON, JR., HERBERT W. ANDERSON, | * | ADV. P. NO. 20-01005 |
| DALE ATKINS, JOHN C. CALHOUN, | * | |
| WILLIAM CARROUCHE, | * | |
| LEANDER J. FOLEY, III, JOHN F. FRENCH, | * | |
| LEON GIORGIO, JR., SHIVAN GOVIDAN, | * | |
| LAWRENCE BLAKE JONES, LOUIS | * | |
| LAURICELLA, MARK MERLO, | * | |
| HERMAN MOYSE, III, GRISH LLOYD | * | |
| PANDIT, JAMES RODDY, DR. CHARLES | * | |
| TEAMER, JOSEPH TOOMY, RICHARD M. | * | |
| WILKINSON, LOUIS BALLERO, MARSHA | * | |
| CROWLE, MARY BETH VERDIGETS, | * | |
| FRANK FUGETTA AND MICHAEL LULICH | * | |
| | * | |
| Defendants. | * | |
| * * * * * * * | * | |

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of Plaintiff Zurich American Insurance Company's Memorandum in Opposition to Motion to Dismiss was served through the Court's electronic filing system upon all parties as follows:

Nancy Scott Degan, Esq.
Counsel for William D. Aaron, Jr., Herbert W. Anderson, Dale Atkins, John C. Calhoun, William Carrouche, Leander J. Foley, HI, John F. French, Leon Giorgio, Jr., Shivan Govidan, Lawrence Blake Jones, Louis Lauricella, Mark Merlo, Herman Moyse, III, Grish Lloyd Pandit, James Roddy, Dr. Charles Teamer, Joseph Toomy, Richard M. Wilkinson
Baker Donelson
201 St. Charles Avenue
Suite 3600
New Orleans, Louisiana 70170
ndegan@bakerdonelson.com

Eric J. Derbes, Esq.
Derbes Law Firm
Counsel for Frank Fugetta and Michael Lulich
3027 Ridgelake Drive
Metairie, Louisiana 70002
ederbesAderbeslaw.com

Wilbur J. "Bill" Babin, Jr., Esq.
Derbes Law Firm
Counsel for Louis Ballero
3027 Ridgelake Drive
Metairie, Louisiana 70002
babin@derbeslaw.com

Mary C. Gill, Esq.
Alston & Bird
Counsel for Marsha Crowle and Mary Beth Verdigets
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Mary.gill®alston.com

**Phillip A. Wittmann**
Counsel for Gregory St. Angelo
Stone Pigman Walther Wittmann L.L.C.
909 Poydras Street
Suite 3150
New Orleans, LA 70112
504-581-3200
Fax : 504-596-0804
Email: pwittmann@stonepigman.com

  /s/ John W. Hite III
Salley, Hite, Mercer & Resor LLC
**JOHN W. HITE III (17611)**
**GLEN E. MERCER (21752)**
**MARCEL MOULLEDEAUX (30339)**
**JAMES G. ALBERTINE III (32053)**
One Canal Place
365 Canal Street, Suite 1710
New Orleans, LA 70130
Telephone: 504/566-8800
Facsimile: 504/566-8828
**BY: /s/ John W. Hite III**
     JOHN W. HITE III
**ATTORNEYS FOR ZURICH AMERICAN INSURANCE COMPANY**

Dated: May 11, 2020