## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 11 |
| FIRST NBC HOLDING COMPANY | | CASE NO. 17-11213 |
| Debtor | * | |
| | * | SECTION: "A" |
| ZURICH AMERICAN INS. CO. | | |
| Plaintiff | * | |
| | | ADV. P. NO. 20-01005 |
| VERSUS | * | |
| GREGORY ST. ANGELO, ET AL | * | |
| Defendants | | |
| | * | |

* * *

### MOTION FOR LEAVE TO FILE GOVERNMENT'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF ITS MOTION TO INTERVENE AND STAY ADVERSARY PROCEEDING

**NOW INTO COURT** comes the United States of America, appearing herein by and through the undersigned counsel, who respectfully requests leave to file the attached Supplemental Memorandum in Support of its Motion to Intervene and Stay Adversary Proceeding.

**WHEREFORE,** the Government respectfully requests that this Honorable Court grant leave to file the attached Supplemental Response.

Respectfully submitted,

MICHAEL M. SIMPSON
Attorney for the United States
Acting Under the Authority Conferred
by 28 U.S.C. § 515

 s/ *Sharan E. Lieberman*
SHARAN E. LIEBERMAN
NICHOLAS D. MOSES
MATTHEW R. PAYNE
J. RYAN MCLAREN
Assistant United States Attorneys
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Telephone: (504) 680-3129

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 19, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

    *s/ Sharan E. Lieberman*
SHARAN E. LIEBERMAN
Assistant United States Attorney

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE:** | * | **CHAPTER 11** |
| **FIRST NBC HOLDING COMPANY** | | **CASE NO. 17-11213** |
| Debtor | * | |
| | * | **SECTION: "A"** |
| **ZURICH AMERICAN INS. CO.** | | |
| Plaintiff | * | |
| | | **ADV. P. NO. 20-01005** |
| **VERSUS** | * | |
| | | |
| **GREGORY ST. ANGELO, ET AL** | * | |
| Defendants | | |
| | * | |

* * *

## O R D E R

Considering the foregoing Motion for Leave to File a Supplemental Memorandum in Support of its Motion to Intervene and Stay Adversary Proceeding,

**IT IS ORDERED** that the Motion is _____.

New Orleans, Louisiana, this _____ day of _____, 2020.

_____
JUDGE JOHN W. KOLWE
UNITED STATES BANKRUPTCY JUDGE