## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 11 |
| FIRST NBC HOLDING COMPANY | | CASE NO. 17-11213 |
| Debtor | * | |
| | * | SECTION: "A" |
| ZURICH AMERICAN INS. CO. | | |
| Plaintiff | * | |
| | | ADV. P. NO. 20-01005 |
| VERSUS | * | |
| GREGORY ST. ANGELO, ET AL | * | |
| Defendants | | |
| | * | |

* * *

### UNITED STATES' SUPPLEMENTAL MEMORANDUM IN SUPPORT OF ITS MOTION TO INTERVENE AND STAY ADVERSARY PROCEEDING

The Attorney for United States of America, through the undersigned Assistant United States Attorneys (the "United States" or the "Government"), moves to supplement the record with additional information that may assist the Court in resolving the United States' Motion to Intervene and Stay the Adversary Proceeding, Rec. Doc. 111. The United States wishes to advise the Court of recent events that support its Motion to Intervene and Stay this adversary proceeding.

1.      In the past several weeks, the United States has charged seven defendants for their fraudulent conduct at First NBC Bank. *See* Exhibit A (Bills of Information for Arvind Vira, Gary Gibbs, and Warren Treme, and Indictment of Ashton J. Ryan, Jr., William J. Burnell, Robert B. Calloway, and Frank J. Adolph). Three defendants were charged by Bill of Information and are expected to plead guilty to participating in conspiracies to defraud the bank. *Id.*

2.      On July 10, 2020, a grand jury sitting in the Eastern District of Louisiana indicted Ashton J. Ryan, Jr., William J. Burnell, Robert B. Calloway, and Frank J. Adolph with engaging

in a conspiracy to defraud First NBC Bank. *United States v. Ryan*, 20-CR-65 (EDLA), Rec. Doc.

1.

3. On July 13, 2020, United States District Judge Eldon Fallon granted the Government's motion to intervene and stay a related civil case where the FDIC-R is suing Ernst & Young for negligence. *See Fed. Deposit Ins. Corp. v. Ernst & Young LLP*, No. CV 20-1259, 2020 WL 3960345 (E.D. La. July 13, 2020). In granting the motion to stay the entire proceeding, the Court rejected the FDIC-R's argument that it could hear preliminary legal motions such at 12(b)(6) motions without prejudicing the government's interest. *See Fed. Deposit Ins. Corp. v. Ernst & Young LLP*, 2020 WL 3960345, at \*5, 14. Judge Fallon also found that the public interest was better served by a complete stay. The Court stated:

> [T]he Court is concerned that anything save a complete stay would impair the criminal proceeding because the legal issues involved in the resolution of 12(b) motions and arbitration-related motions will inherently spillover into factual disputes. This fear is not merely speculative, as FDIC-R claims, because legal issues do not exist in a vacuum. Legal issues are contextualized by facts and the Court's ruling on those issues would invariably require it to consider and comment upon the facts presented by both sides. Ultimately, although the public clearly has an interest in the resolution of civil matters involving the collapse of First NBC, it has a greater interest in ensuring that those responsible for the collapse are prosecuted.

*See Fed. Deposit Ins. Corp. v. Ernst & Young LLP*, at \*14.

4. To date, four courts in the Eastern District of Louisiana have granted complete stays of civil proceedings pending the outcome of the related and ongoing criminal investigation concerning First NBC Bank. *See Fed. Deposit Ins. Corp. v. Ernst & Young LLP,* No. CV 20-1259, 2020 WL 3960345 (E.D. La. July 13, 2020) (granting stay of entire proceeding); *Cont'l Cas. Co. v. St. Angelo*, No. CV 19-13382-WBV-DMD, 2020 WL 425865, at \*3 (E.D. La. Jan. 27, 2020) (same); *Academy Place v. Ryan*, No. CV 18-10881, 2019 WL 3974793 (E.D. La. Aug. 22, 2019)

(same); *Official Comm. of Unsecured Creditors of First NBC Bank Holding Co. v. Ryan, et al.,* 2019 WL 3858953, at * 2 (E.D. La. August 16, 2019) (same).

6.      In light of the additional developments in the criminal case, the fact that four courts have now ruled in favor of staying related civil proceedings, and the reasons set forth in the original Memorandum, Rec. Doc. 111, the United States respectfully requests that this Court grant its Motion to Intervene and Stay this adversary proceeding until the conclusion of the parallel criminal matter.

Respectfully submitted,

MICHAEL M. SIMPSON
Attorney for the United States
Acting Under the Authority Conferred
by 28 U.S.C. § 515

*s/Sharan E. Lieberman*
SHARAN E. LIEBERMAN
NICHOLAS D. MOSES
MATTHEW R. PAYNE
J. RYAN MCLAREN
Assistant United States Attorneys
U.S. Attorney's Office (E.D. La.)
650 Poydras Street, Suite 1600
New Orleans, Louisiana  70130
Telephone:  (504) 680-3129
E-Mail: sharan.lieberman@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*s/ Sharan E. Lieberman*
SHARAN E. LIEBERMAN
Assistant United States Attorney