# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:<br>First NBC Bank Holding Company<br>*Debtors* | Case No. 17-11213 |
| Zurich American Insurance Company<br>*Plaintiff* | Chapter 11 |
| v. | Judge John W. Kolwe |
| Gregory St. Angelo, et al.<br>*Defendant* | Adv. Proc. No. 20-1005 |

## ORDER

On June 30, 2020, the Court took under advisement, the Motion to Dismiss Crossclaim [#84], the Motion for Partial Summary Judgment [#87], the Motion to Dismiss Adversary Proceeding [92], the Motion to Compel [#107] and the Motion to Intervene [#111]. The Court is now prepared to announce a ruling on these matters.

Accordingly;

IT IS HEREBY ORDERED that these matters are reset for hearing on October 6, 2020 at 3:30 p.m. so that the Court may announce a ruling into the record.

IT IS FURTHER ORDERED that these matter are removed from under advisement.

Thus done and signed this 28th day of September, 2020.

Chief Judge John W. Kolwe
United States Bankruptcy Judge