UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:<br>First NBC Bank Holding Company,<br>*Debtor* | Case No. 17-11213 |
| | Chapter 11 |
| Zurich American Insurance Company,<br>*Plaintiff* | |
| | Judge John W. Kolwe |
| v. | |
| Gregory St. Angelo, et al.,<br>*Defendants* | Adv. Proc. No. 20-01005 |

**ORDER**

Multiple matters came up for hearing before the Court on October 6, 2020: a Motion to Dismiss Crossclaim for Lack of Subject Matter Jurisdiction filed by Defendant Gregory St. Angelo ("St. Angelo") (ECF #84); a Motion for Partial Summary Judgment filed by St. Angelo (ECF #87); a Motion to Dismiss Adversary Proceeding for Lack of Subject Matter Jurisdiction or, Alternatively, Motion to Stay filed by former directors of the Debtor ("the Directors") (ECF #92); a Motion to Compel the Deposition of St. Angelo filed by Defendants Frank Fugetta and Michael Lulich ("Fugetta and Lulich") (ECF #107); and a Motion to Intervene and Stay filed by the United States (ECF #111). For reasons orally assigned,

IT IS ORDERED that the Directors' Motion to Dismiss (ECF #92) is DENIED, that the Directors' alternative Motion to Stay (ECF #92) and the United States' Motion to Intervene and Stay Adversary Proceeding (ECF #111) are GRANTED, and

1

that all further matters in this Adversary Proceeding are hereby STAYED until the conclusion of the criminal proceeding against St. Angelo.

Thus, done and signed this 21st day of October, 2020.

_____
Chief Judge John W. Kolwe
U. S. Bankruptcy Court