UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:<br>First NBC Bank Holding Company,<br>*Debtor* | Case No. 17-11213<br><br>Chapter 11 |
| Zurich American Insurance Company,<br>*Plaintiff*<br><br>v.<br><br>Gregory St. Angelo, et al.,<br>*Defendants* | Judge John W. Kolwe<br><br>Adv. Proc. No. 20-01005 |

**ORDER**

Multiple matters came up for hearing before the Court on October 6, 2020: a Motion to Dismiss Crossclaim for Lack of Subject Matter Jurisdiction filed by Defendant Gregory St. Angelo ("St. Angelo") (ECF #84); a Motion for Partial Summary Judgment filed by St. Angelo (ECF #87); a Motion to Dismiss Adversary Proceeding for Lack of Subject Matter Jurisdiction or, Alternatively, Motion to Stay filed by former directors of the Debtor ("the Directors") (ECF #92); a Motion to Compel the Deposition of St. Angelo filed by Defendants Frank Fugetta and Michael Lulich ("Fugetta and Lulich") (ECF #107); and a Motion to Intervene and Stay filed by the United States (ECF #111). For reasons orally assigned,

IT IS ORDERED that the Directors' Motion to Dismiss (ECF #92) is DENIED, that the Directors' alternative Motion to Stay (ECF #92) and the United States' Motion to Intervene and Stay Adversary Proceeding (ECF #111) are GRANTED, and

1

that all further matters in this Adversary Proceeding are hereby STAYED until the conclusion of the criminal proceeding against St. Angelo.

Thus, done and signed this 21st day of October, 2020.

_____
Chief Judge John W. Kolwe
U. S. Bankruptcy Court

United States Bankruptcy Court

Eastern District of Louisiana

Zurich American Insurance Company,
    Plaintiff

St. Angelo,
    Defendant

Adv. Proc. No. 20-01005-

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 053L-2 | User: admin | Page 1 of 5 |
| Date Rcvd: Oct 21, 2020 | Form ID: pdf900 | Total Noticed: 32 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| smg | + | Collector of Revenue, City of New Orleans, Department of Finance, 1300 Perdido Street, RM 1W15, New Orleans, LA 70112-2128 |
| smg | | U. S. Attorney's Office, Eastern District of Louisiana, 650 Poydras Street, Suite 1600, New Orleans, LA 70130-7212 |
| ust | + | Eliane M Archambeault, DOJ-Ust, 400 Poydras, Suite 2110, New Orleans, LA 70130-3238 |
| dft | + | Charles C. Teamer, Sr., 32 Fairway Oaks Drive, New Orleans, LA 70131-3336 |
| dft | + | Dale B. Atkins, 2411 Oriole ST, New Orleans, LA 70122-4337 |
| dft | + | David Aaron, Jr., 10 Natchez Drive, Harvey, LA 70058-6113 |
| dft | + | Frank Fugetta, c/o Eric Derbes, Derbes Law Firm, 3027 Ridgelake Drive, Metairie, LA 70002-4924 |
| dft | + | Gregory St. Angelo, 10 Tupelo Trace, Mandeville, LA 70471-6741 |
| dft | + | Grish Roy B. Pandit, 25 Chateau Mouton Drive, Kenner, LA 70065-1902 |
| dft | + | Herbert W. Anderson, 1400 Webster St, New Orleans, LA 70118-6049 |
| dft | + | Hermann B. Moyse, III, 5926 Boone Drive, Baton Rouge, LA 70808-5003 |
| dft | + | James C. Roddy, 26 Audubon Place, New Orleans, LA 70118-5526 |
| dft | + | John C. Calhoun, 5422 Prytania ST, New Orleans, LA 70115-4235 |
| dft | + | John Fenner French, 230 Carondelet ST, New Orleans, LA 70130-2901 |
| dft | | Joseph F. Toomy, P.O. Box 663, Gretna, LA 70054-0663 |
| dft | + | Lawrence Blake Jones, 701 Poydras St, STE 4100, New Orleans, LA 70139-7773 |
| dft | + | Leander J. Foley, c/o Nancy Degan, Baker Donelson, 201 St. Charles Ave, ste 3600, New Orleans, LA 70170-3600 |
| dft | + | Leon L. Giorgio, Jr., P.O. Box 75010, Metairie, LA 70033-5010 |
| dft | + | Louis Ballero, 6537 Argonne Blvd, New Orleans, LA 70124-3905 |
| dft | + | Louis Lauricella, c/o Nancy Degan, Baker Donelson, 201 St. Charles Ave, ste 3600, New Orleans, LA 70170-3600 |
| dft | + | Mark Merlo, c/o Nancy Degan, Baker Donelson, 201 St. Charles Ave, ste 3600, New Orleans, LA 70170-3600 |
| dft | + | Marsha Crowle, 6208 Pratt Place, New Orleans, LA 70122-2824 |
| dft | + | Mary Beth Verdigets, 2400 Gay Lynn Drive, Kenner, LA 70065-1520 |
| dft | + | Michael Lulich, c/o Eric Derbes, Derbes Law Firm, 3027 Ridgelake Drive, Metairie, LA 70002-4924 |
| dft | + | Richard M. Wilkinson, 813 Barracks ST, New Orleans, LA 70116-2518 |
| dft | + | Shivan Govindan, 230 Gaylord ST, Denver, CO 80206-4648 |
| inv | + | USA (DOJ), United States Attorney's Office, 650 Poydras Street, Suite 1600, New Orleans, LA 70130-7212 |
| dft | + | William Carrouche, 2709 Old Spanish Trail, Slidell, LA 70461-4668 |

TOTAL: 28

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: LDRBankruptcy.EBN@la.gov | Oct 21 2020 19:30:00 | Louisiana Department of Revenue, Collection Division/Bankruptcy Section, P. O. Box 66658, Baton Rouge, LA 70896-6658 |
| smg | + | Email/Text: bankruptcy_bpc@lwc.la.gov | Oct 21 2020 19:31:00 | Louisiana Workforce Commission, UI Tax Liability and Adjudications, Attn: Bankruptcy Unit, 1001 N. 23rd Street, Baton Rouge, LA 70802-3338 |
| ust | + | Email/Text: ustpregion05.nr.ecf@usdoj.gov | Oct 21 2020 19:31:00 | Office of the U.S. Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130-3238 |
| ust | + | Email/Text: ustp.region21.or.ecf@usdoj.gov | Oct 21 2020 19:31:00 | United States Trustee - ORL7/13, Office of the United States Trustee, George C Young Federal |

| | | |
|---|---|---|
| District/off: 053L-2 | User: admin | Page 2 of 5 |
| Date Rcvd: Oct 21, 2020 | Form ID: pdf900 | Total Noticed: 32 |

Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210

TOTAL: 4

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| pla | | Zurich American Insurance Company, Unknown |
| cd | | Zurich American Insurance Company, Unknown |
| cd | | Zurich American Insurance Company, Unknown |
| crc | *+ | Frank Fugetta, c/o Eric Derbes, Derbes Law Firm, 3027 Ridgelake Drive, Metairie, LA 70002-4924 |
| cc | *+ | Frank Fugetta, c/o Eric Derbes, Derbes Law Firm, 3027 Ridgelake Drive, Metairie, LA 70002-4924 |
| cc | *+ | Gregory St. Angelo, 10 Tupelo Trace, Mandeville, LA 70471-6741 |
| crd | *+ | Gregory St. Angelo, 10 Tupelo Trace, Mandeville, LA 70471-6741 |
| cc | *+ | Louis Ballero, 6537 Argonne Blvd, New Orleans, LA 70124-3905 |
| crc | *+ | Michael Lulich, c/o Eric Derbes, Derbes Law Firm, 3027 Ridgelake Drive, Metairie, LA 70002-4924 |
| cc | *+ | Michael Lulich, c/o Eric Derbes, Derbes Law Firm, 3027 Ridgelake Drive, Metairie, LA 70002-4924 |

TOTAL: 3 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2020          Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian M. Ballay | on behalf of Defendant John Fenner French bballay@bakerdonelson.com ddeamore@bakerdonelson.com |
| Brian M. Ballay | on behalf of Defendant Leon L. Giorgio Jr. bballay@bakerdonelson.com, ddeamore@bakerdonelson.com |
| Brian M. Ballay | on behalf of Defendant Hermann B. Moyse III bballay@bakerdonelson.com, ddeamore@bakerdonelson.com |
| Brian M. Ballay | on behalf of Defendant Grish Roy B. Pandit bballay@bakerdonelson.com ddeamore@bakerdonelson.com |
| Brian M. Ballay | on behalf of Defendant David Aaron Jr. bballay@bakerdonelson.com, ddeamore@bakerdonelson.com |
| Brian M. Ballay | on behalf of Defendant James C. Roddy bballay@bakerdonelson.com ddeamore@bakerdonelson.com |
| Brian M. Ballay | on behalf of Defendant Joseph F. Toomy bballay@bakerdonelson.com ddeamore@bakerdonelson.com |
| Brian M. Ballay | on behalf of Defendant Dale B. Atkins bballay@bakerdonelson.com ddeamore@bakerdonelson.com |
| Brian M. Ballay | |

| | | |
|---|---|---|
| District/off: 053L-2 | User: admin | Page 3 of 5 |
| Date Rcvd: Oct 21, 2020 | Form ID: pdf900 | Total Noticed: 32 |

        on behalf of Defendant Mark Merlo bballay@bakerdonelson.com  ddeamore@bakerdonelson.com

Brian M. Ballay
        on behalf of Defendant Richard M. Wilkinson bballay@bakerdonelson.com  ddeamore@bakerdonelson.com

Brian M. Ballay
        on behalf of Defendant Louis Lauricella bballay@bakerdonelson.com  ddeamore@bakerdonelson.com

Brian M. Ballay
        on behalf of Defendant William Carrouche bballay@bakerdonelson.com  ddeamore@bakerdonelson.com

Brian M. Ballay
        on behalf of Defendant Herbert W. Anderson bballay@bakerdonelson.com  ddeamore@bakerdonelson.com

Brian M. Ballay
        on behalf of Defendant Leander J. Foley bballay@bakerdonelson.com  ddeamore@bakerdonelson.com

Brian M. Ballay
        on behalf of Defendant William D. Aaron  Jr. bballay@bakerdonelson.com, ddeamore@bakerdonelson.com

Brian M. Ballay
        on behalf of Defendant Charles C. Teamer  Sr. bballay@bakerdonelson.com, ddeamore@bakerdonelson.com

Brian M. Ballay
        on behalf of Defendant John C. Calhoun bballay@bakerdonelson.com  ddeamore@bakerdonelson.com

Brian M. Ballay
        on behalf of Defendant Lawrence Blake Jones bballay@bakerdonelson.com  ddeamore@bakerdonelson.com

Brian M. Ballay
        on behalf of Defendant Shivan Govindan bballay@bakerdonelson.com  ddeamore@bakerdonelson.com

Eric J Derbes
        on behalf of Defendant Michael Lulich ederbes@derbeslaw.com  derbespacer@gmail.com;derbeser72443@notify.bestcase.com

Eric J Derbes
        on behalf of Counter-Claimant Michael Lulich ederbes@derbeslaw.com derbespacer@gmail.com;derbeser72443@notify.bestcase.com

Eric J Derbes
        on behalf of Cross-Claimant Michael Lulich ederbes@derbeslaw.com derbespacer@gmail.com;derbeser72443@notify.bestcase.com

Eric J Derbes
        on behalf of Cross-Claimant Frank Fugetta ederbes@derbeslaw.com derbespacer@gmail.com;derbeser72443@notify.bestcase.com

Eric J Derbes
        on behalf of Counter-Claimant Frank Fugetta ederbes@derbeslaw.com derbespacer@gmail.com;derbeser72443@notify.bestcase.com

Eric J Derbes
        on behalf of Defendant Frank Fugetta ederbes@derbeslaw.com  derbespacer@gmail.com;derbeser72443@notify.bestcase.com

James Dalton Courson
        on behalf of Cross Defendant Gregory St. Angelo dcourson@stonepigman.com  wduncan@stonepigman.com

James Dalton Courson
        on behalf of Defendant Gregory St. Angelo dcourson@stonepigman.com  wduncan@stonepigman.com

James Dalton Courson
        on behalf of Counter-Claimant Gregory St. Angelo dcourson@stonepigman.com  wduncan@stonepigman.com

Jan Marie Hayden
        on behalf of Defendant Shivan Govindan jhayden@bakerdonelson.com gmitchell@bakerdonelson.com;ptorres@bakerdonelson.com

Jan Marie Hayden
        on behalf of Defendant Leon L. Giorgio  Jr. jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com;ptorres@bakerdonelson.com

Jan Marie Hayden
        on behalf of Defendant John Fenner French jhayden@bakerdonelson.com gmitchell@bakerdonelson.com;ptorres@bakerdonelson.com

Jan Marie Hayden
        on behalf of Defendant Dale B. Atkins jhayden@bakerdonelson.com  gmitchell@bakerdonelson.com;ptorres@bakerdonelson.com

Jan Marie Hayden
        on behalf of Defendant Louis Lauricella jhayden@bakerdonelson.com gmitchell@bakerdonelson.com;ptorres@bakerdonelson.com

Jan Marie Hayden

| | | |
|---|---|---|
| District/off: 053L-2 | User: admin | Page 4 of 5 |
| Date Rcvd: Oct 21, 2020 | Form ID: pdf900 | Total Noticed: 32 |

| | |
|---|---|
| | on behalf of Defendant David Aaron Jr. jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com;ptorres@bakerdonelson.com |
| Jan Marie Hayden | on behalf of Defendant Charles C. Teamer Sr. jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com;ptorres@bakerdonelson.com |
| Jan Marie Hayden | on behalf of Defendant James C. Roddy jhayden@bakerdonelson.com gmitchell@bakerdonelson.com;ptorres@bakerdonelson.com |
| Jan Marie Hayden | on behalf of Defendant Mark Merlo jhayden@bakerdonelson.com gmitchell@bakerdonelson.com;ptorres@bakerdonelson.com |
| Jan Marie Hayden | on behalf of Defendant Herbert W. Anderson jhayden@bakerdonelson.com gmitchell@bakerdonelson.com;ptorres@bakerdonelson.com |
| Jan Marie Hayden | on behalf of Defendant Hermann B. Moyse III jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com;ptorres@bakerdonelson.com |
| Jan Marie Hayden | on behalf of Defendant Mary Beth Verdigets jhayden@bakerdonelson.com gmitchell@bakerdonelson.com;ptorres@bakerdonelson.com |
| Jan Marie Hayden | on behalf of Defendant John C. Calhoun jhayden@bakerdonelson.com gmitchell@bakerdonelson.com;ptorres@bakerdonelson.com |
| Jan Marie Hayden | on behalf of Defendant Richard M. Wilkinson jhayden@bakerdonelson.com gmitchell@bakerdonelson.com;ptorres@bakerdonelson.com |
| Jan Marie Hayden | on behalf of Defendant William Carrouche jhayden@bakerdonelson.com gmitchell@bakerdonelson.com;ptorres@bakerdonelson.com |
| Jan Marie Hayden | on behalf of Defendant Grish Roy B. Pandit jhayden@bakerdonelson.com gmitchell@bakerdonelson.com;ptorres@bakerdonelson.com |
| Jan Marie Hayden | on behalf of Defendant Lawrence Blake Jones jhayden@bakerdonelson.com gmitchell@bakerdonelson.com;ptorres@bakerdonelson.com |
| Jan Marie Hayden | on behalf of Defendant William D. Aaron Jr. jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com;ptorres@bakerdonelson.com |
| Jan Marie Hayden | on behalf of Defendant Leander J. Foley jhayden@bakerdonelson.com gmitchell@bakerdonelson.com;ptorres@bakerdonelson.com |
| Jan Marie Hayden | on behalf of Defendant Joseph F. Toomy jhayden@bakerdonelson.com gmitchell@bakerdonelson.com;ptorres@bakerdonelson.com |
| John Hite, III | on behalf of Plaintiff Zurich American Insurance Company jhite@shmrlaw.com |
| John Hite, III | on behalf of Counter-Defendant Zurich American Insurance Company jhite@shmrlaw.com |
| Jonathan Edwards | on behalf of Defendant Mary Beth Verdigets Jonathan.Edwards@alston.com leslie.salcedo@alston.com |
| Jonathan Edwards | on behalf of Defendant Marsha Crowle Jonathan.Edwards@alston.com leslie.salcedo@alston.com |
| Nancy Scott Degan | on behalf of Defendant James C. Roddy ndegan@bakerdonelson.com degan@bakerdonelson.com;mchester@bakerdonelson.com |
| Nancy Scott Degan | on behalf of Defendant Leander J. Foley ndegan@bakerdonelson.com degan@bakerdonelson.com;mchester@bakerdonelson.com |
| Nancy Scott Degan | on behalf of Defendant Louis Lauricella ndegan@bakerdonelson.com degan@bakerdonelson.com;mchester@bakerdonelson.com |
| Nancy Scott Degan | on behalf of Defendant Hermann B. Moyse III ndegan@bakerdonelson.com, degan@bakerdonelson.com;mchester@bakerdonelson.com |

| | | |
|---|---|---|
| District/off: 053L-2 | User: admin | Page 5 of 5 |
| Date Rcvd: Oct 21, 2020 | Form ID: pdf900 | Total Noticed: 32 |

Nancy Scott Degan
    on behalf of Defendant Grish Roy B. Pandit ndegan@bakerdonelson.com degan@bakerdonelson.com;mchester@bakerdonelson.com

Nancy Scott Degan
    on behalf of Defendant John C. Calhoun ndegan@bakerdonelson.com degan@bakerdonelson.com;mchester@bakerdonelson.com

Nancy Scott Degan
    on behalf of Defendant Shivan Govindan ndegan@bakerdonelson.com degan@bakerdonelson.com;mchester@bakerdonelson.com

Nancy Scott Degan
    on behalf of Defendant Mark Merlo ndegan@bakerdonelson.com degan@bakerdonelson.com;mchester@bakerdonelson.com

Nancy Scott Degan
    on behalf of Defendant Herbert W. Anderson ndegan@bakerdonelson.com degan@bakerdonelson.com;mchester@bakerdonelson.com

Nancy Scott Degan
    on behalf of Defendant Dale B. Atkins ndegan@bakerdonelson.com degan@bakerdonelson.com;mchester@bakerdonelson.com

Nancy Scott Degan
    on behalf of Defendant Leon L. Giorgio Jr. ndegan@bakerdonelson.com, degan@bakerdonelson.com;mchester@bakerdonelson.com

Nancy Scott Degan
    on behalf of Defendant Joseph F. Toomy ndegan@bakerdonelson.com degan@bakerdonelson.com;mchester@bakerdonelson.com

Nancy Scott Degan
    on behalf of Defendant Charles C. Teamer Sr. ndegan@bakerdonelson.com, degan@bakerdonelson.com;mchester@bakerdonelson.com

Nancy Scott Degan
    on behalf of Defendant William Carrouche ndegan@bakerdonelson.com degan@bakerdonelson.com;mchester@bakerdonelson.com

Nancy Scott Degan
    on behalf of Defendant John Fenner French ndegan@bakerdonelson.com degan@bakerdonelson.com;mchester@bakerdonelson.com

Nancy Scott Degan
    on behalf of Defendant David Aaron Jr. ndegan@bakerdonelson.com, degan@bakerdonelson.com;mchester@bakerdonelson.com

Nancy Scott Degan
    on behalf of Defendant Lawrence Blake Jones ndegan@bakerdonelson.com degan@bakerdonelson.com;mchester@bakerdonelson.com

Nancy Scott Degan
    on behalf of Defendant Richard M. Wilkinson ndegan@bakerdonelson.com degan@bakerdonelson.com;mchester@bakerdonelson.com

Phillip A. Wittmann
    on behalf of Counter-Claimant Gregory St. Angelo pwittmann@stonepigman.com

Phillip A. Wittmann
    on behalf of Defendant Gregory St. Angelo pwittmann@stonepigman.com

Phillip A. Wittmann
    on behalf of Cross Defendant Gregory St. Angelo pwittmann@stonepigman.com

Sharan Lieberman
    on behalf of Intervenor USA (DOJ) sharan.lieberman@usdoj.gov

Wilbur J. (Bill) Babin, Jr.
    on behalf of Counter-Claimant Louis Ballero babin@derbeslaw.com derbeser72443@notify.bestcase.com

Wilbur J. (Bill) Babin, Jr.
    on behalf of Defendant Louis Ballero babin@derbeslaw.com derbeser72443@notify.bestcase.com

TOTAL: 76