## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE:** | * | **CHAPTER 11** |
| **FIRST NBC HOLDING COMPANY** | | **CASE NO. 17-11213** |
| **Debtor** | * | |
| | * | **SECTION: "A"** |
| **ZURICH AMERICAN INS. CO.** | | |
| **Plaintiff** | * | |
| | | **ADV. P. NO. 20-01005** |
| **VERSUS** | * | |
| | | |
| **GREGORY ST. ANGELO, ET AL** | * | |
| **Defendants** | | |
| | * | |

\* \* \*

## MOTION TO ENROLL AS CO-COUNSEL OF RECORD

**NOW INTO COURT** comes the United States of America, through the undersigned Assistant United States Attorney, who respectfully submits the following:

The Government requests that this Honorable Court allow Assistant United States Attorneys Matthew R. Payne, Nicholas D. Moses, J. Ryan McLaren, and K. Paige O'Hale to enroll as Government co-counsel of record in the above-captioned case.

    Respectfully submitted,

    MICHAEL M. SIMPSON
    Attorney for the United States
    Acting Under the Authority Conferred
    by 28 U.S.C. § 515

    *s/Sharan E. Lieberman*
    SHARAN E. LIEBERMAN
    Assistant United States Attorney
    U.S. Attorney's Office (E.D. La.)
    650 Poydras Street, Suite 1600
    New Orleans, Louisiana 70130
    Telephone: (504) 680-3129
    E-Mail: sharan.lieberman@usdoj.gov

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 26, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

      *s/Sharan E. Lieberman*
      SHARAN E. LIEBERMAN
      Assistant United States Attorney