**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE:** | * | **CHAPTER 11** |
| **FIRST NBC HOLDING COMPANY** | | **CASE NO. 17-11213** |
| **Debtor** | * | |
| | * | **SECTION: "A"** |
| **ZURICH AMERICAN INS. CO.** | | |
| **Plaintiff** | * | |
| | | **ADV. P. NO. 20-01005** |
| **VERSUS** | * | |
| | | |
| **GREGORY ST. ANGELO, ET AL** | * | |
| **Defendants** | | |
| | * | |

\* \* \*

# **O R D E R**

Considering the foregoing:

**IT IS ORDERED** that Assistant United States Attorneys Matthew R. Payne, Nicholas D. Moses, J. Ryan McLaren, and K. Paige O'Hale be and are hereby allowed to enroll as Government co-counsel of record.

New Orleans, Louisiana, this _____ day of March, 2021.

_____
HONORABLE JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE