4195-23733

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 11 |
| | * | |
| FIRST NBC BANK HOLDING COMPANY, | * | CASE NO. 17-11213 |
| | * | |
| Debtor, | * | SECTION "A" |
| | * | |
| * * * * * * * * | * | JUDGE JOHN W. KOLWE |
| | * | * * * * * |
| | * | |
| ZURICH AMERICAN INSURANCE COMPANY | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| VERSUS | * | |
| | * | |
| GREGORY ST. ANGELO, ET AL | * | ADV. P. NO. 20-01005 |
| | * | |
| Defendants. | * | |
| * * * * * * * * | * | |

**EX PARTE MOTION TO LIFT THE STAY FOR THE LIMITED PURPOSE OF ALLOWING DEPOSIT OF SUPPLEMENTAL INTERPLEADER FUNDS INTO THE REGISTRY OF THE COURT**

1.

NOW COMES Plaintiff-in-Interpleader, Zurich American Insurance Company ("Zurich"), which has previously deposited $270,872.85 into the Registry of the Court pursuant to the Order of this Honorable Court of March 3, 3020 (R. Doc. 64). This deposit represented the amount demanded by defendant Gregory St. Angelo for reimbursement under the Zurich policy through that date.

2.

In this Court's Order of October 21, 2020, the Court held that it had subject matter jurisdiction over this matter; held that a judiciable controversy existed; and stayed this matter. (R. Doc. 124).

3.

Zurich seeks to lift the stay order solely for the limited purpose of depositing supplemental funds into the Registry of the Court pursuant to 28 U.S.C. §1335, Local Rule 7067-1, and General Order 2016-1. Zurich represents that the limits of its policy number DOP 9311203-04 have now exhausted. Zurich seeks to deposit the supplemental sum of $134,774.52 into the Registry of the Court, which represents additional sums for which defendant, Gregory St. Angelo, has demanded payment subsequent to the date of Zurich's initial deposit of funds into the Registry of the Court through the time of the exhaustion of its policy.

WHEREFORE, Zurich prays that the stay be lifted for the limited purpose of allowing Zurich to deposit via check the sum of $134,774.52 into the Registry of the Court and that these proceedings otherwise remain stayed.

        Respectfully submitted,

        /s/ John W. Hite III
        Salley, Hite, Mercer & Resor LLC
        **JOHN W. HITE III (17611)**
        **GLEN E. MERCER (21752)**
        **MARCEL MOULLEDEAUX (30339)**
        **JAMES G. ALBERTINE III (32053)**
        One Canal Place
        365 Canal Street, Suite 1710
        New Orleans, LA 70130
        Telephone: 504/566-8800
        Facsimile: 504/566-8828
        **BY: /s/ John W. Hite III**
            JOHN W. HITE III
        **ATTORNEYS FOR ZURICH AMERICAN INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of July, 2021, I electronically filed the foregoing with the Clerk of Court through the CM/ECF system which will send a notice of electronic filing to all persons electronically noticed. I further certify that I mailed the foregoing document and notice of electronic filing to any non-CM/ECF participant.

        /s/ John W. Hite III