4195-23733

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 11 |
| FIRST NBC BANK HOLDING COMPANY, | * | CASE NO. 17-11213 |
| Debtor, | * | SECTION "A" |
| * * * * * * * | * | JUDGE JOHN W. KOLWE |
| ZURICH AMERICAN INSURANCE COMPANY | * | * * * * * |
| Plaintiff, | * | |
| VERSUS | * | |
| GREGORY ST. ANGELO, ET AL | * | ADV. P. NO. 20-01005 |
| Defendants. | * | |

## **ORDER**

Considering the foregoing Ex Parte Motion to Lift Stay for the Limited Purpose of Allowing Supplemental Deposit of Interpleader Funds Into the Registry of the Court;

IT IS HEREBY ORDERED, ADJUDED AND DECREED that the Motion is **GRANTED**, and that the Stay is lifted for the limited purpose of granting leave and authorizing the mover, Zurich American Insurance Company, to deposit via check into the Registry of the Court the sum of $134,774.52.

IT IS FURTHER ORDERED that these proceedings otherwise remain stayed.

New Orleans, Louisiana, this _____ day of _____, 2021.

_____
UNITED STATES BANKRUPTCY JUDGE