UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: <br> FIRST NBC HOLDING COMPANY <br> Debtor | * <br> * | CHAPTER 11 <br> CASE NO. 17-11213 |
| | * | SECTION: "A" |
| ZURICH AMERICAN INS. CO. <br> Plaintiff | * | |
| | | ADV. P. NO. 20-01005 |
| VERSUS | * | |
| GREGORY ST. ANGELO, ET AL <br> Defendants | * <br> * | |

\* \* \*

## ORDER

Considering the foregoing:

**IT IS ORDERED** that Assistant United States Attorneys Matthew R. Payne, Nicholas D. Moses, J. Ryan McLaren, and K. Paige O'Hale be and are hereby allowed to enroll as Government co-counsel of record.

Lafayette, Louisiana, this 10th day of August, 2021.

_____
HONORABLE JOHN W. KOLWE
U.S. CHIEF BANKRUPTCY JUDGE