4195-23733

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 11 |
| | * | |
| FIRST NBC BANK HOLDING COMPANY, | * | CASE NO. 17-11213 |
| | * | |
| Debtor, | * | SECTION "A" |
| | * | |
| * * * * * * * | * | JUDGE JOHN W. KOLWE |
| | * * * * * * |
| ZURICH AMERICAN INSURANCE COMPANY | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| VERSUS | * | |
| | * | |
| GREGORY ST. ANGELO, ET AL | * | ADV. P. NO. 20-01005 |
| | * | |
| Defendants. | * | |
| * * * * * * * * | * | |

## ORDER

Considering the foregoing Ex Parte Motion to Lift Stay for the Limited Purpose of Allowing Supplemental Deposit of Interpleader Funds Into the Registry of the Court;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion is **GRANTED**, and that the Stay is lifted for the limited purpose of granting leave and authorizing the mover, Zurich American Insurance Company, to deposit via check into the Registry of the Court the sum of $134,774.52.

IT IS FURTHER ORDERED that these proceedings otherwise remain stayed.

Lafayette, Louisiana, this 10th day of August, 2021.

_____
John W. Kolwe
UNITED STATES BANKRUPTCY JUDGE