# Notice Recipients

District/Off: 053L–2          User: admin                    Date Created: 8/10/2021

Case: 20–01005              Form ID: pdf945                Total: 1


**Recipients of Notice of Electronic Filing:**

aty          John Hite, III          jhite@shmrlaw.com

                                                              TOTAL: 1