UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 11 |
| | * | |
| FIRST NBC BANK HOLDING COMPANY, | * | CASE NO. 17-11213 |
| | * | |
| Debtor, | * | SECTION "A" |
| * * * * * * * * * * * * * * * * * * * * * * * * * * | * | * * * * * * * * * * * * * * * * * * * * * * * * |
| | * | |
| ZURICH AMERICAN INSURANCE COMPANY | * | ADVERSARY PROCEEDING |
| | * | |
| Plaintiff, | * | NO. 20-01005 |
| | * | |
| V. | * | |
| | * | |
| GREGORY ST. ANGELO, ET AL | * | |
| | * | |
| Defendants. | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * | * | * * * * * * * * * * * * * * * * * * * * * * * * |

## EX PARTE MOTION TO WITHDRAW COUNSEL

Defendant, Counter-Claimant, and Cross-Defendant Gregory St. Angelo, pursuant to Local Bankruptcy Rule 2014-1(C), respectfully requests to withdraw J. Dalton Courson of Stone Pigman Walther Wittmann L.L.C. as counsel of record for him in this proceeding. Mr. St. Angelo will continue to be represented by Phillip A. Wittmann, Paul J. Masinter, and Peter M. Thomson, all of the law firm of Stone Pigman Walther Wittmann L.L.C.

Mr. St. Angelo has been informed of the withdrawal of Mr. Courson and does not object. Messrs. Wittmann, Masinter, and Thomson will continue to represent Mr. St. Angelo in all further proceedings in this case. Notices may be provided to them at the address below:

1317429v.1

    Phillip A. Wittmann, Esq.
        pwittmann@stonepigman.com
    Paul J. Masinter, Esq.
        pmasinter@stonepigman.com
    Peter M. Thomson, Esq.
        pthomson@stonepigman.com
    Stone Pigman Walther Wittmann L.L.C.
    909 Poydras Street, Suite 3150
    New Orleans, Louisiana 70112
    Phone: 504-581-3200
    Fax: 504-581-3361

WHEREFORE, counsel for Mr. St. Angelo requests an order, substantially in the form attached here to Exhibit A, withdrawing J. Dalton Courson as counsel of record for Mr. St. Angelo, and such other relief as the Court deems appropriate.

                Respectfully submitted,

        By:    */s/ J. Dalton Courson*
                Phillip A. Wittmann (Bar No. 13625)
                Paul J. Masinter (Bar No. 18324)
                Peter M. Thomson (Bar No. 02147)
                J. Dalton Courson (Bar No. 28542)
                Bryant S. York (Bar No. 34165)
                **STONE PIGMAN WALTHER WITTMANN L.L.C.**
                909 Poydras Street, Suite 3150
                New Orleans, Louisiana 70112
                Telephone: (504) 581-3200
                Facsimile: (504) 581-3361
                Email: pwittmann@stonepigman.com
                          pmasinter@stonepigman.com
                          pthomson@stonepigman.com
                          dcourson@stonepigman.com
                          byork@stonepigman.com

                ***Attorneys for Gregory St. Angelo***

- 3 -

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Ex Parte Motion to Substitute Counsel has been served via email through the Court's CM/ECF Electronic Notification System to all counsel of record receiving notice through the CM/ECF system.

*/s/ J. Dalton Courson*

1317429v.1