UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 11 |
| | * | |
| FIRST NBC BANK HOLDING COMPANY, | * | CASE NO. 17-11213 |
| | * | |
| Debtor, | * | SECTION "A" |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| | * | |
| ZURICH AMERICAN INSURANCE COMPANY | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| VERSUS | * | |
| | * | |
| GREGORY ST. ANGELO, WILLIAM D. | * | |
| AARON, JR., HERBERT W. ANDERSON, | * | ADV. P. NO. 20-01005 |
| DALE ATKINS, JOHN C. CALHOUN, | * | |
| WILLIAM CARROUCHE, | * | |
| LEANDER J. FOLEY, III, JOHN F. FRENCH, | * | |
| LEON GIORGIO, JR., SHIVAN GOVIDAN, | * | |
| LAWRENCE BLAKE JONES, LOUIS | * | |
| LAURICELLA, MARK MERLO, | * | |
| HERMAN MOYSE, III, GRISH LLOYD | * | |
| PANDIT, JAMES RODDY, DR. CHARLES | * | |
| TEAMER, JOSEPH TOOMY, RICHARD M. | * | |
| WILKINSON, LOUIS BALLERO, MARSHA | * | |
| CROWLE, MARY BETH VERDIGETS, | * | |
| FRANK FUGETTA AND MICHAEL LULICH | * | |
| | * | |
| Defendants. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

### *EX PARTE* MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

**NOW INTO COURT**, comes Eric J. Derbes who desires to withdraw as counsel of record, and that Albert J. Derbes, IV be enrolled and substituted as counsel of record for Frank Fugetta and Michael Lulich ("Clients") in these proceedings. The Clients have consented to the withdrawal of Eric J. Derbes and the enrollment and substitution of Albert J. Derbes, IV as counsel of record.

*/s/ Eric J. Derbes*
Eric J. Derbes #23464
THE DERBES LAW FIRM, LLC
3027 Ridgelake Drive
Metairie, LA 70002
Telephone: (504) 837-1230
Fax: (504) 832-0322
Email: ederbes@derbeslaw.com

THE DERBES LAW FIRM, LLC

*/s/ Albert J. Derbes, IV*
ALBERT J. DERBES, IV, TA (20164)
3027 Ridgelake Dr.
Metairie, LA 70002
Office: 504-837-1230
Direct: 504-207-0909
Fax: 504-832-0322
ajdiv@derbeslaw.com