UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 11 |
| | * | |
| FIRST NBC BANK HOLDING COMPANY, | * | CASE NO. 17-11213 |
| | * | |
| Debtor, | * | SECTION "A" |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| | * | |
| ZURICH AMERICAN INSURANCE COMPANY | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| VERSUS | * | |
| | * | |
| GREGORY ST. ANGELO, WILLIAM D. | * | |
| AARON, JR., HERBERT W. ANDERSON, | * | ADV. P. NO. 20-01005 |
| DALE ATKINS, JOHN C. CALHOUN, | * | |
| WILLIAM CARROUCHE, | * | |
| LEANDER J. FOLEY, III, JOHN F. FRENCH, | * | |
| LEON GIORGIO, JR., SHIVAN GOVIDAN, | * | |
| LAWRENCE BLAKE JONES, LOUIS | * | |
| LAURICELLA, MARK MERLO, | * | |
| HERMAN MOYSE, III, GRISH LLOYD | * | |
| PANDIT, JAMES RODDY, DR. CHARLES | * | |
| TEAMER, JOSEPH TOOMY, RICHARD M. | * | |
| WILKINSON, LOUIS BALLERO, MARSHA | * | |
| CROWLE, MARY BETH VERDIGETS, | * | |
| FRANK FUGETTA AND MICHAEL LULICH | * | |
| | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of June, 2022, a copy of the *Ex Parte Motion to Withdraw and Substitute Counsel* **[P-134]** was served by Electronic Filing through the Court's Notice of Electronic Filing System to the parties on the attached Exhibit "A."

THE DERBES LAW FIRM, LLC

*/s/ Albert J. Derbes, IV*
ALBERT J. DERBES, IV, TA (20164)
3027 Ridgelake Dr.
Metairie, LA 70002
Office: 504-837-1230
Direct: 504-207-0909
Fax: 504-832-0322
ajdiv@derbeslaw.com

**File a Motion:**

20-01005 Zurich American Insurance Company et al v. St. Angelo et al

Type: ap                    Office: 2 (New Orleans)            Lead Case: 2-17-bk-11213
Case Flag: CNTDWODT, INTP

### U.S. Bankruptcy Court

### Eastern District of Louisiana

Notice of Electronic Filing

The following transaction was received from Albert J. Derbes entered on 6/14/2022 at 12:24 PM CDT and filed on 6/14/2022
**Case Name:**        Zurich American Insurance Company et al v. St. Angelo et al
**Case Number:**      20-01005
**Document Number:**  134

**Docket Text:**
Ex Parte Motion To Substitute Attorney Filed by Frank Fugetta, Michael Lulich (Derbes, Albert)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**motion to withdraw and sub_zurich_061022-20220610.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=988663450 [Date=6/14/2022] [FileNumber=12869545-0
] [41bdcaddbd0f6e8e6db1623a4a5510d90a40612593cb1d3efe6673099f86b9f879b
8052232928945f866bab9088a993f4859d35c1cce4206617a8b83904572d7]]

**20-01005 Notice will be electronically mailed to:**

Wilbur J. (Bill) Babin, Jr. on behalf of Counter-Claimant Louis Ballero
babin@derbeslaw.com, derbeser72443@notify.bestcase.com

Wilbur J. (Bill) Babin, Jr. on behalf of Defendant Louis Ballero
babin@derbeslaw.com, derbeser72443@notify.bestcase.com

Brian M. Ballay on behalf of Defendant William D. Aaron, Jr.
bballay@bakerdonelson.com, ddeamore@bakerdonelson.com

Brian M. Ballay on behalf of Defendant Charles C. Teamer, Sr.
bballay@bakerdonelson.com, ddeamore@bakerdonelson.com

Brian M. Ballay on behalf of Defendant Dale B. Atkins
bballay@bakerdonelson.com, ddeamore@bakerdonelson.com

Brian M. Ballay on behalf of Defendant David Aaron, Jr.
bballay@bakerdonelson.com, ddeamore@bakerdonelson.com

Brian M. Ballay on behalf of Defendant Grish Roy B. Pandit
bballay@bakerdonelson.com, ddeamore@bakerdonelson.com

Brian M. Ballay on behalf of Defendant Herbert W. Anderson
bballay@bakerdonelson.com, ddeamore@bakerdonelson.com

Brian M. Ballay on behalf of Defendant Hermann B. Moyse, III
bballay@bakerdonelson.com, ddeamore@bakerdonelson.com

Brian M. Ballay on behalf of Defendant James C. Roddy
bballay@bakerdonelson.com, ddeamore@bakerdonelson.com

Brian M. Ballay on behalf of Defendant John C. Calhoun
bballay@bakerdonelson.com, ddeamore@bakerdonelson.com

Brian M. Ballay on behalf of Defendant John Fenner French
bballay@bakerdonelson.com, ddeamore@bakerdonelson.com

Brian M. Ballay on behalf of Defendant Joseph F. Toomy
bballay@bakerdonelson.com, ddeamore@bakerdonelson.com

Brian M. Ballay on behalf of Defendant Lawrence Blake Jones
bballay@bakerdonelson.com, ddeamore@bakerdonelson.com

Brian M. Ballay on behalf of Defendant Leander J. Foley
bballay@bakerdonelson.com, ddeamore@bakerdonelson.com

Brian M. Ballay on behalf of Defendant Leon L. Giorgio, Jr.
bballay@bakerdonelson.com, ddeamore@bakerdonelson.com

Brian M. Ballay on behalf of Defendant Louis Lauricella
bballay@bakerdonelson.com, ddeamore@bakerdonelson.com

Brian M. Ballay on behalf of Defendant Mark Merlo
bballay@bakerdonelson.com, ddeamore@bakerdonelson.com

Brian M. Ballay on behalf of Defendant Richard M. Wilkinson
bballay@bakerdonelson.com, ddeamore@bakerdonelson.com

Brian M. Ballay on behalf of Defendant Shivan Govindan

Brian M. Ballay on behalf of Defendant William Carrouche
bballay@bakerdonelson.com, ddeamore@bakerdonelson.com

James Dalton Courson on behalf of Counter-Claimant Gregory St. Angelo
dcourson@disabilityrightsla.org, wduncan@stonepigman.com

James Dalton Courson on behalf of Cross Defendant Gregory St. Angelo
dcourson@disabilityrightsla.org, wduncan@stonepigman.com

James Dalton Courson on behalf of Defendant Gregory St. Angelo
dcourson@disabilityrightsla.org, wduncan@stonepigman.com

Nancy Scott Degan on behalf of Defendant Charles C. Teamer, Sr.
ndegan@bakerdonelson.com, degan@bakerdonelson.com;mchester@bakerdonelson.com

Nancy Scott Degan on behalf of Defendant Dale B. Atkins
ndegan@bakerdonelson.com, degan@bakerdonelson.com;mchester@bakerdonelson.com

Nancy Scott Degan on behalf of Defendant David Aaron, Jr.
ndegan@bakerdonelson.com, degan@bakerdonelson.com;mchester@bakerdonelson.com

Nancy Scott Degan on behalf of Defendant Grish Roy B. Pandit
ndegan@bakerdonelson.com, degan@bakerdonelson.com;mchester@bakerdonelson.com

Nancy Scott Degan on behalf of Defendant Herbert W. Anderson
ndegan@bakerdonelson.com, degan@bakerdonelson.com;mchester@bakerdonelson.com

Nancy Scott Degan on behalf of Defendant Hermann B. Moyse, III
ndegan@bakerdonelson.com, degan@bakerdonelson.com;mchester@bakerdonelson.com

Nancy Scott Degan on behalf of Defendant James C. Roddy
ndegan@bakerdonelson.com, degan@bakerdonelson.com;mchester@bakerdonelson.com

Nancy Scott Degan on behalf of Defendant John C. Calhoun
ndegan@bakerdonelson.com, degan@bakerdonelson.com;mchester@bakerdonelson.com

Nancy Scott Degan on behalf of Defendant John Fenner French
ndegan@bakerdonelson.com, degan@bakerdonelson.com;mchester@bakerdonelson.com

Nancy Scott Degan on behalf of Defendant Joseph F. Toomy
ndegan@bakerdonelson.com, degan@bakerdonelson.com;mchester@bakerdonelson.com

Nancy Scott Degan on behalf of Defendant Lawrence Blake Jones
ndegan@bakerdonelson.com, degan@bakerdonelson.com;mchester@bakerdonelson.com

Nancy Scott Degan on behalf of Defendant Leander J. Foley
ndegan@bakerdonelson.com, degan@bakerdonelson.com;mchester@bakerdonelson.com

Nancy Scott Degan on behalf of Defendant Leon L. Giorgio, Jr.
ndegan@bakerdonelson.com, degan@bakerdonelson.com;mchester@bakerdonelson.com

Nancy Scott Degan on behalf of Defendant Louis Lauricella
ndegan@bakerdonelson.com, degan@bakerdonelson.com;mchester@bakerdonelson.com

Nancy Scott Degan on behalf of Defendant Mark Merlo
ndegan@bakerdonelson.com, degan@bakerdonelson.com;mchester@bakerdonelson.com

Nancy Scott Degan on behalf of Defendant Richard M. Wilkinson
ndegan@bakerdonelson.com, degan@bakerdonelson.com;mchester@bakerdonelson.com

Nancy Scott Degan on behalf of Defendant Shivan Govindan
ndegan@bakerdonelson.com, degan@bakerdonelson.com;mchester@bakerdonelson.com

Nancy Scott Degan on behalf of Defendant William Carrouche
ndegan@bakerdonelson.com, degan@bakerdonelson.com;mchester@bakerdonelson.com

Albert J. Derbes, IV on behalf of Defendant Frank Fugetta
ajdiv@derbeslaw.com, derbespacer@gmail.com;derbeser72443@notify.bestcase.com

Albert J. Derbes, IV on behalf of Defendant Michael Lulich
ajdiv@derbeslaw.com, derbespacer@gmail.com;derbeser72443@notify.bestcase.com

Eric J Derbes on behalf of Counter-Claimant Frank Fugetta
ederbes@derbeslaw.com, derbespacer@gmail.com;derbeser72443@notify.bestcase.com

Eric J Derbes on behalf of Counter-Claimant Michael Lulich
ederbes@derbeslaw.com, derbespacer@gmail.com;derbeser72443@notify.bestcase.com

Eric J Derbes on behalf of Cross-Claimant Frank Fugetta
ederbes@derbeslaw.com, derbespacer@gmail.com;derbeser72443@notify.bestcase.com

Eric J Derbes on behalf of Cross-Claimant Michael Lulich
ederbes@derbeslaw.com, derbespacer@gmail.com;derbeser72443@notify.bestcase.com

Eric J Derbes on behalf of Defendant Frank Fugetta
ederbes@derbeslaw.com, derbespacer@gmail.com;derbeser72443@notify.bestcase.com

Eric J Derbes on behalf of Defendant Michael Lulich
ederbes@derbeslaw.com, derbespacer@gmail.com;derbeser72443@notify.bestcase.com

Jan Marie Hayden on behalf of Defendant William D. Aaron, Jr.
jhayden@bakerdonelson.com, ptorres@bakerdonelson.com;jmclemore@bakerdonelson.com

Jan Marie Hayden on behalf of Defendant Charles C. Teamer, Sr.
jhayden@bakerdonelson.com, ptorres@bakerdonelson.com;jmclemore@bakerdonelson.com

Jan Marie Hayden on behalf of Defendant Dale B. Atkins
jhayden@bakerdonelson.com, ptorres@bakerdonelson.com;jmclemore@bakerdonelson.com

Jan Marie Hayden on behalf of Defendant David Aaron, Jr.
jhayden@bakerdonelson.com, ptorres@bakerdonelson.com;jmclemore@bakerdonelson.com

Jan Marie Hayden on behalf of Defendant Grish Roy B. Pandit
jhayden@bakerdonelson.com, ptorres@bakerdonelson.com;jmclemore@bakerdonelson.com

Jan Marie Hayden on behalf of Defendant Herbert W. Anderson
jhayden@bakerdonelson.com, ptorres@bakerdonelson.com;jmclemore@bakerdonelson.com

Jan Marie Hayden on behalf of Defendant Hermann B. Moyse, III
jhayden@bakerdonelson.com, ptorres@bakerdonelson.com;jmclemore@bakerdonelson.com

Jan Marie Hayden on behalf of Defendant James C. Roddy
jhayden@bakerdonelson.com, ptorres@bakerdonelson.com;jmclemore@bakerdonelson.com

Jan Marie Hayden on behalf of Defendant John C. Calhoun
jhayden@bakerdonelson.com, ptorres@bakerdonelson.com;jmclemore@bakerdonelson.com

Jan Marie Hayden on behalf of Defendant John Fenner French
jhayden@bakerdonelson.com, ptorres@bakerdonelson.com;jmclemore@bakerdonelson.com

Jan Marie Hayden on behalf of Defendant Joseph F. Toomy
jhayden@bakerdonelson.com, ptorres@bakerdonelson.com;jmclemore@bakerdonelson.com

Jan Marie Hayden on behalf of Defendant Lawrence Blake Jones
jhayden@bakerdonelson.com, ptorres@bakerdonelson.com;jmclemore@bakerdonelson.com

Jan Marie Hayden on behalf of Defendant Leander J. Foley
jhayden@bakerdonelson.com, ptorres@bakerdonelson.com;jmclemore@bakerdonelson.com

Jan Marie Hayden on behalf of Defendant Leon L. Giorgio, Jr.
jhayden@bakerdonelson.com, ptorres@bakerdonelson.com;jmclemore@bakerdonelson.com

Jan Marie Hayden on behalf of Defendant Louis Lauricella
jhayden@bakerdonelson.com, ptorres@bakerdonelson.com;jmclemore@bakerdonelson.com

Jan Marie Hayden on behalf of Defendant Mark Merlo
jhayden@bakerdonelson.com, ptorres@bakerdonelson.com;jmclemore@bakerdonelson.com

Jan Marie Hayden on behalf of Defendant Mary Beth Verdigets
jhayden@bakerdonelson.com, ptorres@bakerdonelson.com;jmclemore@bakerdonelson.com

Jan Marie Hayden on behalf of Defendant Richard M. Wilkinson
jhayden@bakerdonelson.com, ptorres@bakerdonelson.com;jmclemore@bakerdonelson.com

Jan Marie Hayden on behalf of Defendant Shivan Govindan
jhayden@bakerdonelson.com, ptorres@bakerdonelson.com;jmclemore@bakerdonelson.com

Jan Marie Hayden on behalf of Defendant William Carrouche
jhayden@bakerdonelson.com, ptorres@bakerdonelson.com;jmclemore@bakerdonelson.com

John Hite, III on behalf of Counter-Defendant Zurich American Insurance Company
jhite@shmrlaw.com

John Hite, III on behalf of Plaintiff Zurich American Insurance Company
jhite@shmrlaw.com

Sharan Lieberman on behalf of Intervenor USA (DOJ)
liebermans@sec.gov

Phillip A. Wittmann on behalf of Counter-Claimant Gregory St. Angelo
pwittmann@stonepigman.com

Phillip A. Wittmann on behalf of Cross Defendant Gregory St. Angelo
pwittmann@stonepigman.com

Phillip A. Wittmann on behalf of Defendant Gregory St. Angelo
pwittmann@stonepigman.com

**20-01005 Notice will not be electronically mailed to:**

Jonathan Edwards on behalf of Defendant Marsha Crowle
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309

Jonathan Edwards on behalf of Defendant Mary Beth Verdigets
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309

J. Ryan McLaren on behalf of Intervenor USA (DOJ)
US Attorney's Office-EDLA
650 Poydras St., Ste. 1600
New Orleans, LA 70130

Nicholas D. Moses on behalf of Intervenor USA (DOJ)
US Attorney's Office-EDLA
650 Poydras St., Ste. 1600
New Orleans, LA 70130

K. Paige O'Hale on behalf of Intervenor USA (DOJ)
US Attorney's Offfice - EDLA
650 Poydras St., Ste. 1600
New Orleans, LA 70130

Matthew Payne on behalf of Intervenor USA (DOJ)
US Attorney's Office-EDLA
650 Poydras St., Ste. 1600
New Orleans, LA 70130

Zurich American Insurance Company
Unknown
,

4/4