UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 11 |
| | * | |
| FIRST NBC BANK HOLDING COMPANY, | * | CASE NO. 17-11213 |
| | * | |
| Debtor, | * | SECTION "A" |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| | * | |
| ZURICH AMERICAN INSURANCE COMPANY | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| VERSUS | * | |
| | * | |
| GREGORY ST. ANGELO, WILLIAM D. | * | |
| AARON, JR., HERBERT W. ANDERSON, | * | ADV. P. NO. 20-01005 |
| DALE ATKINS, JOHN C. CALHOUN, | * | |
| WILLIAM CARROUCHE, | * | |
| LEANDER J. FOLEY, III, JOHN F. FRENCH, | * | |
| LEON GIORGIO, JR., SHIVAN GOVIDAN, | * | |
| LAWRENCE BLAKE JONES, LOUIS | * | |
| LAURICELLA, MARK MERLO, | * | |
| HERMAN MOYSE, III, GRISH LLOYD | * | |
| PANDIT, JAMES RODDY, DR. CHARLES | * | |
| TEAMER, JOSEPH TOOMY, RICHARD M. | * | |
| WILKINSON, LOUIS BALLERO, MARSHA | * | |
| CROWLE, MARY BETH VERDIGETS, | * | |
| FRANK FUGETTA AND MICHAEL LULICH | * | |
| | * | |
| Defendants. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of June, 2022, a copy of the *Order* **[P-136]** was served by Electronic Filing through the Court's Notice of Electronic Filing System to the parties on the attached Exhibit "A."

THE DERBES LAW FIRM, LLC

*/s/ Albert J. Derbes, IV*
ALBERT J. DERBES, IV, TA (20164)
3027 Ridgelake Dr.
Metairie, LA 70002
Office: 504-837-1230
Direct: 504-207-0909
Fax: 504-832-0322
ajdiv@derbeslaw.com

## Brittany Ardeneaux

Exhibit "A"

| | |
|---|---|
| **From:** | CMECF_LAEB@laeb.uscourts.gov |
| **Sent:** | Tuesday, June 14, 2022 1:46 PM |
| **To:** | LAEBCourtMail@laeb.uscourts.gov |
| **Subject:** | 20-01005 Order on Motion To Substitute Attorney |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

### U.S. Bankruptcy Court

### Eastern District of Louisiana

Notice of Electronic Filing

The following transaction was received from Nunnery, J. entered on 6/14/2022 at 1:45 PM CDT and filed on 6/14/2022
**Case Name:** Zurich American Insurance Company et al v. St. Angelo et al
**Case Number:** 20-01005
**Document Number:** 136

**Docket Text:**
Order Granting Motion to Substitute Attorney Albert J. Derbes, IV for Eric J. Derbes. IT IS FURTHER ORDERED that movant shall serve this order on the required parties who will not receive notice through the ECF System pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days. (RE: related document(s)[134] Motion to Substitute Attorney filed by Counter-Claimant Frank Fugetta, Cross-Claimant Frank Fugetta, Defendant Frank Fugetta, Counter-Claimant Michael Lulich, Cross-Claimant Michael Lulich, Defendant Michael Lulich) Signed on June 14, 2022. (Nunnery, J.)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** 20-1005 #134.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=988663450 [Date=6/14/2022] [FileNumber=12869692-0
] [5e5d5a18f8cd80353e0d4d5db5eb94b167d56de0691ab065e0dca0957774a392024
c75c9429027faca23bfafc66117aef359dafb23ecb3e879086c6fbe18956e]]

**20-01005 Notice will be electronically mailed to:**

Wilbur J. (Bill) Babin, Jr. on behalf of Counter-Claimant Louis Ballero
babin@derbeslaw.com, derbeser72443@notify.bestcase.com

Wilbur J. (Bill) Babin, Jr. on behalf of Defendant Louis Ballero
babin@derbeslaw.com, derbeser72443@notify.bestcase.com

1

Brian M. Ballay on behalf of Defendant William D. Aaron, Jr.
bballay@bakerdonelson.com, ddeamore@bakerdonelson.com

Brian M. Ballay on behalf of Defendant Charles C. Teamer, Sr.
bballay@bakerdonelson.com, ddeamore@bakerdonelson.com

Brian M. Ballay on behalf of Defendant Dale B. Atkins
bballay@bakerdonelson.com, ddeamore@bakerdonelson.com

Brian M. Ballay on behalf of Defendant David Aaron, Jr.
bballay@bakerdonelson.com, ddeamore@bakerdonelson.com

Brian M. Ballay on behalf of Defendant Grish Roy B. Pandit
bballay@bakerdonelson.com, ddeamore@bakerdonelson.com

Brian M. Ballay on behalf of Defendant Herbert W. Anderson
bballay@bakerdonelson.com, ddeamore@bakerdonelson.com

Brian M. Ballay on behalf of Defendant Hermann B. Moyse, III
bballay@bakerdonelson.com, ddeamore@bakerdonelson.com

Brian M. Ballay on behalf of Defendant James C. Roddy
bballay@bakerdonelson.com, ddeamore@bakerdonelson.com

Brian M. Ballay on behalf of Defendant John C. Calhoun
bballay@bakerdonelson.com, ddeamore@bakerdonelson.com

Brian M. Ballay on behalf of Defendant John Fenner French
bballay@bakerdonelson.com, ddeamore@bakerdonelson.com

Brian M. Ballay on behalf of Defendant Joseph F. Toomy
bballay@bakerdonelson.com, ddeamore@bakerdonelson.com

Brian M. Ballay on behalf of Defendant Lawrence Blake Jones
bballay@bakerdonelson.com, ddeamore@bakerdonelson.com

Brian M. Ballay on behalf of Defendant Leander J. Foley
bballay@bakerdonelson.com, ddeamore@bakerdonelson.com

Brian M. Ballay on behalf of Defendant Leon L. Giorgio, Jr.
bballay@bakerdonelson.com, ddeamore@bakerdonelson.com

Brian M. Ballay on behalf of Defendant Louis Lauricella
bballay@bakerdonelson.com, ddeamore@bakerdonelson.com

Brian M. Ballay on behalf of Defendant Mark Merlo
bballay@bakerdonelson.com, ddeamore@bakerdonelson.com

Brian M. Ballay on behalf of Defendant Richard M. Wilkinson
bballay@bakerdonelson.com, ddeamore@bakerdonelson.com

Brian M. Ballay on behalf of Defendant Shivan Govindan

bballay@bakerdonelson.com, ddeamore@bakerdonelson.com

Brian M. Ballay on behalf of Defendant William Carrouche
bballay@bakerdonelson.com, ddeamore@bakerdonelson.com

James Dalton Courson on behalf of Counter-Claimant Gregory St. Angelo
dcourson@disabilityrightsla.org, wduncan@stonepigman.com

James Dalton Courson on behalf of Cross Defendant Gregory St. Angelo
dcourson@disabilityrightsla.org, wduncan@stonepigman.com

James Dalton Courson on behalf of Defendant Gregory St. Angelo
dcourson@disabilityrightsla.org, wduncan@stonepigman.com

Nancy Scott Degan on behalf of Defendant Charles C. Teamer, Sr.
ndegan@bakerdonelson.com, degan@bakerdonelson.com;mchester@bakerdonelson.com

Nancy Scott Degan on behalf of Defendant Dale B. Atkins
ndegan@bakerdonelson.com, degan@bakerdonelson.com;mchester@bakerdonelson.com

Nancy Scott Degan on behalf of Defendant David Aaron, Jr.
ndegan@bakerdonelson.com, degan@bakerdonelson.com;mchester@bakerdonelson.com

Nancy Scott Degan on behalf of Defendant Grish Roy B. Pandit
ndegan@bakerdonelson.com, degan@bakerdonelson.com;mchester@bakerdonelson.com

Nancy Scott Degan on behalf of Defendant Herbert W. Anderson
ndegan@bakerdonelson.com, degan@bakerdonelson.com;mchester@bakerdonelson.com

Nancy Scott Degan on behalf of Defendant Hermann B. Moyse, III
ndegan@bakerdonelson.com, degan@bakerdonelson.com;mchester@bakerdonelson.com

Nancy Scott Degan on behalf of Defendant James C. Roddy
ndegan@bakerdonelson.com, degan@bakerdonelson.com;mchester@bakerdonelson.com

Nancy Scott Degan on behalf of Defendant John C. Calhoun
ndegan@bakerdonelson.com, degan@bakerdonelson.com;mchester@bakerdonelson.com

Nancy Scott Degan on behalf of Defendant John Fenner French
ndegan@bakerdonelson.com, degan@bakerdonelson.com;mchester@bakerdonelson.com

Nancy Scott Degan on behalf of Defendant Joseph F. Toomy
ndegan@bakerdonelson.com, degan@bakerdonelson.com;mchester@bakerdonelson.com

Nancy Scott Degan on behalf of Defendant Lawrence Blake Jones
ndegan@bakerdonelson.com, degan@bakerdonelson.com;mchester@bakerdonelson.com

Nancy Scott Degan on behalf of Defendant Leander J. Foley
ndegan@bakerdonelson.com, degan@bakerdonelson.com;mchester@bakerdonelson.com

Nancy Scott Degan on behalf of Defendant Leon L. Giorgio, Jr.
ndegan@bakerdonelson.com, degan@bakerdonelson.com;mchester@bakerdonelson.com

Nancy Scott Degan on behalf of Defendant Louis Lauricella
ndegan@bakerdonelson.com, degan@bakerdonelson.com;mchester@bakerdonelson.com

Nancy Scott Degan on behalf of Defendant Mark Merlo
ndegan@bakerdonelson.com, degan@bakerdonelson.com;mchester@bakerdonelson.com

Nancy Scott Degan on behalf of Defendant Richard M. Wilkinson
ndegan@bakerdonelson.com, degan@bakerdonelson.com;mchester@bakerdonelson.com

Nancy Scott Degan on behalf of Defendant Shivan Govindan
ndegan@bakerdonelson.com, degan@bakerdonelson.com;mchester@bakerdonelson.com

Nancy Scott Degan on behalf of Defendant William Carrouche
ndegan@bakerdonelson.com, degan@bakerdonelson.com;mchester@bakerdonelson.com

Albert J. Derbes, IV on behalf of Defendant Frank Fugetta
ajdiv@derbeslaw.com, derbespacer@gmail.com;derbeser72443@notify.bestcase.com

Albert J. Derbes, IV on behalf of Defendant Michael Lulich
ajdiv@derbeslaw.com, derbespacer@gmail.com;derbeser72443@notify.bestcase.com

Eric J Derbes on behalf of Counter-Claimant Frank Fugetta
ederbes@derbeslaw.com, derbespacer@gmail.com;derbeser72443@notify.bestcase.com

Eric J Derbes on behalf of Counter-Claimant Michael Lulich
ederbes@derbeslaw.com, derbespacer@gmail.com;derbeser72443@notify.bestcase.com

Eric J Derbes on behalf of Cross-Claimant Frank Fugetta
ederbes@derbeslaw.com, derbespacer@gmail.com;derbeser72443@notify.bestcase.com

Eric J Derbes on behalf of Cross-Claimant Michael Lulich
ederbes@derbeslaw.com, derbespacer@gmail.com;derbeser72443@notify.bestcase.com

Eric J Derbes on behalf of Defendant Frank Fugetta
ederbes@derbeslaw.com, derbespacer@gmail.com;derbeser72443@notify.bestcase.com

Eric J Derbes on behalf of Defendant Michael Lulich
ederbes@derbeslaw.com, derbespacer@gmail.com;derbeser72443@notify.bestcase.com

Jan Marie Hayden on behalf of Defendant William D. Aaron, Jr.
jhayden@bakerdonelson.com, ptorres@bakerdonelson.com;jmclemore@bakerdonelson.com

Jan Marie Hayden on behalf of Defendant Charles C. Teamer, Sr.
jhayden@bakerdonelson.com, ptorres@bakerdonelson.com;jmclemore@bakerdonelson.com

Jan Marie Hayden on behalf of Defendant Dale B. Atkins
jhayden@bakerdonelson.com, ptorres@bakerdonelson.com;jmclemore@bakerdonelson.com

Jan Marie Hayden on behalf of Defendant David Aaron, Jr.
jhayden@bakerdonelson.com, ptorres@bakerdonelson.com;jmclemore@bakerdonelson.com

Jan Marie Hayden on behalf of Defendant Grish Roy B. Pandit
jhayden@bakerdonelson.com, ptorres@bakerdonelson.com;jmclemore@bakerdonelson.com

Jan Marie Hayden on behalf of Defendant Herbert W. Anderson
jhayden@bakerdonelson.com, ptorres@bakerdonelson.com;jmclemore@bakerdonelson.com

Jan Marie Hayden on behalf of Defendant Hermann B. Moyse, III
jhayden@bakerdonelson.com, ptorres@bakerdonelson.com;jmclemore@bakerdonelson.com

Jan Marie Hayden on behalf of Defendant James C. Roddy
jhayden@bakerdonelson.com, ptorres@bakerdonelson.com;jmclemore@bakerdonelson.com

Jan Marie Hayden on behalf of Defendant John C. Calhoun
jhayden@bakerdonelson.com, ptorres@bakerdonelson.com;jmclemore@bakerdonelson.com

Jan Marie Hayden on behalf of Defendant John Fenner French
jhayden@bakerdonelson.com, ptorres@bakerdonelson.com;jmclemore@bakerdonelson.com

Jan Marie Hayden on behalf of Defendant Joseph F. Toomy
jhayden@bakerdonelson.com, ptorres@bakerdonelson.com;jmclemore@bakerdonelson.com

Jan Marie Hayden on behalf of Defendant Lawrence Blake Jones
jhayden@bakerdonelson.com, ptorres@bakerdonelson.com;jmclemore@bakerdonelson.com

Jan Marie Hayden on behalf of Defendant Leander J. Foley
jhayden@bakerdonelson.com, ptorres@bakerdonelson.com;jmclemore@bakerdonelson.com

Jan Marie Hayden on behalf of Defendant Leon L. Giorgio, Jr.
jhayden@bakerdonelson.com, ptorres@bakerdonelson.com;jmclemore@bakerdonelson.com

Jan Marie Hayden on behalf of Defendant Louis Lauricella
jhayden@bakerdonelson.com, ptorres@bakerdonelson.com;jmclemore@bakerdonelson.com

Jan Marie Hayden on behalf of Defendant Mark Merlo
jhayden@bakerdonelson.com, ptorres@bakerdonelson.com;jmclemore@bakerdonelson.com

Jan Marie Hayden on behalf of Defendant Mary Beth Verdigets
jhayden@bakerdonelson.com, ptorres@bakerdonelson.com;jmclemore@bakerdonelson.com

Jan Marie Hayden on behalf of Defendant Richard M. Wilkinson
jhayden@bakerdonelson.com, ptorres@bakerdonelson.com;jmclemore@bakerdonelson.com

Jan Marie Hayden on behalf of Defendant Shivan Govindan
jhayden@bakerdonelson.com, ptorres@bakerdonelson.com;jmclemore@bakerdonelson.com

Jan Marie Hayden on behalf of Defendant William Carrouche
jhayden@bakerdonelson.com, ptorres@bakerdonelson.com;jmclemore@bakerdonelson.com

John Hite, III on behalf of Counter-Defendant Zurich American Insurance Company
jhite@shmrlaw.com

John Hite, III on behalf of Plaintiff Zurich American Insurance Company

jhite@shmrlaw.com

Sharan Lieberman on behalf of Intervenor USA (DOJ)
liebermans@sec.gov

Phillip A. Wittmann on behalf of Counter-Claimant Gregory St. Angelo
pwittmann@stonepigman.com

Phillip A. Wittmann on behalf of Cross Defendant Gregory St. Angelo
pwittmann@stonepigman.com

Phillip A. Wittmann on behalf of Defendant Gregory St. Angelo
pwittmann@stonepigman.com

**20-01005 Notice will not be electronically mailed to:**

Jonathan Edwards on behalf of Defendant Marsha Crowle
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309

Jonathan Edwards on behalf of Defendant Mary Beth Verdigets
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309

J. Ryan McLaren on behalf of Intervenor USA (DOJ)
US Attorney's Office-EDLA
650 Poydras St., Ste. 1600
New Orleans, LA 70130

Nicholas D. Moses on behalf of Intervenor USA (DOJ)
US Attorney's Office-EDLA
650 Poydras St., Ste. 1600
New Orleans, LA 70130

K. Paige O'Hale on behalf of Intervenor USA (DOJ)
US Attorney's Offfice - EDLA
650 Poydras St., Ste. 1600
New Orleans, LA 70130

Matthew Payne on behalf of Intervenor USA (DOJ)
US Attorney's Office-EDLA
650 Poydras St., Ste. 1600
New Orleans, LA 70130

Zurich American Insurance Company
Unknown
,