**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 11 |
| FIRST NBC HOLDING COMPANY | | CASE NO. 17-11213 |
| Debtor | * | |
| | * | SECTION: "A" |
| ZURICH AMERICAN INS. CO. | | |
| Plaintiff | * | |
| | | ADV. P. NO. 20-01005 |
| VERSUS | * | |
| GREGORY ST. ANGELO, ET AL | * | |
| Defendants | | |
| | * | |

\* \* \*

**O R D E R**

Considering the foregoing Government's Motion to Withdraw Sharan E. Lieberman as Counsel of Record;

**IT IS ORDERED** that Sharan E. Lieberman be and is hereby withdrawn as counsel for the United States of America in the above-captioned matter.

New Orleans, Louisiana, this _____ day of _____, 2022.

_____
HONORABLE JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE