SO ORDERED,
SIGNED May 31, 2023

JOHN W. KOLWE
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 11 |
| | * | |
| FIRST NBC BANK HOLDING COMPANY, | * | CASE NO. 17-11213 |
| Debtor, | * | |
| | * | SECTION "A" |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * | * | * * * * * * * * * * * * * * * * * * * * * * * * * |
| ZURICH AMERICAN INSURANCE COMPANY | * | ADVERSARY PROCEEDING |
| Plaintiff, | * | |
| | * | NO. 20-01005 |
| V. | * | |
| | * | |
| GREGORY ST. ANGELO, ET AL | * | |
| Defendants. | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * | * | * * * * * * * * * * * * * * * * * * * * * * * * |

**ORDER**

The Ex Parte Motion to Withdraw Counsel (the "Motion") filed by J. Dalton Courson of Stone Pigman Walther Wittmann L.L.C. to withdraw as an attorney representing Gregory St. Angelo in this above-captioned case came for consideration on this date.

1317429v.1

After reviewing the motion, the Court hereby grants the Motion.

IT IS HEREBY ORDERED that J. Dalton Courson shall cease to represent Mr. St. Angelo in the above-captioned case.

IT IS FURTHER ORDERED that counsel shall serve this Order on any parties who will not receive notice through the ECF system pursuant to FRBP and the LBRs and file a certificate of service to that effect within three days.

###

This order was prepared and is being submitted by

Stone Pigman Walther Wittmann L.L.C.
J. Dalton Courson
Attorney for Gregory St. Angelo
Louisiana Bar Number 28542
909 Poydras Street, Suite 3150
New Orleans, Louisiana 70112
504-581-3200

1317429v.1