# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:<br>**First NBC Bank Holding Company,**<br>*Debtor* | Case No. 17-11213 |
| | Chapter 11 |
| **Zurich American Insurance Company,**<br>*Plaintiff* | |
| | Judge John W. Kolwe |
| v. | |
| **Gregory St. Angelo, et al.,**<br>*Defendants* | Adv. Proc. No. 20-01005 |

## GOVERNMENT'S UNOPPOSED MOTION AND INCORPORATED MEMORANDUM TO LIFT STAY

**NOW INTO COURT** comes the United States of America, appearing herein through the undersigned Assistant United States Attorneys, and respectfully requests to lift the stay in this matter that was granted on October 21, 2020 (Rec. Doc. 124). The United States Attorney's Office for Eastern District of Louisiana moved to intervene and stay this case pending the completion of the trial in *United States v. Ashton Ryan, et al,* 20-cr-65. That trial is now complete. Therefore, the stay may be lifted.

All counsel of record in this matter have been contacted and do not oppose this motion.

**WHEREFORE**, the government requests that the stay be lifted in the above-captioned matter.

Respectfully submitted,

DUANE A. EVANS
UNITED STATES ATTORNEY

*s/ Matthew R. Payne*
MATTHEW R. PAYNE (32631)
NICHOLAS D. MOSES
J. RYAN McLAREN
Assistant United States Attorneys
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Telephone: (504) 680-3081

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 1, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

      *s/ Matthew R. Payne*
      MATTHEW R. PAYNE
      Assistant United States Attorney