# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:<br>**First NBC Bank Holding Company,**<br>*Debtor* | Case No. 17-11213 |
| **Zurich American Insurance Company,**<br>*Plaintiff*<br><br>v.<br><br>**Gregory St. Angelo, et al.,**<br>*Defendants* | Chapter 11<br><br>Judge John W. Kolwe<br><br>Adv. Proc. No. 20-01005 |

### GOVERNMENT'S UNOPPOSED MOTION AND INCORPORATED MEMORANDUM TO WITHDRAW COUNSEL AND TERMINATE INTERVENTION

**NOW INTO COURT** comes the United States of America, appearing herein through the undersigned Assistant United States Attorneys, and respectfully requests that Assistant United States Attorneys Sharan Lieberman, Matthew R. Payne, Nicholas D. Moses, J. Ryan McLaren, and K. Paige O'Hale be withdrawn as counsel of record in the above-captioned matter, thereby terminating the intervention of the United States Attorney's Office of the Eastern District of Louisiana.

All counsel of record in this matter have been contacted and do not oppose this motion.

**WHEREFORE**, the government requests that Assistant United States Attorneys Sharan Lieberman, Matthew R. Payne, Nicholas D. Moses, J. Ryan McLaren, and K. Paige O'Hale be withdrawn as counsel of record for the government in the above-captioned matter.

Respectfully submitted,

DUANE A. EVANS
UNITED STATES ATTORNEY

*s/ Matthew R. Payne*
MATTHEW R. PAYNE (32631)
NICHOLAS D. MOSES
J. RYAN McLAREN
Assistant United States Attorneys
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Telephone: (504) 680-3081

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*s/ Matthew R. Payne*
MATTHEW R. PAYNE
Assistant United States Attorney