UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 11 |
| FIRST NBC BANK HOLDING COMPANY, | * | CASE NO. 17-11213 |
| Debtor, | * | SECTION "A" |
| * * * * * * * * * * * * * * * * * * * * * * * * * | * | * * * * * * * * * * * * * * * * * * * * * * * * |
| ZURICH AMERICAN INSURANCE COMPANY | * | ADVERSARY PROCEEDING |
| Plaintiff, | * | NO. 20-01005 |
| V. | * | |
| GREGORY ST. ANGELO, ET AL | * | |
| Defendants. | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * | * | * * * * * * * * * * * * * * * * * * * * * * * * |

CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2023, a copy of the Order (Record Document 139) granting an Ex Parte Motion to Withdraw was served via U.S. mail, postage prepaid and properly addressed, on the following individuals who did not receive notice through the ECF system:

Jonathan Edwards, Esq.
Alston & Bird
1201 West Peachtree Street
Atlanta, GA 30309

J. Ryan McLaren, Esq.
Nicholas D. Moses, Esq.
K. Paige O'Hale, Esq.
Matthew Payne, Esq.
US Attorney's Office - EDLA
650 Poydras Street, Suite 1600
New Orleans, LA 70130

/s/ J. Dalton Courson
J. Dalton Courson, La. Bar No. 28542
Disability Rights Louisiana
8325 Oak Street
New Orleans, LA 70114
dcourson@disabilityrightsla.org
(504) 522-2337 x 178
*Withdrawn Counsel*