UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 11 |
| | * | |
| FIRST NBC BANK HOLDING COMPANY, | * | CASE NO. 17-11213 |
| | * | |
| Debtor, | * | SECTION "A" |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * | * * * * * * * * * * * * * * * * * * * * * * * * | |
| | * | |
| ZURICH AMERICAN INSURANCE COMPANY | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| V. | * | |
| | * | |
| GREGORY ST. ANGELO, WILLIAM D. AARON, JR., HERBERT W. ANDERSON, DALE ATKINS, JOHN C. CALHOUN, WILLIAM CARROUCHE, LEANDER J. FOLEY, III, JOHN F. FRENCH, LEON GIORGIO, JR., SHIVAN GOVIDAN, LAWRENCE BLAKE JONES, LOUIS LAURICELLA, MARK MERLO, HERMAN MOYSE, III, GRISH LLOYD PANDIT, JAMES RODDY, DR. CHARLES TEAMER, JOSEPH TOOMY, RICHARD M. WILKINSON, LOUIS BALLERO, MARSHA CROWLE, MARY BETH VERDIGETS, FRANK FUGETTA AND MICHAEL LULICH | * | ADVERSARY PROCEEDING NO. 20-01005 |
| | * | |
| Defendants. | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * | * * * * * * * * * * * * * * * * * * * * * * * * | |

**MOTION TO DISSOLVE STAY AND RESET PENDING MOTIONS FOR HEARING**

Gregory St. Angelo (St. Angelo") moves to dissolve the stay imposed by the Court's Order entered on October 21, 2020 (Doc. 124) and to reset for hearing (i) St. Angelo's Motion to Dismiss Crossclaim for Lack of Subject Matter Jurisdiction (Doc. 84) and St. Angelo's Motion for Partial Summary Judgment (Doc. 87), for the following reasons.

4361325v.1

1. This adversary proceeding interpleader action was initiated by Zurich American Insurance Company ("Zurich") on January 24, 2020 when it filed a Complaint for Interpleader and Declaratory Relief (the "Complaint"), seeking to interplead $270,872.85 that St. Angelo had demanded be paid to him as defense costs (attorney's fees) under an insurance policy issued by Zurich to First NBC Bank Holding Company (the "Policy") (Doc. 1). The Complaint alleged that St. Angelo was an insured person under the Policy and that it had previously made payments to St. Angelo under the Policy. The Complaint further alleged that other insured persons under the Policy had demanded that Zurich not pay the $270,872.85 to St. Angelo. Among other items of relief, the Complaint prayed that "the Court award the Policy Proceeds to the party or parties rightfully and legally entitled to receive them." On March 5, 2023, Zurich deposited the $270,872.85 into the Court's registry pursuant to the Court's Order entered on March 4, 2020 (Doc. 64).

2. On March 13, 2020, St. Angelo filed and answer and counterclaim for declaratory relief, in which he sought a declaratory judgment that the deposited funds were owed to him under the Zurich insurance policy (Doc. 66).

3. All codefendants other than St. Angelo, who also were insured persons under the Policy, filed answers to the Complaint. None of the other codefendants alleged that he or she was entitled to the funds deposited into the Court's registry. On March 17, 2020, two of St. Angelo's codefendants, Frank Fugetta ("Fugetta") and Michael Lulich ("Lulich"), included with their answer a crossclaim against St. Angelo, seeking a declaratory judgment that St. Angelo was not an insured person under the Zurich insurance policy (Doc. 67).

4. On March 30, 2020, St. Angelo filed a motion to dismiss the Fugetta and Lulich crossclaim for lack so subject matter jurisdiction (the "Motion to Dismiss"), based on their lack of any interest in the deposited funds (Doc. 84). On April 3, 2020, St. Angelo filed a motion for partial summary judgment against Zurich, seeking a judgment that he was entitled to the deposited funds and disbursing the funds to him (the "Summary Judgment Motion") (Doc. 87). The Summary Judgment Motion cited controlling authority that the Policy exclusions based on "final and non-appealable adjudication" of fraud or violation of law by St. Angelo legally would not occur until he was sentenced for the crime to which he pleaded guilty and, therefore, Zurich's obligation to make payments to St. Angelo would continue until sentencing occurred. St. Angelo still has not been sentenced for his criminal conviction.

5. On May 5, 2020, the United States filed a motion to intervene and to stay all matters until the conclusion of a related and ongoing criminal investigation (the "Government Motion") (Doc. 111).

6. The Motion to Dismiss, the Summary Judgment Motion, the Government Motion and several other motions came up for hearing before the Court on October 6, 2020. On October 21, 2020, the Court issued an Order granting the Government Motion and staying all further matters in this case until the conclusion of the criminal proceeding against St. Angelo (Doc. 124).

7. On July 15, 2021, Zurich filed a motion to lift the stay for the limited purpose of depositing an additional $134,774.52, which St. Angelo claimed was due him under the Policy, into the Court's registry. Zurich represented in its motion that limits of its insurance

policy would then be exhausted. By Order entered on August 10, 2021, the Court granted Zurich's the motion (Doc. 131) and the funds were deposited into the Court's registry on August 13, 2021.

8. On June 1, 2023, the United States filed an unopposed motion to lift the stay that had been entered on August 10, 2021, representing the trial of the related criminal matter had been completed (Doc. 140). The Court has not yet acted on this motion.

9. Given the forgoing procedural history, the only defendant making any claim to the deposited funds is St. Angelo. Accordingly, the existing stay should be dissolved, and the Motion to Dismiss and the Summary Judgment Motion should be set for hearing and resolved, upon which the Court should order that the deposited funds be paid to St. Angelo.

WHEREFORE, St. Angelo prays that the existing stay be dissolved, and the Motion to Dismiss and the Summary Judgment be reset for hearing at the next available date.

Respectfully submitted,

By: */s/ John M. Landis*
Phillip A. Wittmann (La. Bar No. 13625)
John M. Landis (La. Bar No. 07859)
Peter M. Thomson (La. Bar No. 02147)
**STONE PIGMAN WALTHER WITTMANN L.L.C.**
909 Poydras Street, Suite 3150
New Orleans, LA 70112
Telephone: (504) 581-3200
Facsimile: (504) 581-3361
Email: pwittmann@stonepigman.com
jlandis@stonepigman.com
pthomson@stonepigman.com

**Attorneys for Gregory St. Angelo**

4361325v.1

- 5 -

Certificate of Service

I hereby certify that a copy of the foregoing has been served by email through the Court's CM/ECF Electronic Notification System on all counsel of record.

New Orleans, Louisiana, August 15, 2023.

                                                */s/ John M. Landis*
                                                John M. Landis

4361325v.1