SO ORDERED,
SIGNED 8/17/23

John W. Kolwe
JOHN W. KOLWE
UNITED STATES BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Zurich American Insurance Company § § § Plaintiffs § vs. § § Gregory St. Angelo et al § § Defendants § | Adversary Proceeding Case No. 20-01005 |

### Order Setting Hearings

A Motion to Lift Stay [140] was filed on June 1, 2023, by USA (DOJ). At this time no action has been taken by the filer to set the matter for hearing. Also, on August 15, 2023, an Ex Parte Motion to Dissolve Stay and Reset Pending Motions for Hearing [143] was filed by Gregory St. Angelo. After the review of both motions, the Court believes that hearings on both matters are necessary. Accordingly,

IT IS ORDERED that hearings on the Motion to Lift Stay [140] filed by USA (DOJ) and the Motion to Dissolve the Stay and Reset Pending Motions for Hearing [143] filed by Gregory St. Angelo will be held September 12, 2023, at 3:30 pm at the U. S. Courthouse, 800 Lafayette St. Courtroom 5, Lafayette, Louisiana.

### ###