SO ORDERED,
SIGNED 8/17/23

John W. Kolwe
JOHN W. KOLWE
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| Zurich American Insurance Company | § § § | |
| Plaintiffs | § § | Adversary Proceeding |
| vs. | § § | Case No. 20-01005 |
| Gregory St. Angelo et al | § § | |
| Defendants | § § | |

**Order Setting Hearings**

A Motion to Lift Stay [140] was filed on June 1, 2023, by USA (DOJ). At this time no action has been taken by the filer to set the matter for hearing. Also, on August 15, 2023, an Ex Parte Motion to Dissolve Stay and Reset Pending Motions for Hearing [143] was filed by Gregory St. Angelo. After the review of both motions, the Court believes that hearings on both matters are necessary. Accordingly,

IT IS ORDERED that hearings on the Motion to Lift Stay [140] filed by USA (DOJ) and the Motion to Dissolve the Stay and Reset Pending Motions for Hearing [143] filed by Gregory St. Angelo will be held September 12, 2023, at 3:30 pm at the U. S. Courthouse, 800 Lafayette St. Courtroom 5, Lafayette, Louisiana.

### #

United States Bankruptcy Court

Eastern District of Louisiana

Zurich American Insurance Company,
    Plaintiff

St. Angelo,
    Defendant

Adv. Proc. No. 20-01005-JWK

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 053L-2 | User: admin | Page 1 of 5 |
| Date Rcvd: Aug 17, 2023 | Form ID: pdf904 | Total Noticed: 8 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | J. Ryan McLaren, US Attorney's Office-EDLA, 650 Poydras St., Ste. 1600, New Orleans, LA 70130-7212 |
| aty | + | Jonathan Edwards, Alston & Bird LLP, 1201 West Peachtree Street, Atlanta, GA 30309-3424 |
| aty | + | K. Paige O'Hale, US Attorney's Offfice - EDLA, 650 Poydras St., Ste. 1600, New Orleans, LA 70130-7212 |
| aty | + | Matthew Payne, US Attorney's Office-EDLA, 650 Poydras St., Ste. 1600, New Orleans, LA 70130-7212 |
| aty | + | Nicholas D. Moses, US Attorney's Office-EDLA, 650 Poydras St., Ste. 1600, New Orleans, LA 70130-7212 |
| inv | + | USA (DOJ), United States Attorney's Office, 650 Poydras Street, Suite 1600, New Orleans, LA 70130-7212 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion05.nr.ecf@usdoj.gov | Aug 17 2023 19:03:00 | Office of the U.S. Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130-3238 |
| ust | + | Email/Text: ustp.region21.or.ecf@usdoj.gov | Aug 17 2023 19:03:00 | United States Trustee - ORL7/13, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 19, 2023        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 17, 2023 at the address(es) listed**

| | | |
|---|---|---|
| District/off: 053L-2 | User: admin | Page 2 of 5 |
| Date Rcvd: Aug 17, 2023 | Form ID: pdf904 | Total Noticed: 8 |

**below:**

| Name | Email Address |
|---|---|
| Albert J. Derbes, IV | on behalf of Defendant Frank Fugetta ajdiv@derbeslaw.com derbespacer@gmail.com;derbeser72443@notify.bestcase.com |
| Albert J. Derbes, IV | on behalf of Defendant Michael Lulich ajdiv@derbeslaw.com derbespacer@gmail.com;derbeser72443@notify.bestcase.com |
| Brian M. Ballay | on behalf of Defendant Dale B. Atkins bballay@bakerdonelson.com ddeamore@bakerdonelson.com |
| Brian M. Ballay | on behalf of Defendant Mark Merlo bballay@bakerdonelson.com ddeamore@bakerdonelson.com |
| Brian M. Ballay | on behalf of Defendant Richard M. Wilkinson bballay@bakerdonelson.com ddeamore@bakerdonelson.com |
| Brian M. Ballay | on behalf of Defendant Louis Lauricella bballay@bakerdonelson.com ddeamore@bakerdonelson.com |
| Brian M. Ballay | on behalf of Defendant William Carrouche bballay@bakerdonelson.com ddeamore@bakerdonelson.com |
| Brian M. Ballay | on behalf of Defendant Herbert W. Anderson bballay@bakerdonelson.com ddeamore@bakerdonelson.com |
| Brian M. Ballay | on behalf of Defendant Leander J. Foley bballay@bakerdonelson.com ddeamore@bakerdonelson.com |
| Brian M. Ballay | on behalf of Defendant William D. Aaron Jr. bballay@bakerdonelson.com, ddeamore@bakerdonelson.com |
| Brian M. Ballay | on behalf of Defendant Charles C. Teamer Sr. bballay@bakerdonelson.com, ddeamore@bakerdonelson.com |
| Brian M. Ballay | on behalf of Defendant John C. Calhoun bballay@bakerdonelson.com ddeamore@bakerdonelson.com |
| Brian M. Ballay | on behalf of Defendant Lawrence Blake Jones bballay@bakerdonelson.com ddeamore@bakerdonelson.com |
| Brian M. Ballay | on behalf of Defendant Shivan Govindan bballay@bakerdonelson.com ddeamore@bakerdonelson.com |
| Brian M. Ballay | on behalf of Defendant John Fenner French bballay@bakerdonelson.com ddeamore@bakerdonelson.com |
| Brian M. Ballay | on behalf of Defendant Leon L. Giorgio Jr. bballay@bakerdonelson.com, ddeamore@bakerdonelson.com |
| Brian M. Ballay | on behalf of Defendant Hermann B. Moyse III bballay@bakerdonelson.com, ddeamore@bakerdonelson.com |
| Brian M. Ballay | on behalf of Defendant Grish Roy B. Pandit bballay@bakerdonelson.com ddeamore@bakerdonelson.com |
| Brian M. Ballay | on behalf of Defendant David Aaron Jr. bballay@bakerdonelson.com, ddeamore@bakerdonelson.com |
| Brian M. Ballay | on behalf of Defendant James C. Roddy bballay@bakerdonelson.com ddeamore@bakerdonelson.com |
| Brian M. Ballay | on behalf of Defendant Joseph F. Toomy bballay@bakerdonelson.com ddeamore@bakerdonelson.com |
| Eric J Derbes | on behalf of Counter-Claimant Michael Lulich ederbes@derbeslaw.com derbespacer@gmail.com;derbeser72443@notify.bestcase.com |
| Eric J Derbes | on behalf of Cross-Claimant Michael Lulich ederbes@derbeslaw.com derbespacer@gmail.com;derbeser72443@notify.bestcase.com |
| Eric J Derbes | on behalf of Cross-Claimant Frank Fugetta ederbes@derbeslaw.com derbespacer@gmail.com;derbeser72443@notify.bestcase.com |
| Eric J Derbes | on behalf of Counter-Claimant Frank Fugetta ederbes@derbeslaw.com derbespacer@gmail.com;derbeser72443@notify.bestcase.com |
| Jan Marie Hayden | |

Case 20-01005 Doc 145 Filed 08/19/23 Entered 08/19/23 23:15:34 Imaged Certificate of Notice Page 4 of 6

| | | |
|---|---|---|
| District/off: 053L-2 | User: admin | Page 3 of 5 |
| Date Rcvd: Aug 17, 2023 | Form ID: pdf904 | Total Noticed: 8 |

| | |
|---|---|
| | on behalf of Defendant Dale B. Atkins jhayden@bakerdonelson.com ptorres@bakerdonelson.com;jmclemore@bakerdonelson.com |
| Jan Marie Hayden | on behalf of Defendant Louis Lauricella jhayden@bakerdonelson.com ptorres@bakerdonelson.com;jmclemore@bakerdonelson.com |
| Jan Marie Hayden | on behalf of Defendant David Aaron Jr. jhayden@bakerdonelson.com, ptorres@bakerdonelson.com;jmclemore@bakerdonelson.com |
| Jan Marie Hayden | on behalf of Defendant Charles C. Teamer Sr. jhayden@bakerdonelson.com, ptorres@bakerdonelson.com;jmclemore@bakerdonelson.com |
| Jan Marie Hayden | on behalf of Defendant James C. Roddy jhayden@bakerdonelson.com ptorres@bakerdonelson.com;jmclemore@bakerdonelson.com |
| Jan Marie Hayden | on behalf of Defendant Mark Merlo jhayden@bakerdonelson.com ptorres@bakerdonelson.com;jmclemore@bakerdonelson.com |
| Jan Marie Hayden | on behalf of Defendant Herbert W. Anderson jhayden@bakerdonelson.com ptorres@bakerdonelson.com;jmclemore@bakerdonelson.com |
| Jan Marie Hayden | on behalf of Defendant Hermann B. Moyse III jhayden@bakerdonelson.com, ptorres@bakerdonelson.com;jmclemore@bakerdonelson.com |
| Jan Marie Hayden | on behalf of Defendant John C. Calhoun jhayden@bakerdonelson.com ptorres@bakerdonelson.com;jmclemore@bakerdonelson.com |
| Jan Marie Hayden | on behalf of Defendant Mary Beth Verdigets jhayden@bakerdonelson.com ptorres@bakerdonelson.com;jmclemore@bakerdonelson.com |
| Jan Marie Hayden | on behalf of Defendant Richard M. Wilkinson jhayden@bakerdonelson.com ptorres@bakerdonelson.com;jmclemore@bakerdonelson.com |
| Jan Marie Hayden | on behalf of Defendant William Carrouche jhayden@bakerdonelson.com ptorres@bakerdonelson.com;jmclemore@bakerdonelson.com |
| Jan Marie Hayden | on behalf of Defendant Grish Roy B. Pandit jhayden@bakerdonelson.com ptorres@bakerdonelson.com;jmclemore@bakerdonelson.com |
| Jan Marie Hayden | on behalf of Defendant Lawrence Blake Jones jhayden@bakerdonelson.com ptorres@bakerdonelson.com;jmclemore@bakerdonelson.com |
| Jan Marie Hayden | on behalf of Defendant William D. Aaron Jr. jhayden@bakerdonelson.com, ptorres@bakerdonelson.com;jmclemore@bakerdonelson.com |
| Jan Marie Hayden | on behalf of Defendant Leander J. Foley jhayden@bakerdonelson.com ptorres@bakerdonelson.com;jmclemore@bakerdonelson.com |
| Jan Marie Hayden | on behalf of Defendant Joseph F. Toomy jhayden@bakerdonelson.com ptorres@bakerdonelson.com;jmclemore@bakerdonelson.com |
| Jan Marie Hayden | on behalf of Defendant Shivan Govindan jhayden@bakerdonelson.com ptorres@bakerdonelson.com;jmclemore@bakerdonelson.com |
| Jan Marie Hayden | on behalf of Defendant Leon L. Giorgio Jr. jhayden@bakerdonelson.com, ptorres@bakerdonelson.com;jmclemore@bakerdonelson.com |
| Jan Marie Hayden | on behalf of Defendant John Fenner French jhayden@bakerdonelson.com ptorres@bakerdonelson.com;jmclemore@bakerdonelson.com |
| John Hite, III | on behalf of Plaintiff Zurich American Insurance Company jhite@shmrlaw.com |
| John Hite, III | on behalf of Counter-Defendant Zurich American Insurance Company jhite@shmrlaw.com |

Case 20-01005 Doc 145 Filed 08/19/23 Entered 08/19/23 23:15:34 Imaged Certificate of Notice Page 5 of 6

| District/off: 053L-2 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Aug 17, 2023 | Form ID: pdf904 | Total Noticed: 8 |

| | |
|---|---|
| John M. Landis | on behalf of Defendant Gregory St. Angelo jlandis@stonepigman.com boneil@stonepigman.com |
| Matthew Payne | on behalf of Intervenor USA (DOJ) matthew.payne@usdoj.gov |
| Nancy Scott Degan | on behalf of Defendant John C. Calhoun ndegan@bakerdonelson.com degan@bakerdonelson.com;mchester@bakerdonelson.com |
| Nancy Scott Degan | on behalf of Defendant Shivan Govindan ndegan@bakerdonelson.com degan@bakerdonelson.com;mchester@bakerdonelson.com |
| Nancy Scott Degan | on behalf of Defendant Mark Merlo ndegan@bakerdonelson.com degan@bakerdonelson.com;mchester@bakerdonelson.com |
| Nancy Scott Degan | on behalf of Defendant Herbert W. Anderson ndegan@bakerdonelson.com degan@bakerdonelson.com;mchester@bakerdonelson.com |
| Nancy Scott Degan | on behalf of Defendant Dale B. Atkins ndegan@bakerdonelson.com degan@bakerdonelson.com;mchester@bakerdonelson.com |
| Nancy Scott Degan | on behalf of Defendant Leon L. Giorgio Jr. ndegan@bakerdonelson.com, degan@bakerdonelson.com;mchester@bakerdonelson.com |
| Nancy Scott Degan | on behalf of Defendant Joseph F. Toomy ndegan@bakerdonelson.com degan@bakerdonelson.com;mchester@bakerdonelson.com |
| Nancy Scott Degan | on behalf of Defendant Charles C. Teamer Sr. ndegan@bakerdonelson.com, degan@bakerdonelson.com;mchester@bakerdonelson.com |
| Nancy Scott Degan | on behalf of Defendant William Carrouche ndegan@bakerdonelson.com degan@bakerdonelson.com;mchester@bakerdonelson.com |
| Nancy Scott Degan | on behalf of Defendant John Fenner French ndegan@bakerdonelson.com degan@bakerdonelson.com;mchester@bakerdonelson.com |
| Nancy Scott Degan | on behalf of Defendant David Aaron Jr. ndegan@bakerdonelson.com, degan@bakerdonelson.com;mchester@bakerdonelson.com |
| Nancy Scott Degan | on behalf of Defendant Lawrence Blake Jones ndegan@bakerdonelson.com degan@bakerdonelson.com;mchester@bakerdonelson.com |
| Nancy Scott Degan | on behalf of Defendant Richard M. Wilkinson ndegan@bakerdonelson.com degan@bakerdonelson.com;mchester@bakerdonelson.com |
| Nancy Scott Degan | on behalf of Defendant James C. Roddy ndegan@bakerdonelson.com degan@bakerdonelson.com;mchester@bakerdonelson.com |
| Nancy Scott Degan | on behalf of Defendant Leander J. Foley ndegan@bakerdonelson.com degan@bakerdonelson.com;mchester@bakerdonelson.com |
| Nancy Scott Degan | on behalf of Defendant Louis Lauricella ndegan@bakerdonelson.com degan@bakerdonelson.com;mchester@bakerdonelson.com |
| Nancy Scott Degan | on behalf of Defendant Hermann B. Moyse III ndegan@bakerdonelson.com, degan@bakerdonelson.com;mchester@bakerdonelson.com |
| Nancy Scott Degan | on behalf of Defendant Grish Roy B. Pandit ndegan@bakerdonelson.com degan@bakerdonelson.com;mchester@bakerdonelson.com |
| Phillip A. Wittmann | on behalf of Defendant Gregory St. Angelo pwittmann@stonepigman.com |
| Phillip A. Wittmann | on behalf of Cross Defendant Gregory St. Angelo pwittmann@stonepigman.com |
| Phillip A. Wittmann | on behalf of Counter-Claimant Gregory St. Angelo pwittmann@stonepigman.com |
| Sharan Lieberman | on behalf of Intervenor USA (DOJ) liebermans@sec.gov |

| | | |
|---|---|---|
| District/off: 053L-2 | User: admin | Page 5 of 5 |
| Date Rcvd: Aug 17, 2023 | Form ID: pdf904 | Total Noticed: 8 |

Wilbur J. (Bill) Babin, Jr.
                on behalf of Defendant Louis Ballero babin@derbeslaw.com derbeser72443@notify.bestcase.com

Wilbur J. (Bill) Babin, Jr.
                on behalf of Counter-Claimant Louis Ballero babin@derbeslaw.com derbeser72443@notify.bestcase.com

TOTAL: 73