|  |  |  |
|---|---|---|
| Denise Fredricks<br>Clerk of Court | United States Bankruptcy Court<br>Eastern District of Louisiana<br>Hale Boggs Federal Building, Suite B-601<br>500 Poydras Street<br>New Orleans, Louisiana 70130 | Telephone: (504) 589-7878<br>FAX: (504) 589-7849 |

September 1, 2023

Ms. Carol Michel
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room 151
New Orleans, Louisiana 70130

**RE:** **Motion To Withdraw Reference**
Bankruptcy Case No:   17-11213     First NBC Bank Holding Company

Adversary Pro. No:     **20-1005**     Zurich American Insurance Company
                                                                                (Plaintiff)
           VS.   St. Angelo, Aaron, Anderson, Atkins, Calhoun, Carrouche, Foley, French, Giorgio, Govindan, Jones, Lauricella, Merlo, Moyse, Pandit, Roddy, Teamer, Toomy, Wilkinson, Ballero, Crowle, Verdigets, Fugetta and Lulich   (Defendants):

Dear Ms. Michel,

Attached are the following documents:

☒    Motion to Withdraw the Reference filed by certain Defendants on 9/1/2023.
☒    Copy of Docket Sheet

**COMMENTS:** Due to a conflict, this Bankruptcy Case and Adversary is being heard by Judge John W. Kolwe.
          It is the understanding of the Bankruptcy Clerk, that First NBC Bank Holding matters in the District Court are currently be heard before Judge Lance M. Africk.

          When the District Court Judge's decision is rendered, please forward a certified copy of the opinion and order to my attention. Thank you for your assistance.

                                        Sincerely,
                                        Denise Fredricks
                                        By:     s/ Jennifer Nunnery
                                        _____
                                        DEPUTY CLERK