SO ORDERED,
SIGNED September 11, 2023

JOHN W. KOLWE
UNITED STATES BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:<br>First NBC Bank Holding Company,<br>    Debtor | * | Case No. 17-11213 |
| | * | Chapter 11 |
| Zurich American Insurance Company,<br>    Plaintiff | * | Judge John W. Kolwe |
| | * | Adv. Proc. No. 20-01005 |
| v. | * | |
| Gregory St. Angelo, et al.,<br>    Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER GRANTING MOTION TO LIFT STAY [DOCKET NO. 140]
## AND EX PARTE MOTION TO DISSOLVE STAY
## AND
## RESET PENDING MOTIONS FOR HEARING [DOCKET NO. 143]

Considering the Motion to Lift Stay [Dkt. No. 140] and Ex Parte Motion to Dissolve Stay and Reset Pending Motions for Hearing [Dkt. No. 143] currently set for hearing before this court on September 12, 2023, and the fact that no objection or opposition has been filed,

IT IS HEREBY ORDERED THAT the stay imposed by order of this court in this matter on October 21, 2020 [Dkt. No. 124] is hereby modified and lifted.