SO ORDERED,
SIGNED September 11, 2023

JOHN W. KOLWE
UNITED STATES BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:<br>First NBC Bank Holding Company,<br>　　　　Debtor | * | Case No. 17-11213 |
| | * | Chapter 11 |
| Zurich American Insurance Company,<br>　　　　Plaintiff | * | Judge John W. Kolwe |
| | * | Adv. Proc. No. 20-01005 |
| v. | * | |
| Gregory St. Angelo, et al.,<br>　　　　Defendants | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER GRANTING MOTION TO LIFT STAY [DOCKET NO. 140] AND EX PARTE MOTION TO DISSOLVE STAY AND RESET PENDING MOTIONS FOR HEARING [DOCKET NO. 143]

Considering the Motion to Lift Stay [Dkt. No. 140] and Ex Parte Motion to Dissolve Stay and Reset Pending Motions for Hearing [Dkt. No. 143] currently set for hearing before this court on September 12, 2023, and the fact that no objection or opposition has been filed,

IT IS HEREBY ORDERED THAT the stay imposed by order of this court in this matter on October 21, 2020 [Dkt. No. 124] is hereby modified and lifted.

United States Bankruptcy Court

Eastern District of Louisiana

Zurich American Insurance Company,
    Plaintiff

St. Angelo,
    Defendant

Adv. Proc. No. 20-01005-JWK

# CERTIFICATE OF NOTICE

| District/off: 053L-2 | User: admin | Page 1 of 5 |
|---|---|---|
| Date Rcvd: Sep 11, 2023 | Form ID: pdf945 | Total Noticed: 7 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | J. Ryan McLaren, US Attorney's Office-EDLA, 650 Poydras St., Ste. 1600, New Orleans, LA 70130-7212 |
| aty | + | Jonathan Edwards, Alston & Bird LLP, 1201 West Peachtree Street, Atlanta, GA 30309-3424 |
| aty | + | K. Paige O'Hale, US Attorney's Offfice - EDLA, 650 Poydras St., Ste. 1600, New Orleans, LA 70130-7212 |
| aty | + | Matthew Payne, US Attorney's Office-EDLA, 650 Poydras St., Ste. 1600, New Orleans, LA 70130-7212 |
| aty | + | Nicholas D. Moses, US Attorney's Office-EDLA, 650 Poydras St., Ste. 1600, New Orleans, LA 70130-7212 |
| ust | + | Eliane M Archambeault, DOJ-Ust, 400 Poydras, Suite 2110, New Orleans, LA 70130-3238 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion05.nr.ecf@usdoj.gov | Sep 11 2023 18:59:00 | Office of the U.S. Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130-3238 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2023    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2023 at the address(es) listed below:

**Name**    **Email Address**

Albert J. Derbes, IV
    on behalf of Defendant Frank Fugetta ajdiv@derbeslaw.com derbespacer@gmail.com;derbeser72443@notify.bestcase.com

| | | |
|---|---|---|
| District/off: 053L-2 | User: admin | Page 2 of 5 |
| Date Rcvd: Sep 11, 2023 | Form ID: pdf945 | Total Noticed: 7 |

Albert J. Derbes, IV
    on behalf of Defendant Michael Lulich ajdiv@derbeslaw.com derbespacer@gmail.com;derbeser72443@notify.bestcase.com

Brian M. Ballay
    on behalf of Defendant Dale B. Atkins bballay@bakerdonelson.com ddeamore@bakerdonelson.com

Brian M. Ballay
    on behalf of Defendant Mark Merlo bballay@bakerdonelson.com ddeamore@bakerdonelson.com

Brian M. Ballay
    on behalf of Defendant Richard M. Wilkinson bballay@bakerdonelson.com ddeamore@bakerdonelson.com

Brian M. Ballay
    on behalf of Defendant Louis Lauricella bballay@bakerdonelson.com ddeamore@bakerdonelson.com

Brian M. Ballay
    on behalf of Defendant William Carrouche bballay@bakerdonelson.com ddeamore@bakerdonelson.com

Brian M. Ballay
    on behalf of Defendant Herbert W. Anderson bballay@bakerdonelson.com ddeamore@bakerdonelson.com

Brian M. Ballay
    on behalf of Defendant Leander J. Foley bballay@bakerdonelson.com ddeamore@bakerdonelson.com

Brian M. Ballay
    on behalf of Defendant William D. Aaron Jr. bballay@bakerdonelson.com, ddeamore@bakerdonelson.com

Brian M. Ballay
    on behalf of Defendant Charles C. Teamer Sr. bballay@bakerdonelson.com, ddeamore@bakerdonelson.com

Brian M. Ballay
    on behalf of Defendant John C. Calhoun bballay@bakerdonelson.com ddeamore@bakerdonelson.com

Brian M. Ballay
    on behalf of Defendant Lawrence Blake Jones bballay@bakerdonelson.com ddeamore@bakerdonelson.com

Brian M. Ballay
    on behalf of Defendant Shivan Govindan bballay@bakerdonelson.com ddeamore@bakerdonelson.com

Brian M. Ballay
    on behalf of Defendant John Fenner French bballay@bakerdonelson.com ddeamore@bakerdonelson.com

Brian M. Ballay
    on behalf of Defendant Leon L. Giorgio Jr. bballay@bakerdonelson.com, ddeamore@bakerdonelson.com

Brian M. Ballay
    on behalf of Defendant Hermann B. Moyse III bballay@bakerdonelson.com, ddeamore@bakerdonelson.com

Brian M. Ballay
    on behalf of Defendant Grish Roy B. Pandit bballay@bakerdonelson.com ddeamore@bakerdonelson.com

Brian M. Ballay
    on behalf of Defendant David Aaron Jr. bballay@bakerdonelson.com, ddeamore@bakerdonelson.com

Brian M. Ballay
    on behalf of Defendant James C. Roddy bballay@bakerdonelson.com ddeamore@bakerdonelson.com

Brian M. Ballay
    on behalf of Defendant Joseph F. Toomy bballay@bakerdonelson.com ddeamore@bakerdonelson.com

Eric J Derbes
    on behalf of Counter-Claimant Michael Lulich ederbes@derbeslaw.com derbespacer@gmail.com;derbeser72443@notify.bestcase.com

Eric J Derbes
    on behalf of Cross-Claimant Michael Lulich ederbes@derbeslaw.com derbespacer@gmail.com;derbeser72443@notify.bestcase.com

Eric J Derbes
    on behalf of Cross-Claimant Frank Fugetta ederbes@derbeslaw.com derbespacer@gmail.com;derbeser72443@notify.bestcase.com

Eric J Derbes
    on behalf of Counter-Claimant Frank Fugetta ederbes@derbeslaw.com derbespacer@gmail.com;derbeser72443@notify.bestcase.com

Jan Marie Hayden
    on behalf of Defendant Louis Lauricella jhayden@bakerdonelson.com ptorres@bakerdonelson.com;jmclemore@bakerdonelson.com

Jan Marie Hayden
    on behalf of Defendant David Aaron Jr. jhayden@bakerdonelson.com, ptorres@bakerdonelson.com;jmclemore@bakerdonelson.com

Case 20-01005 Doc 150 Filed 09/13/23 Entered 09/13/23 23:18:11 Imaged Certificate of Notice Page 5 of 7

| | | |
|---|---|---|
| District/off: 053L-2 | User: admin | Page 3 of 5 |
| Date Rcvd: Sep 11, 2023 | Form ID: pdf945 | Total Noticed: 7 |

Jan Marie Hayden
    on behalf of Defendant Charles C. Teamer Sr. jhayden@bakerdonelson.com, ptorres@bakerdonelson.com;jmclemore@bakerdonelson.com

Jan Marie Hayden
    on behalf of Defendant James C. Roddy jhayden@bakerdonelson.com ptorres@bakerdonelson.com;jmclemore@bakerdonelson.com

Jan Marie Hayden
    on behalf of Defendant Mark Merlo jhayden@bakerdonelson.com ptorres@bakerdonelson.com;jmclemore@bakerdonelson.com

Jan Marie Hayden
    on behalf of Defendant Herbert W. Anderson jhayden@bakerdonelson.com ptorres@bakerdonelson.com;jmclemore@bakerdonelson.com

Jan Marie Hayden
    on behalf of Defendant Hermann B. Moyse III jhayden@bakerdonelson.com, ptorres@bakerdonelson.com;jmclemore@bakerdonelson.com

Jan Marie Hayden
    on behalf of Defendant John C. Calhoun jhayden@bakerdonelson.com ptorres@bakerdonelson.com;jmclemore@bakerdonelson.com

Jan Marie Hayden
    on behalf of Defendant Mary Beth Verdigets jhayden@bakerdonelson.com ptorres@bakerdonelson.com;jmclemore@bakerdonelson.com

Jan Marie Hayden
    on behalf of Defendant Richard M. Wilkinson jhayden@bakerdonelson.com ptorres@bakerdonelson.com;jmclemore@bakerdonelson.com

Jan Marie Hayden
    on behalf of Defendant William Carrouche jhayden@bakerdonelson.com ptorres@bakerdonelson.com;jmclemore@bakerdonelson.com

Jan Marie Hayden
    on behalf of Defendant Grish Roy B. Pandit jhayden@bakerdonelson.com ptorres@bakerdonelson.com;jmclemore@bakerdonelson.com

Jan Marie Hayden
    on behalf of Defendant Lawrence Blake Jones jhayden@bakerdonelson.com ptorres@bakerdonelson.com;jmclemore@bakerdonelson.com

Jan Marie Hayden
    on behalf of Defendant William D. Aaron Jr. jhayden@bakerdonelson.com, ptorres@bakerdonelson.com;jmclemore@bakerdonelson.com

Jan Marie Hayden
    on behalf of Defendant Leander J. Foley jhayden@bakerdonelson.com ptorres@bakerdonelson.com;jmclemore@bakerdonelson.com

Jan Marie Hayden
    on behalf of Defendant Joseph F. Toomy jhayden@bakerdonelson.com ptorres@bakerdonelson.com;jmclemore@bakerdonelson.com

Jan Marie Hayden
    on behalf of Defendant Shivan Govindan jhayden@bakerdonelson.com ptorres@bakerdonelson.com;jmclemore@bakerdonelson.com

Jan Marie Hayden
    on behalf of Defendant Leon L. Giorgio Jr. jhayden@bakerdonelson.com, ptorres@bakerdonelson.com;jmclemore@bakerdonelson.com

Jan Marie Hayden
    on behalf of Defendant John Fenner French jhayden@bakerdonelson.com ptorres@bakerdonelson.com;jmclemore@bakerdonelson.com

Jan Marie Hayden
    on behalf of Defendant Dale B. Atkins jhayden@bakerdonelson.com ptorres@bakerdonelson.com;jmclemore@bakerdonelson.com

John Hite, III
    on behalf of Plaintiff Zurich American Insurance Company jhite@shmrlaw.com

John Hite, III
    on behalf of Counter-Defendant Zurich American Insurance Company jhite@shmrlaw.com

John M. Landis
    on behalf of Defendant Gregory St. Angelo jlandis@stonepigman.com boneil@stonepigman.com

Matthew Payne
    on behalf of Intervenor USA (DOJ) matthew.payne@usdoj.gov

| | | |
|---|---|---|
| District/off: 053L-2 | User: admin | Page 4 of 5 |
| Date Rcvd: Sep 11, 2023 | Form ID: pdf945 | Total Noticed: 7 |

Nancy Scott Degan
    on behalf of Defendant John C. Calhoun ndegan@bakerdonelson.com degan@bakerdonelson.com;mchester@bakerdonelson.com

Nancy Scott Degan
    on behalf of Defendant Shivan Govindan ndegan@bakerdonelson.com degan@bakerdonelson.com;mchester@bakerdonelson.com

Nancy Scott Degan
    on behalf of Defendant Mark Merlo ndegan@bakerdonelson.com degan@bakerdonelson.com;mchester@bakerdonelson.com

Nancy Scott Degan
    on behalf of Defendant Herbert W. Anderson ndegan@bakerdonelson.com degan@bakerdonelson.com;mchester@bakerdonelson.com

Nancy Scott Degan
    on behalf of Defendant Dale B. Atkins ndegan@bakerdonelson.com degan@bakerdonelson.com;mchester@bakerdonelson.com

Nancy Scott Degan
    on behalf of Defendant Leon L. Giorgio Jr. ndegan@bakerdonelson.com, degan@bakerdonelson.com;mchester@bakerdonelson.com

Nancy Scott Degan
    on behalf of Defendant Joseph F. Toomy ndegan@bakerdonelson.com degan@bakerdonelson.com;mchester@bakerdonelson.com

Nancy Scott Degan
    on behalf of Defendant Charles C. Teamer Sr. ndegan@bakerdonelson.com, degan@bakerdonelson.com;mchester@bakerdonelson.com

Nancy Scott Degan
    on behalf of Defendant William Carrouche ndegan@bakerdonelson.com degan@bakerdonelson.com;mchester@bakerdonelson.com

Nancy Scott Degan
    on behalf of Defendant John Fenner French ndegan@bakerdonelson.com degan@bakerdonelson.com;mchester@bakerdonelson.com

Nancy Scott Degan
    on behalf of Defendant David Aaron Jr. ndegan@bakerdonelson.com, degan@bakerdonelson.com;mchester@bakerdonelson.com

Nancy Scott Degan
    on behalf of Defendant Lawrence Blake Jones ndegan@bakerdonelson.com degan@bakerdonelson.com;mchester@bakerdonelson.com

Nancy Scott Degan
    on behalf of Defendant Richard M. Wilkinson ndegan@bakerdonelson.com degan@bakerdonelson.com;mchester@bakerdonelson.com

Nancy Scott Degan
    on behalf of Defendant James C. Roddy ndegan@bakerdonelson.com degan@bakerdonelson.com;mchester@bakerdonelson.com

Nancy Scott Degan
    on behalf of Defendant Leander J. Foley ndegan@bakerdonelson.com degan@bakerdonelson.com;mchester@bakerdonelson.com

Nancy Scott Degan
    on behalf of Defendant Louis Lauricella ndegan@bakerdonelson.com degan@bakerdonelson.com;mchester@bakerdonelson.com

Nancy Scott Degan
    on behalf of Defendant Hermann B. Moyse III ndegan@bakerdonelson.com, degan@bakerdonelson.com;mchester@bakerdonelson.com

Nancy Scott Degan
    on behalf of Defendant Grish Roy B. Pandit ndegan@bakerdonelson.com degan@bakerdonelson.com;mchester@bakerdonelson.com

Phillip A. Wittmann
    on behalf of Defendant Gregory St. Angelo pwittmann@stonepigman.com

Phillip A. Wittmann
    on behalf of Cross Defendant Gregory St. Angelo pwittmann@stonepigman.com

Phillip A. Wittmann
    on behalf of Counter-Claimant Gregory St. Angelo pwittmann@stonepigman.com

Sharan Lieberman
    on behalf of Intervenor USA (DOJ) liebermans@sec.gov

Wilbur J. (Bill) Babin, Jr.
    on behalf of Defendant Louis Ballero babin@derbeslaw.com derbeser72443@notify.bestcase.com

Wilbur J. (Bill) Babin, Jr.
    on behalf of Counter-Claimant Louis Ballero babin@derbeslaw.com derbeser72443@notify.bestcase.com

| | | |
|---|---|---|
| District/off: 053L-2 | User: admin | Page 5 of 5 |
| Date Rcvd: Sep 11, 2023 | Form ID: pdf945 | Total Noticed: 7 |

TOTAL: 73