# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: FIRST NBC BANK HOLDING COMPANY** | **CIVIL ACTION** |
| | **No. 23-5056** |
| | **SECTION I** |

## ORDER

Considering the unopposed motion[1] to withdraw the reference to bankruptcy court in the above-captioned matter,

**IT IS ORDERED** that the motion is **GRANTED** pursuant to 28 U.S.C. § 157(d).

New Orleans, Louisiana, September 19, 2023.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. No. 1.