# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WILLIAM D. AARON, JR. ET AL.** | CIVIL ACTION |
| | No. 22-9 |
| | c/w 22-2070 |
| **VERSUS** | c/w 20-1253 |
| | c/w 22-4518 |
| | c/w 19-0341 |
| | c/w 20-3189 |
| | REF: ALL CASES |
| **ILLINOIS NATIONAL INSURANCE COMPANY ET AL.** | SECTION I |

## ORDER

It appears that the subject matter of the above-captioned case is related to that of Civil Action No. 23-5056, which is before this Court. Accordingly,

**IT IS ORDERED** that the above-captioned case is **CONSOLIDATED** with Civil Action No. 23-5056. All pleadings hereafter filed in this consolidated proceeding shall bear the caption of the lead consolidated case together with the docket number of all cases within the consolidation to which the document applies or the notation "ALL CASES" if it applies to all cases.

All entries shall be made on the master docket sheet only, with a notation listing the cases to which the document applies, except that orders and documents terminating a party or disposing of a case will also be entered on the individual docket sheet. All documents shall be filed in the master file only, except that orders and documents terminating a party or disposing of a case will also be filed in the record of the individual case.

In the event that a case is separated from the consolidated group, it shall be the responsibility of counsel to jointly designate the documents necessary to the continued litigation of the case and to file such designation and copies of the documents.

New Orleans, Louisiana, September 19, 2023.

							_____
							LANCE M. AFRICK
							UNITED STATES DISTRICT JUDGE